Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC

            Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 4:12-bk-08122-~~JMM~~ EWH

(Chapter 11)

NOTICE OF FILING **AMENDED**
MONTHLY FINANCIAL REPORT -
NOVEMBER 2012

      NOTICE IS HEREBY GIVEN that on May 24, 2013, the Debtor, through the undersigned counsel, filed the attached **Amended** Monthly Operating Report for the period of November 2012, *for the Debtor Nimbus Brewing Company, LLC.*

      DATED May 24, 2013

                         *THE LAW OFFICES OF*
                         *ERIC SLOCUM SPARKS, P.C.*

                         /s/ Sparks AZBAR #11726
                         Eric Slocum Sparks
                         Attorney for Debtor

COPIES of the foregoing
mailed May 24, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

/s/   LW Jager

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re   NIMBUS BREWING COMPANY, LLC      ,          Case No.   4:12bk-08122-~~RVDP~~ *EWH*

*Debtor*

## Amended

## SMALL BUSINESS MONTHLY OPERATING REPORT

Small Business Case under Chapter 11

Month:   NOVEMBER  *12*          Date filed:   12/15/2012

Line of Business:   BREWERY          NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

JAMES C. COUNTS

Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3.  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10.  HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11.  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12.  HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13.  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

---

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 195,141.56 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 20,730.13 |
| Cash on Hand at End of Month | $ | 54,723.21 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 54,723.21 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 161,148.48 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* . . . . . . . | $ | 195,141.56 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 161,148.48 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | 33,993.08 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                           18

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?            18

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                 $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                         $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                         $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                   $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

NOVEMBER 2012

## EXHIBIT B

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | Total |
| | # | # | # | # | |
| Cash on Hand at Beginning of Month | 20730.13 | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 184252.72 | | | | |
| Accounts Receivable - Prepetition | 0 | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | 0 | | | | |
| Sale of Assets | 0 | | | | |
| Transfers from Other DIP Accounts | 0 | | | | |
| Other (attach a list or details) | | | | | |
| | | | | | |
| TOTAL INCOME | 184252.72 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 160148.48 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 54723.71 | | | | |
|---|---|---|---|---|---|

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

NOVEMBER 2012

## EXPENSE DETAIL

Checks

Account # 0345

Bank Name CHASE

### Cash/Electronic Payments

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       | SEE ATTACHED |    |
|      |       |         |        |
| | | Total Cash/Electronic Payments | |

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
| 5127 | 11/2 | Lintern Kiernan | Office Services | 87.79 |
| 5129 | 11/5 | Home Depot | Repairs Maintance | 195.42 |
| 5134 | 11/1 | AZ Dept Rev | Sales tax | 2850.30 |
| 5135 | 11/5 | Matheson | - Gas supplies | 987.81 |
| 5136 | 11/7 | Viros | Bread | 545.50 |
| 5137 | 11/6 | Dickmans Deli | meat | 820.00 |
| 5138 | 11/5 | Luis Elizald | Contract labor | 633.75 |
| 5139 | 11/5 | Diego Elizald | (w) tract labor | 645.00 |
| 5140 | 11/06 | Eric Toole | Contract labor | 295.10 |
| 5141 | 11/05 | Direct TV | Cable Brewery | 248.71 |
| 5142 | 11/06 | Verizon | Co Phone | 139.62 |
| 5143 | 11/05 | Wasle ment - | Trash | 183.70 |
| 5144 | 11/07 | Swisher | - Cleaning Service | 381.01 |
| 5145 | 11/07 | Prudential | Taproom supplies, towels | 513.60 |
| 5146 | 11/06 | Truly Nolen | Pest Control | 395.00 |
| 5147 | 11/05 | Chase | Credit Card Pymt | 1575.28 |
| 32624 | 11/02 | | payroll | 1819.20 |
| 32626 | 11/01 | | payroll | 837.18 |
| 32627 | 11/05 | | payroll | 1272.69 |
| 32628 | 11/02 | | payroll | 702.72 |
| | | | Total checks listed on this page | 15059.38 |
| | | | Total checks listed on continuation pages | 6343.95 |

$21403.33

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | |
|---|---|
| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | |
| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | |
| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | |

This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 32629 | 11/1 | | | 650.14 |
| 32630 | 11/5 | | Payroll | 650.50 |
| 32631 | 11/5 | | | 714.12 |
| 32632 | 11/5 | | | 716.05 |
| 32633 | 11/8 | | | 40.79 |
| 32634 | 11/1 | | | 115.48 |
| 32635 | 11/7 | | | 132.63 |
| 32636 | 11/1 | | | 307.51 |
| 32637 | 11/6 | | | 158.09 |
| 32638 | 11/5 | | | 119.31 |
| 32639 | 11/8 | | | 65.66 |
| 32640 | 11/2 | | | 900.52 |
| 32641 | 11/1 | | | 683.84 |
| 32642 | 11/5 | | | 384.80 |
| 32643 | 11/5 | | | 636.46 |
| 32660 | 11/26 | | payroll | 68.06 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL CHECKS - THIS PAGE** | | | | 6343.95 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

*November 2012*

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*ATM + DEBIT CARD WITHDRAWALS*

Account # _0345_

Bank Name _CHASE_

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11/2 | Sams Club | | 61.35 |
| | 11/2 | Pilot | Gas Co CAR | 61.12 |
| | 11/5 | Valero | Gas Co CAR | 48.26 |
| | 11-15 | Shaffer Dry Clean | | 61.40 |
| | 11-5 | Safeway | | 32.72 |
| | 11-5 | Home Stone | Entertainment | 55.00 |
| | 11-6 | Walgreens | FIRST AID KIT Supplies | 71.22 |
| | 11-6 | Baltimore | | 874.90 |
| | 11-6 | SafeRent | | 99.94 |
| | 11-7 | Valero | Gas Co CAR | 22.40 |
| | 11-7 | Shireen Duely | CARD FRAUD-STOLEN | 6890.45 |
| | 11-8 | Ameriprise | Auto & Historic | 538.00 |
| | 11-9 | Ans | Internet | 69.99 |
| | 11-13 | US Airways | Business Trip Sales | 474.70 |
| | 11-13 | U Haul | Equiptment moving | 51.17 |
| | 11-13 | Shell Oil | Gas Company use | 35.87 |
| | 11-13 | Circle K | Gas Company use | 67.29 |
| | 11-13 | Potters St. Brewhouse | Sales | 21.50 |
| | 11-13 | College St Brewhouse | Sales | 166.91 |
| | 11-13 | Mudshark Brewing | Sales | 84.52 |
| | 11-13 | Mouse Station | Gas Co CAR | 79.89 |
| | 11-16 | Standard West | Brewing Supplies | 131.72 |
| | 11-16 | AZ TAX | ETAX | 9.99 |
| | 11-19 | Tap handles | TAPHANDLES | 1727.80 |
| | 11-19 | Standard West | Brewery Supplies | 32.51 |
| | 11-19 | TV Northwest | CHEMICALS | 269.94 |
| | 11-19 | USPS | Shipping | 63.95 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT CARD W/DRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-19 | Nimbus Bistro | BEER PURCHASE Issue | 98.46 |
| | 11-20 | Valero | Gas Co Car | 37.71 |
| | 11-23 | ACACIA | CARPET CLEANING BREW | 204.40 |
| | 11-26 | Groupon | marketing | 26.77 |
| | 11-26 | Apron Brothers | Brewview Artwork | 120.95 |
| | 11-28 | CARTRIDGE WORLD | Office Supplies | 113.44 |
| | 11-28 | Office Max | office Supplies | 136.59 |
| | 11-28 | Brewer's Supply | BOH Supplies | 198.60 |
| | 11-29 | ATM | Auto Part | 29.17 |
| | 11-29 | Al's Ace Hardware | Maintenance | 17.63 |
| | 11-29 | Fry's | | 19.88 |
| | 11-30 | Valero | Gas Co Car | 38.71 |
| | 11-30 | Walgreens | | 96.77 |
| | 11-30 | Vermont Racing Mail | SALES/ENTERTAINMENT | 301.06 |
| | 11-30 | JV Northwest | BREWHOUSE SUPPLIES | 65.97 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CHECKS - THIS PAGE** | | | |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

*November 2012*

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*Electronic WITHDRAWALS*

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-1 | Compupay | TAX | 3739.97 |
| | 11-1 | Southwest Gas | Gas | 1649.30 |
| | 11-1 | Compupay | Workmans Comp | 222.69 |
| | 11-1 | Compupay | Billing | 109.05 |
| | 11-2 | Payment Tech | CC | 856.25 |
| | 11-2 | Fedex Airborne | - PRINTER | 170.57 |
| | 11-7 | Reveres Network | Settlement | 376.96 |
| | 11-9 | Online trans | From other Nimbus Acct | 1552.43 |
| | 11-13 | TIGER PRESS | 6PK CARRIER BOH | 15000.00 |
| | 11-14 | Rewards Network | Settlement | 618.56 |
| | 11-16 | Compupay | TAX | 3956.10 |
| | 11-16 | Compupay | Workmans Comp | 237.74 |
| | 11-16 | Compupay | Billing | 111.37 |
| | 11-20 | Central Lens | Insp D | 820.33 |
| | 11-21 | Southwest Gas | Gas | 1673.47 |
| | 11-21 | Rewards Network | Settlement | 503.46 |
| | 11-23 | Hma | Premium | 1820.00 |
| | 11-26 | Powerlink | Greancher Parts | 2500.00 |
| | 11-26 | United Texas | Replacement Filter | 2500.00 |
| | 11-26 | Service Line | MASH TUN Repair | 5000.00 |
| | 11-26 | Cox | CABLE | 630.19 |
| | 11-30 | Reward Network | Settlement | 507.56 |
| | 11-30 | Compupay | Billing | 118.31 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL CHECKS - THIS PAGE** $ 44674.25

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

November 2012

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Fees + other W/drawls
(posted items = checks)

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5111 | 11-9-2012 | SecureCare | DentalIns | 111.18 |
| 5154 | 11-9-12 | COCIMHKKKEFER | repairs/mate | 90.66 |
| 32625 | 11-13-12 | | PAYROLL | 2821.38 |
| 5151 | 11-13-12 | PJ SOUTHWEST | Rent | 8117.00 |
| 11912 | 11-13-12 | AF FINANCIAL | LEASE EQUIPTMe | 1105.98 |
| 5088 | 11-13-12 | FORT DEARBORN | PRINTING | 170.00 |
| 5131 | 11-13-12 | JIMS AUTO | AUTO REPAIRS | 439.18 |
| 5158 | 11-14-12 | BLUE GRACE | TRUCKING COMPANY | 5900.00 |
| 5087 | 11-14-12 | AZDEPT LIQ | LICENSE FEE | 325.00 |
| 5132 | 11-14-12 | HOME DEPOT | KITCHEN/EQUD REPAIR | 64.10 |
| 5130 | 11-14-12 | KALIL | CO2 TANKS | 94.00 |
| 5157 | 11-15-12 | TED | ELEETRIC | 4113.93 |
| 5153 | 11-15-12 | SUNLAND | FOOD / KITCHEN | 216.10 |
| 32644 | 11-16-12 | | PAYROLL | 1819.20 |
| 32649 | 11-16-12 | | PAYROLL | 681.95 |
| 5155 | 11-16-12 | PEPSI | SODA / BEVERAGE | 300.75 |
| 5159 | 11-16-12 | FINLEY | GUEST TAP / BEER | 872.00 |
| 32647 | 11-16-12 | | PAYROLL | 1272.69 |
| 32657 | 11-16-12 | | PAYROLL | 405.98 |
| 32656 | 11-19-12 | | PAYROLL | 105.94 |
| 5152 | 11-19-12 | KOFKASIVES PLUSE | GLUE / SUPPLES | 440.00 |
| 5162 | 11-19-12 | LUIS ELIZALDE | CONTRACT LABOR / LAND | 780.00 |
| 5163 | 11-19-12 | DEFO ELIZALDE | CONTRACT LABOR / LAND | 776.25 |
| 32652 | 11-19-12 | | PAYROLL | 436.69 |
| 32662 | 11-19-12 | | PAYROLL | 691.50 |
| 5156 | 11-19-12 | US FOODS | FOOD / KITCHEN | 12762.82 |
| 32651 | 11-19-12 | | PAYROLL | 686.53 |

**TOTAL CHECKS - THIS PAGE**

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

2
NOVEMBER
2012

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

FEE'S + OTHER W/ DRAWALS  Account # 0345
( Posted Items = checks )

Bank Name  CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | **CHECKS ISSUED** | |
| 32661 | 11-19-12 | | PAYROLL | 978.69 |
| 32646 | 11-19-12 | | PAYROLL | 837.18 |
| 32655 | 11-19-12 | | PAYROLL | 181.46 |
| 32648 | 11-19-12 | | PAYROLL | 749.72 |
| 5166 | 11-20-12 | CHASE | CREDIT CARD PYMT | 470.00 |
| 32650 | 11-20-12 | | PAYROLL | 467.28 |
| 5164 | 11-20-12 | REGISTER CORP | | 495.00 |
| 32653 | 11-20-12 | | PAYROLL | 1018.52 |
| 32659 | 11-20-12 | | PAYROLL | 172.32 |
| 5165 | 11-20-12 | | PAYROLL | 924.68 |
| 32663 | 11-20-12 | | PAYROLL | 278.92 |
| 32664 | 11-20-12 | | PAYROLL | 715.10 |
| 32654 | 11-20-12 | | PAY ROLL | 2821.38 |
| 5150 | 11-21-12 | KALIL | CO2 TANKS | 123.07 |
| 5160 | 11-21-12 | SUNLAND | KITCHEN / FOOD | 172.45 |
| 5167 | 11-21-12 | | PAYROLL | 655.57 |
| 5169 | 11-23-12 | CHASE | CREDIT CARD PYMT | 1448.00 |
| 5149 | 11-23-12 | AUTOZONE | AUTO REPAIR / MAINT | 32.13 |
| 5168 | 11-23-12 | AZ Dept of Rev | TAXES | 2884.86 |
| 32654 | 11-23-12 | | PAY ROLL | 78.61 |
| 32660 | 11-26-12 | | PAYROLL | 68.06 |
| 5171 | 11-27-12 | VERIZON | CO PHONE | 139.62 |
| 32658 | 11-27-12 | | PAYROLL | 115.64 |
| 5170 | 11-27-12 | STERN PRODUCE | KITCHEN / FOOD | 112197 |
| 5179 | 11-27-12 | PRUDENTIAL | TOWELS / SERVICE | 430.18 |
| 5209 | 11-27-12 | JAY SHERMAN | | 2500.00 |
| 5177 | 11-27-12 | DIRECT TV | CABLE TV | 94.94 |
| | | | **TOTAL CHECKS - THIS PAGE** | |

Case 4:12-bk-08122-EWH   Doc 86   Filed 05/30/13   Entered 05/30/13 11:54:43   Desc
Main Document      Page 13 of 28

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

FEE'S + OTHER W/DRAWALS
(posted items = checks)

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5148 | 11-27-12 | FINLEY DIST | GUEST TAP / BEER | 302.00 |
| 5173 | 11-27-12 | TATTOO MWFCING | MARKETING SUPPLY | 482.00 |
| 5175 | 11-27-12 | TRULY VIDDEN | PEST CONTROL | 325.00 |
| 5181 | 11-28-12 | FEDEX | SHIPPING | 363.59 |
| 5174 | 11-28-12 | AFLAC | INS PREMIUM | 311.76 |
| 5183 | 11-28-12 | AM HOSE + RUBBER | MAIT/REPAIRS | 42.07 |
| 5188 | 11-28-12 | VERIZON | CO PHONE | 528.57 |
| 5178 | 11-28-12 | SWISHER | SANITATION / BATHROOM | 487.98 |
| 5208 | 11-28-12 | TAYLOR DIST | GUEST TAP/BEER | 159.95 |
| 5182 | 11-28-12 | VIROS | BREAD/FOOD | 500.00 |
| 5184 | 11-29-12 | FASTENAL | BREWERY SUPPLIES | 35.38 |
| 5176 | 11-29-12 | WHITE LABS | BREWERY SUPPLIES | 150.00 |
| 5180 | 11-29-12 | PROTECTION ONE | SECURITY SYSTEM | 191.29 |
| 5185 | 11-29-12 | KOLAS | MARKETING SUPPLIE | 1191.15 |
| 5089 | 11-30-12 | SO WINE/SPIRITS | WINE | 146.92 |
| 5187 | 11-30-12 | OFFICE OF TRUSTEE | DAY MENT | 650.00 |
| 5201 | 11-30-12 | CABU | REPAIRS TO MASH TUN | 3800.00 |
| 5200 | 11-30-12 | PEPSI | SODA | 180.45 |
| 5186 | 11-30-12 | OFFICE OF TRUSTEE | PYMTS | 1948.59 |
| 32665 | 11-30-12 | | DAYROLL | 1819.20 |
| | 11-1-12 | W/DRAW | | |
| | 11-1-12 | W/DRAW | | 600.00 |
| | 11-7-12 | CHASE | NSF | 737.94 |
| | 11-7-12 | CHASE | NSF | 34.00 |
| | 11-7-12 | CHASE | NSF | 34.00 |
| | 11-7-12 | CHASE | NSF | 34.00 |
| | 11-7-12 | CHASE | NSF | 34.00 |
| | | | **TOTAL CHECKS - THIS PAGE** | |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

4
NOVEMBER 2012

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Fees + OTHER WIDRAWS
(posted = check)

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-7-12 | CHASE | NSF | 34.00 |
| | 11-8-12 | CHASE | NSF | 34.00 |
| | 11-8-12 | CHASE | NSF | 34.00 |
| | 11-8-12 | CHASE | NSF | 34.00 |
| | 11-13-12 | CHASE | WIRE FEE | 30.00 |
| | 11-13-12 | CHASE | WIRE FEE | 15.00 |
| | 11-26-12 | CHASE | WIRE FEE | 30.00 |
| | 11-26-12 | CHASE | WIRE FEE | 30.00 |
| | 11-26-12 | CHASE | WIRE FEE | 30.00 |
| | 11-26-12 | CHASE | WIRE FEE | 15.00 |
| | 11-30-12 | CHASE | SERVICE FEE | 31.60 |

**CHECKS ISSUED**

**TOTAL CHECKS - THIS PAGE**

# Nimbus Brewing Company, LLC
## Profit & Loss
### November 2012

|  | Nov 12 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4010 · Wholesale (Wholesale)** | |
| 4070 · Distributor (Wholesale Sales) | 136,285.34 |
| 4010 · Wholesale (Wholesale) - Other | 68.00 |
| **Total 4010 · Wholesale (Wholesale)** | 136,353.34 |
| **4100 · Retail (Retail)** | |
| 4104 · Wine | 247.50 |
| **4105 · Beer Sales (Beer)** | |
| 4107 · Beer - Pints (Beer - Pints) | 18,360.49 |
| 4108 · Kegs Only | 490.00 |
| 4109 · Growlers Only | 732.00 |
| 4109.5 · Growler Refills | 1,196.00 |
| **Total 4105 · Beer Sales (Beer)** | 20,778.49 |
| 4110 · Food Income! (Food) | 23,299.84 |
| 4115 · Merchandise Income (Merchandise) | 3,603.75 |
| **Total 4100 · Retail (Retail)** | 47,929.58 |
| **4600 · Miscellaneous Income (Miscellaneous Income)** | |
| 4603 · Cash Over/(Short) | -30.20 |
| **Total 4600 · Miscellaneous Income (Miscellaneous Income)** | -30.20 |
| **Total Income** | 184,252.72 |
| **Cost of Goods Sold** | |
| **5000 · Cost of Goods Sold (Cost of Goods Sold)** | |
| **5100 · Beer Title (Beer)** | |
| 5101 · Raw Materials-COGS (Raw Materials) | 189.84 |
| 5102 · Production Costs - Brewing (Production Costs - Brewing) | 217.07 |
| 5103 · Production Costs - Bottling (Production Costs - Bottling) | 550.00 |
| **Total 5100 · Beer Title (Beer)** | 956.91 |
| 5200 · Food-COGS-Expense (Food) | 13,251.11 |
| 5250 · Wine | -4.50 |
| 5251 · Beer Guest Tap | 574.00 |
| 5300 · Merchandise-COGS (Merchandise) | 3,455.91 |
| **5900 · Excise Taxes (Excise Taxes)** | |
| 5910 · State Excise Tax (AZ-835) (State Beer Tax) | 240.61 |
| **Total 5900 · Excise Taxes (Excise Taxes)** | 240.61 |
| 5000 · Cost of Goods Sold (Cost of Goods Sold) - Other | 0.00 |
| **Total 5000 · Cost of Goods Sold (Cost of Goods Sold)** | 18,474.04 |
| **Total COGS** | 18,474.04 |
| **Gross Profit** | 165,778.68 |
| **Expense** | |
| 0000 · Suspense | 6,300.00 |
| **6000 · Payroll Expenses** | |
| **6100 · Salaries & Wages (Salaries & Wages)** | |
| 6100-10 · 100-Mgr Wages | 11,015.73 |
| 6100-20 · 200-brew wages | 6,402.18 |
| 6100-30 · 300-Bottle Wages | 3,136.40 |
| 6100-40 · 400-Tap Rm Wages | 2,067.47 |
| 6100-70 · 700-Kitchen Wages | 6,420.64 |
| **Total 6100 · Salaries & Wages (Salaries & Wages)** | 29,042.42 |
| 6230 · Health Insurance (Health Insurance) | 311.76 |
| 6000 · Payroll Expenses - Other | 2,550.25 |
| **Total 6000 · Payroll Expenses** | 31,904.43 |

# Nimbus Brewing Company, LLC
## Profit & Loss
### November 2012

|  | Nov 12 |
|---|---|
| **7000 · Plant Expense (Plant Expense)** | |
| 6300 · Contract Labor (Contract Labor) | 1,413.75 |
| 7010 · Rent (Rent) | 8,117.00 |
| 7100 · Electricity (Electricity) | 4,113.93 |
| 7130 · Water-Sewer-Garbage (Water-Sewer-Garbage) | 183.70 |
| 7320 · Repairs & Maintenance (Repairs & Maintenance) | 3,371.79 |
| 7330 · Kitchen | 0.00 |
| 7340 · Tap Room (Tap Room) | 3,277.15 |
| 7400 · Outside Services (Outside Services) | 4,333.07 |
| **Total 7000 · Plant Expense (Plant Expense)** | 24,810.39 |
| **7600 · Marketing Expenses (Marketing Expenses)** | |
| 7670 · Special Events (Special Events) | 76.26 |
| 7671 · In House Band (In House Band) | 1,990.00 |
| 7600 · Marketing Expenses (Marketing Expenses) - Other | 924.10 |
| **Total 7600 · Marketing Expenses (Marketing Expenses)** | 2,990.36 |
| **8000 · General & Administrative (General & Administrative)** | |
| 8020 · Auto Gas & Repair (Auto Gas & Repair) | 622.45 |
| 8080 · Office Supplies (Office Supplies) | 19.95 |
| 8100 · Postage & Freight (Postage & Freight) | 6,279.79 |
| 8120 · Telephone (Telephone) | 807.81 |
| 8140 · Licenses and Permits (Licenses and Permits) | 495.00 |
| 9000 · Financing Expenses (Financing Expenses) | |
| 9600 · Bad Debt Expense (Bad Debt Expense) | 2,598.57 |
| **Total 9000 · Financing Expenses (Financing Expenses)** | 2,598.57 |
| **Total 8000 · General & Administrative (General & Administrative)** | 10,823.57 |
| **Total Expense** | 76,828.75 |
| **Net Ordinary Income** | 88,949.93 |
| **Net Income** | 88,949.93 |

# Nimbus Brewing Company, LLC
## Balance Sheet
### As of November 30, 2012

| | Nov 30, 12 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1005 · Petty Cash (Petty Cash) | 24.63 |
| 1007 · Chase-8422 | 148,486.20 |
| 1008 · Chase -0345 (Debitor In Possession Account) | -199,113.88 |
| **Total Checking/Savings** | -50,603.05 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 96,005.39 |
| **Total Accounts Receivable** | 96,005.39 |
| **Other Current Assets** | |
| 1120 · Inventory | |
| 1121 · Other Inventory-YE only | 80,922.03 |
| 1155 · Merchandise Inventory-YE Only (Merchandise) | 12,693.00 |
| 1157 · Wine Inventory | 60.50 |
| 1120 · Inventory - Other | -6,000.74 |
| **Total 1120 · Inventory** | 87,674.79 |
| 1191 · Employee Loan | 535.06 |
| **Total Other Current Assets** | 88,209.85 |
| **Total Current Assets** | 133,612.19 |
| **Fixed Assets** | |
| 08.2011 · 08.19.11 Verizon Cell Phone | 1,054.41 |
| 092808 · Video Game Machines | 8,688.00 |
| 1159 · Empty Kegs and Taps (Empty Kegs and Taps) | 64,671.00 |
| 1225 · Organizational Costs | 85.00 |
| 1230 · Brewery Equip | 3,104.31 |
| 1500 · Leasehold Improvements (Leasehold Improvements) | 225,052.93 |
| 1501 · ADA Repairs | 17,015.00 |
| 1510 · Furniture & Fixtures (Furniture & Fixtures) | 95,464.37 |
| 1511 · Band Equipment | 2,532.17 |
| 1512 · Music Equipment (Stage, PA Systems, Lights,etc) | 5,548.00 |
| 1520 · Office Equipment (Office Equipment) | 19,179.45 |
| 1530 · Plant Equipment (Plant Equipment) | 716,725.91 |
| 1537 · Trucks/Autos-Fixed Assets | 108,134.09 |
| 1598 · Accumulated Amortization | -28.00 |
| 1599 · Accumulated Depreciation (Accum. Deprec. - F & F) | -1,059,473.00 |
| **Total Fixed Assets** | 207,753.64 |
| **Other Assets** | |
| 1600 · Security Deposit (Security Deposit) | |
| 1601 · Last Months payments | 9,005.10 |
| **Total 1600 · Security Deposit (Security Deposit)** | 9,005.10 |
| **Total Other Assets** | 9,005.10 |
| **TOTAL ASSETS** | 350,370.93 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 2009 · Am Express 5-77007 | 17,862.73 |
| 2011 · Chase-6249 | -3,891.13 |
| 2013 · Sam's Club Discover - 4644 | 7,401.94 |
| 2016 · Wells Fargo-2657/1988 | 20,895.76 |
| 2020 · Chase-/0714/7098 | -10,901.65 |
| 2025- · Chase OD - 9808 | 7,222.42 |
| **Total Credit Cards** | 38,590.07 |

Case 4:12-bk-08122-EWH    Doc 86    Filed 05/30/13    Entered 05/30/13 11:54:43    Desc
Main Document      Page 18 of 28

# Nimbus Brewing Company, LLC
# Balance Sheet
### As of November 30, 2012

|  | Nov 30, 12 |
|---|---|
| **Other Current Liabilities** | |
| 2004 · Rewards Account | -51,584.20 |
| 2111 · Unclaimed PR Bk of Tuc 2007-09 | 5,323.35 |
| 2200 · Sales Tax Payable | 34,403.79 |
| 2405 · Keg Deposits (Keg Deposits) | 6,792.22 |
| **Total Other Current Liabilities** | -5,064.84 |
| **Total Current Liabilities** | 33,525.23 |
| **Long Term Liabilities** | |
| 2502 · Bryn Mawr, PA = BMT Leasing | -21,805.75 |
| 2503 · AEL $37.5K 09.08.08 | -4,998.85 |
| 2554 · US Bank /Manifest Funding | 6,242.34 |
| 2600 · Loan Payable - TCB, LLC | 74,574.64 |
| **Total Long Term Liabilities** | 54,012.38 |
| **Total Liabilities** | 87,537.61 |
| **Equity** | |
| 3000 · Opening Bal Equity | 550.00 |
| 3001 · Capital Acc. Bal. and Activity | |
| 3101 · Larry Kahn (Larry's Earnings) | -33,357.00 |
| 3102 · Tirrill Woodring (Capital - Tirrill Woodring) | -111,000.00 |
| 3104 · Vaughan Scully (Vaughan's Draws) | -67,960.00 |
| 3106 · Jeffrey Wagner | 34,337.00 |
| 3108 · Jim Counts | 134,925.43 |
| 3109 · Donna Walsh (Capital-Donna Walsh) | 4,105.00 |
| 3110 · Williams, George (George Williams) | 4,003.00 |
| 3111 · Sandra Roseberry (Sandra Roseberry) | 4,003.00 |
| 3112 · Chester Schmidt (Schmidt/Blaylock) | 2,004.00 |
| 3113 · Ginger Marr (Ginger Marr) | 2,004.00 |
| 3114 · Steven Smith (Steven Smith Investment) | 6,978.00 |
| 3116 · Joann Blaylock | 2,004.00 |
| 3117 · Daniel Wellhouse | 2,004.00 |
| 3118 · Michael R. Wilhelm | 934.00 |
| 3119 · Joe C. Maurer | 934.00 |
| 3120 · Earlene M. Moore | 934.00 |
| 3121 · Brett McGee | 934.00 |
| 3122 · Amanda Gronhoyd | 934.00 |
| 3123 · James F. Treanor | 4,670.00 |
| 3124 · Brian Parzuchoski | 934.00 |
| 3125 · Thoma Dreschler | -1,648.00 |
| 3126 · Michael Fufaro | -1,648.00 |
| 3127 · Michael Schwartz | -3,907.00 |
| 3128 · John Adkisson | -1,648.00 |
| 3129 · Boelts - Stratford & Assoc. | -12,984.00 |
| 3130 · Enrique Ward | 934.00 |
| 3131 · Ron Edrington | 934.00 |
| 3132 · David Whittaker | 1,937.00 |
| 3135 · Dale Marthaler | 952.00 |
| 3140 · Thomas Bonvechio | 952.00 |
| 3145 · Bill Hass | 13,917.00 |
| 3150 · David Neff | -203.00 |
| 3151 · Marianne Tozzi | -20.00 |
| **Total 3001 · Capital Acc. Bal. and Activity** | -8,107.57 |
| 3900 · Retained Earnings (Retained Earnings) | 244,341.69 |
| Net Income | 26,049.20 |
| **Total Equity** | 262,833.32 |
| **TOTAL LIABILITIES & EQUITY** | 350,370.93 |

Case 4:12-bk-08122-EWH   Doc 86   Filed 05/30/13   Entered 05/30/13 11:54:43   Desc
Main Document   Page 19 of 28



# CHASE ⬭

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 01, 2012 through November 30, 2012
Account Number: **345**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00013194 DRE 601 211 33612 NNNNNNNNNNN  1 000000000 63 0000
NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

You will see more information about your ATM deposits on your account statement.
Tracking your ATM deposits will be even easier beginning November 12, 2012.
In the Deposits and Additions section of your statement, you will see the date you made
your deposit (in addition to the date we posted it to your account), and the last
four digits of the card number for each ATM deposit.

In the ATM & Debit Card Summary section, ATM and debit card transactions will be totaled
by card number. This will help you track activity by cardholder. Please note that any ATM
deposit transactions that post to your account before November 12, 2012, will not show
this additional information and will not be included in the ATM & Debit Card Summary
section at the end of your statement.

We value you as a Chase customer. If you have questions, please call us at the number on
this statement or visit your nearest branch.

## CHECKING SUMMARY  Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$20,730.13** |
| Deposits and Additions | 102 | 195,141.56 |
| Checks Paid | 36 | - 21,403.33 |
| ATM & Debit Card Withdrawals | 43 | - 14,791.33 |
| Electronic Withdrawals | 23 | - 44,674.25 |
| Fees and Other Withdrawals | 31 | - 80,279.67 |
| **Ending Balance** | 235 | **$54,723.21** |

*(handwritten: 215871.69)*
*(handwritten: 161148.48)*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 11/01 | Deposit  332134185 | $1,000.00 |
| 11/01 | Paymentech  Deposit  5169720  CCD ID: 1020401225 | 1,078.75 |
| 11/02 | Paymentech  Deposit  5169720  CCD ID: 1020401225 | 736.50 |
| 11/02 | American Express Settlement 5021111257  CCD ID: 1134992250 | 97.42 |
| 11/05 | Deposit | 2,994.00 |
| 11/05 | Deposit | 249.40 |
| 11/05 | Deposit | 210.25 |
| 11/05 | Deposit | 147.60 |



# CHASE ⬤

November 01, 2012 through November 30, 2012
Account Number: 0345

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Deposit | 101.94 |
| 11/05 | Deposit | 82.66 |
| 11/05 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 2,568.45 |
| 11/05 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,763.75 |
| 11/05 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,173.65 |
| 11/05 | American Express Settlement 5021111257       CCD ID: 1134992250 | 190.14 |
| 11/05 | American Express Settlement 5021111257       CCD ID: 1134992250 | 99.82 |
| 11/06 | Deposit | 298.95 |
| 11/06 | Deposit    1115433228 | 183.00 |
| 11/06 | Deposit | 153.40 |
| 11/06 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 458.95 |
| 11/06 | American Express Settlement 5021111257       CCD ID: 1134992250 | 90.56 |
| 11/07 | Deposit | 329.15 |
| 11/07 | Deposit | 266.69 |
| 11/07 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 798.55 |
| 11/07 | American Express Settlement 5021111257       CCD ID: 1134992250 | 74.59 |
| 11/08 | Insufficient Funds Fee Refund | 34.00 |
| 11/08 | Insufficient Funds Fee Refund | 34.00 |
| 11/08 | Insufficient Funds Fee Refund | 34.00 |
| 11/08 | Insufficient Funds Fee Refund | 34.00 |
| 1/08 | Insufficient Funds Fee Refund | 34.00 |
| 11/08 | Insufficient Funds Fee Refund | 34.00 |
| 11/08 | Deposit    1115564751 | 25,933.10 |
| 11/08 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 870.25 |
| 11/08 | American Express Settlement 5021111257       CCD ID: 1134992250 | 34.64 |
| 11/09 | Insufficient Funds Fee Refund | 34.00 |
| 11/09 | Insufficient Funds Fee Refund | 34.00 |
| 11/09 | Insufficient Funds Fee Refund | 34.00 |
| 11/09 | Deposit    332134186 | 5,154.50 |
| 11/09 | Deposit | 1,960.50 |
| 11/09 | Deposit | 246.25 |
| 11/09 | Deposit | 94.43 |
| 11/09 | Alliance Pmd    Payment   Abd1-Abd1200000 CCD ID: 9000000052 | 16,871.40 |
| 11/09 | Credit Due To Debit Card Dispute | 6,890.45 |
| 11/09 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,018.55 |
| 11/13 | Fed Wire Credit Via: Bank of America, N.A./026009593 B/O: Quality Wine Spirits Inc Atlanta GA 30318-2203 Ref: Chase Nyc/Ctr/Bnf=Nimbus Brewing Company LLC Debtor Tucson, AZ 857135472/Ac-000000009996 Rfb=01121113010778Nn Obi=Invoice 2338 Bbi=/8nfimad: 1113B6B7Hu1R014381 Tm: 7375809318Ff | 30,018.50 |
| 11/13 | Deposit | 209.20 |
| 11/13 | Deposit | 71.65 |
| 11/13 | Deposit | 54.89 |
| 11/13 | Deposit | 31.33 |
| 11/13 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 2,543.45 |
| 11/13 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,952.85 |
| 11/13 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 874.10 |
| 11/13 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 674.50 |
| 11/13 | American Express Settlement 5021111257       CCD ID: 1134992250 | 254.70 |

?10

Case 4:12-bk-08122-EWH    Doc 86   Filed 05/30/13   Entered 05/30/13 11:54:43   Desc
Main Document      Page 21 of 28

2/20/2013 11:28 AM


## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | American Express Settlement 5021111257    CCD ID: 1134992250 | 226.81 |
| 11/13 | American Express Settlement 5021111257    CCD ID: 1134992250 | 68.22 |
| 11/14 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 657.45 |
| 11/15 | Deposit | 402.04 |
| 11/15 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 930.70 |
| 11/15 | American Express Settlement 5021111257    CCD ID: 1134992250 | 137.46 |
| 11/16 | Deposit    1115864602 | 2,268.00 |
| 11/16 | Deposit | 309.75 |
| 11/16 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,175.25 |
| 11/16 | American Express Settlement 5021111257    CCD ID: 1134992250 | 115.65 |
| 11/19 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,982.95 |
| 11/19 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,757.45 |
| 11/19 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,211.75 |
| 11/19 | American Express Settlement 5021111257    CCD ID: 1134992250 | 303.04 |
| 11/19 | American Express Settlement 5021111257    CCD ID: 1134992250 | 51.81 |
| 11/20 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 646.55 |
| 11/20 | American Express Settlement 5021111257    CCD ID: 1134992250 | 72.37 |
| 11/21 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 702.25 |
| 11/21 | American Express Settlement 5021111257    CCD ID: 1134992250 | 181.84 |
| 11/23 | Deposit | 194.75 |
| 11/23 | Deposit | 143.12 |
| 11/23 | Deposit | 132.20 |
| 11/23 | Deposit | 119.80 |
| 11/23 | Deposit | 104.46 |
| 11/23 | Deposit | 68.10 |
| 11/23 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 2,653.70 |
| 11/23 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,618.50 |
| 11/23 | American Express Settlement 5021111257    CCD ID: 1134992250 | 27.60 |
| 11/26 | Fed Wire Credit Via: Bank of America, N.A./026009593 B/O: Quality Wine Spirits Inc Atlanta GA 30318-2203 Ref: Chase Nyc/Ctr/Bnf=Nimbus Brewing Company LLC Debtor Tucson, AZ 857135472/Ac-000000009996 Rfb=01121126010554Nn Obi=Invoice 2369 Bbi=/Bnfimad: 1126B6B7Hu1R011393 Trn: 6236909331Ff | 31,084.67 |
| 11/26 | Deposit    1115925485 | 1,769.00 |
| 11/26 | Deposit | 110.60 |
| 11/26 | Deposit | 102.10 |
| 11/26 | Deposit | 51.40 |
| 11/26 | Deposit | 6.55 |
| 11/26 | Deposit | 4.12 |
| 11/26 | Alliance Pmd    Payment   Abd1-Abd1200000 CCD ID: 9000000052 | 25,936.65 |
| 11/26 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,831.40 |
| 11/26 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 1,268.45 |
| 11/26 | American Express Settlement 5021111257    CCD ID: 1134992250 | 98.08 |
| 11/26 | American Express Settlement 5021111257    CCD ID: 1134992250 | 80.52 |
| 11/27 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 722.90 |
| 11/27 | American Express Settlement 5021111257    CCD ID: 1134992250 | 144.50 |
| 11/28 | Paymentech    Deposit  5169720    CCD ID: 1020401225 | 356.20 |
| 11/28 | American Express Settlement 5021111257    CCD ID: 1134992250 | 59.52 |
| 1/29 | Deposit | 193.05 |

# CHASE ◯

November 01, 2012 through November 30, 2012

Account Number:       .0345

## DEPOSITS AND ADDITIONS   *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/29 | Deposit | 136.60 |
| 11/29 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 898.35 |
| 11/30 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 798.25 |
| 11/30 | American Express Settlement 5021111257    CCD ID: 1134992250 | 11.67 |
| **Total Deposits and Additions** | | **$195,141.56** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 5127 ^ | | 11/02 | $87.79 |
| 5129 * ^ | | 11/05 | 195.42 |
| 5134 * ^ | | 11/01 | 2,850.30 |
| 5135 ^ | | 11/05 | 987.81 |
| 5136 ^ | | 11/07 | 545.50 |
| 5137 ^ | | 11/06 | 820.00 |
| 5138 ^ | | 11/05 | 633.75 |
| 5139 ^ | | 11/05 | 645.00 |
| 5140 ^ | 11/06 | 11/06 | 295.10 |
| 5141 ^ | | 11/05 | 248.71 |
| 5142 ^ | | 11/06 | 139.62 |
| 5143 ^ | | 11/05 | 183.70 |
| 5144 ^ | | 11/07 | 381.01 |
| 5145 ^ | | 11/07 | 513.60 |
| 5146 ^ | | 11/06 | 325.00 |
| 5147 ^ | | 11/05 | 1,575.28 |
| 32624 * ^ | | 11/02 | 1,819.20 |
| 32626 * ^ | 11/01 | 11/01 | 837.18 |
| 32627 ^ | | 11/02 | 1,272.69 |
| 32628 ^ | | 11/02 | 702.72 |
| 32629 ^ | | 11/01 | 650.14 |
| 32630 ^ | | 11/05 | 650.50 |
| 32631 ^ | | 11/05 | 714.12 |
| 32632 ^ | | 11/05 | 716.05 |
| 32633 ^ | | 11/08 | 40.79 |
| 32634 ^ | | 11/01 | 115.48 |
| 32635 ^ | | 11/07 | 132.63 |
| 32636 ^ | | 11/01 | 307.51 |
| 32637 ^ | | 11/06 | 158.09 |
| 32638 ^ | | 11/05 | 119.31 |

Page 4 of 10

f10      Case 4:12-bk-08122-EWH    Doc 86    Filed 05/30/13    Entered 05/30/13 11:54:43    2/20/2013 11:28 AM    Desc
Main Document      Page 23 of 28



**CHASE** ◯

November 01, 2012 through November 30, 2012
Account Number:         **345**

## CHECKS PAID   (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 32639 ^ | | 11/08 | 65.65 |
| 32640 ^ | | 11/02 | 900.52 |
| 32641 ^ | | 11/01 | 683.84 |
| 32642 ^ | | 11/05 | 384.80 |
| 32643 ^ | | 11/05 | 636.46 |
| 32660 * ^ | | 11/26 | 68.06 |

| **Total Checks Paid** | | | **$21,403.33** |
|---|---|---|---|

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/02 | Card Purchase | 11/01 Samsclub 6692 Gas Tucson AZ Card 1224 | $61.35 |
| 11/02 | Card Purchase | 11/01 Pilot Yuma AZ Card 1224 | 61.12 |
| 11/05 | Card Purchase | 11/01 Valero 1714 Tucson AZ Card 1216 | 48.26 |
| 11/05 | Card Purchase | 11/01 Shaffer Dryclean-River Tucson AZ Card 1224 | 61.40 |
| 11/05 | Card Purchase | 11/02 Safeway Store 00019885 Tucson AZ Card 1216 | 32.72 |
| 11/05 | Card Purchase | 11/03 Hamilton's Tavern San Diego CA Card 1216 | 55.00 |
| 11/05 | Card Purchase | 11/03 Walgreens #3097 Tucson AZ Card 1216 | 71.22 |
| 11/05 | Card Purchase | 11/04 Walgreens #3097 Tucson AZ Card 1216 | 87.87 |
| 11/06 | Card Purchase | 11/05 Palomar San Diego San Diego CA Card 1224 | 874.90 |
| 11/06 | Recurring Card Purchase 11/05 Safecart.Com*Speedmax 855-432-0727 WA Card 1224 | | 99.94 |
| 11/07 | Card Purchase | 11/05 Valero 1714 Tucson AZ Card 1216 | 42.40 |
| 11/07 | Card Purchase | 11/06 Shivum Jewelry Outlet 213-688-7676 CA Card 1224 | 6,890.45 |
| 11/08 | Recurring Card Purchase 11/07 Ameriprise Ins Auto ID 800-5352001 WI Card 1224 | | 538.00 |
| 11/09 | Card Purchase | 11/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 69.99 |
| 11/13 | Card Purchase | 11/09 Usairways  03724917868 Phoenix AZ Card 1216 | 474.70 |
| 11/13 | Card Purchase | 11/12 U-Haul At Rincon Tucson AZ Card 1216 | 51.17 |
| 11/13 | Card Purchase | 11/09 Shell Oil 57444058705 Eloy AZ Card 1216 | 35.87 |
| 11/13 | Card Purchase | 11/10 Circle K 00742 Parker AZ Card 1216 | 67.29 |
| 11/13 | Card Purchase | 11/10 College St Brewhouse Lake Havasu C AZ Card 1216 | 21.50 |
| 11/13 | Card Purchase | 11/10 College St Brewhouse Lake Havasu C AZ Card 1216 | 166.91 |
| 11/13 | Card Purchase | 11/11 Mudshark Brewing CO Lake Havasu C AZ Card 1216 | 84.52 |
| 11/13 | Card Purchase | 11/11 Love S Country00002659 Eloy AZ Card 1216 | 79.89 |
| 11/16 | Card Purchase | 11/14 Standard Restaurant-Tu 520-8852345 AZ Card 1216 | 131.72 |
| 11/16 | Recurring Card Purchase 11/15 J2 * Fax.Com 888-429-4615 CA Card 1216 | | 9.99 |
| 11/19 | Card Purchase | 11/16 Taphandles, Inc. 425-272-0033 WA Card 1044 | 1,727.84 |
| 11/19 | Card Purchase | 11/15 Standard Restaurant-Tu 520-8852345 AZ Card 1216 | 32.51 |
| 11/19 | Card Purchase | 11/16 Jv Northwest Canby OR Card 1044 | 269.94 |
| 11/19 | Card Purchase | 11/16 Usps 03888807433808486 Tucson AZ Card 1216 | 63.95 |
| 11/19 | Card Purchase | 11/16 Nimbus American Bistro Tucson AZ Card 1216 | 98.46 |
| 11/20 | Card Purchase | 11/18 Valero 1714 Tucson AZ Card 1216 | 37.71 |
| 11/23 | Card Purchase | 11/22 Acacia Tucson AZ Card 1216 | 204.40 |

Case 4:12-bk-08122-EWH   Doc 86   Filed 05/30/13   Entered 05/30/13 11:54:43   Desc
Main Document    Page 24 of 28



**CHASE** ◆

November 01, 2012 through November 30, 2012
Account Number:          0345

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------|
| 11/26 | Card Purchase | 11/25 Groupon Inc 877-788-7858 IL Card 1044 | 26.77 |
| 11/26 | Card Purchase | 11/24 Aaron Brothers #227 Tucson AZ Card 1044 | 1,202.95 |
| 11/28 | Card Purchase | 11/27 Cartridge World Azn129 Tucson AZ Card 1216 | 113.44 |
| 11/28 | Card Purchase | 11/27 Office Max Tucson AZ Card 1216 | 126.59 |
| 11/28 | Card Purchase | 11/27 Brewers Supply Group 800-3742739 MN Card 1044 | 198.60 |
| 11/28 | Recurring Card Purchase 11/27 Aaa Arizona Mbr Dues 602-274-1116 AZ Card 1216 | | 29.17 |
| 11/29 | Card Purchase | 11/28 AL's Ace Hardware 2 Tucson AZ Card 1216 | 17.63 |
| 11/29 | Card Purchase | 11/28 Frys-Food-Drg #017 Tucson AZ Card 1216 | 19.88 |
| 11/30 | Card Purchase | 11/28 Valero 1714 Tucson AZ Card 1216 | 38.71 |
| 11/30 | Card Purchase | 11/29 Walgreens #3097 Tucson AZ Card 1216 | 96.77 |
| 11/30 | Card Purchase | 11/29 Summit Racing Mail OR 800-230-3030 OH Card 1044 | 301.86 |
| 11/30 | Card Purchase | 11/29 Jv Northwest 503-2632858 OR Card 1044 | 65.97 |
| **Total ATM & Debit Card Withdrawals** | | | **$14,791.33** |

## ATM & DEBIT CARD SUMMARY

James C Counts  Card 1044

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,793.93 |
| Total Card Deposits & Credits | $0.00 |

Patricia S Counts  Card 1216

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,355.24 |
| Total Card Deposits & Credits | $0.00 |

James C Counts  Card 1224

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $8,642.16 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $14,791.33 |
| Total Card Deposits & Credits | $0.00 |

f10                                                                    2/20/2013 11:28 AM

# CHASE ○

November 01, 2012 through November 30, 2012

Account Number: (    0345

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Compupay, Inc    Tax Col    003074361        CCD ID: 1592022495 | $3,739.97 |
| 11/01 | Southwest Gas    Web      3613313880004    Web ID: 5880085720 | 1,649.30 |
| 11/01 | Compupay, Inc    Wc Debits  003-074361        CCD ID: 5592022495 | 222.69 |
| 11/01 | Compupay Billing Miramar AR 003 74361        CCD ID: 1592022495 | 109.05 |
| 11/02 | Paymentech      Fee    5169720      CCD ID: 1020401225 | 856.25 |
| 11/02 | Fort Dearborn CO Debits              PPD ID: 205017397 | 170.57 |
| 11/07 | Rewards Network  Settlement 23469-020134926 CCD ID: 9000009744 | 376.96 |
| 11/09 | 11/09 Online Transfer To Chk ...9778 Transaction#: 2956342029 | 1,552.43 |
| 11/13 | 11/13 Fedwire Debit Via: TD Bank, NA/211370545 A/C: Tiger Press Imad: 1113B1Qgc07C002122 Trn: 3129700318Es | 15,000.00 |
| 11/14 | Rewards Network  Settlement 23494-020146525 CCD ID: 9000009744 | 618.56 |
| 11/16 | Compupay, Inc    Tax Col    003074361        CCD ID: 1592022495 | 3,956.10 |
| 11/16 | Compupay, Inc    Wc Debits  003-074361        CCD ID: 5592022495 | 237.74 |
| 11/16 | Compupay Billing Miramar AR 003 74361        CCD ID: 1592022495 | 111.37 |
| 11/20 | Central Ins Cos  Insur Prem          PPD ID: 1344202560 | 820.33 |
| 11/21 | Southwest Gas    Web      3613313880004    Web ID: 5880085720 | 1,673.47 |
| 11/21 | Rewards Network  Settlement 23518-020158228 CCD ID: 9000009744 | 503.40 |
| 11/23 | Aetna877-2564476 Cippremium 64777481        CCD ID: 1133670795 | 1,820.00 |
| 11/26 | 11/26 Fedwire Debit Via: Pncbank Pitt/043000096 A/C: Powerlink Coraopolis PA 15108 US Ref: Rep Kit Filter/Bnf/Rep Kit Filter Imad: 1126B1Qgc02C000888 Trn: 3008800331Es | 2,500.00 |
| 11/26 | 11/26 Fedwire Debit Via: Wells Fargo NA/121000248 A/C: United Texas Title LLC Dallas TX 75243 US Ref: Replacement Filter/Bnf/Replacement Filter Imad: 1126B1Qgc08C001645 Trn: 3009600331Es | 2,500.00 |
| 11/26 | 11/26 Fedwire Debit Via: Pncbank Pitt/043000096 A/C: Service Link LLC Aliquippa PA 15001 US Ref: Mash Res Repair Parts/Bnf/Mash Res Repair Parts Imad: 1126B1Qgc04C000796 Trn: 3008500331Es | 5,000.00 |
| 11/26 | Cox Enterprises Broadband  8295032        Web ID: 0000178541 | 630.19 |
| 11/28 | Rewards Network  Settlement 23540-020169677 CCD ID: 9000009744 | 507.56 |
| 11/30 | Compupay Billing Miramar AR 003 74361        CCD ID: 1592022495 | 118.31 |
| **Total Electronic Withdrawals** | | **$44,674.25** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | 11/01 Withdrawal | $600.00 |
| 11/07 | 11/07 Withdrawal | 737.94 |
| 11/07 | Insufficient Funds Fee For A $737.94 Withdrawal | 34.00 |
| 11/07 | Insufficient Funds Fee For Check #5136 IN The Amount of $545.50 | 34.00 |
| 11/07 | Insufficient Funds Fee For Check #5145 IN The Amount of $513.60 | 34.00 |
| 11/07 | Insufficient Funds Fee For Check #5144 IN The Amount of $381.01 | 34.00 |
| 11/07 | Insufficient Funds Fee For A $376.96 Item - Details: Rewards Network  Settlement 23469-020134926 CCD ID: 9000009744 | 34.00 |
| 11/07 | Insufficient Funds Fee For Check #32635 IN The Amount of $132.63 | 34.00 |
| 11/08 | Insufficient Funds Fee For A $538.00 Recurring Card Purchase - Details:      1107Ameriprise Ins Auto ID 800-5352001 WI04427426015131224 | 34.00 |
| 11/08 | Insufficient Funds Fee For Check #32639 IN The Amount of $65.65 | 34.00 |
| 11/08 | Insufficient Funds Fee For Check #32633 IN The Amount of $40.79 | 34.00 |
| 11/09 | List Posted Items Quantity        2 | 201.84 |
| 11/13 | Outgoing Domestic Wire Fee | 30.00 |

f 10

2/20/2013 11:28 AM

Case 4:12-bk-08122-EWH    Doc 86    Filed 05/30/13    Entered 05/30/13 11:54:43    Desc
Main Document        Page 26 of 28

## FEES AND OTHER WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/13 | Incoming Domestic Wire Fee | | 15.00 |
| 11/13 | List Posted Items Quantity | 5 | 12,653.54 |
| 11/14 | List Posted Items Quantity | 4 | 6,383.10 |
| 11/15 | List Posted Items Quantity | 2 | 4,330.03 |
| 11/16 | List Posted Items Quantity | 5 | 4,346.59 |
| 11/19 | List Posted Items Quantity | 13 | 19,822.76 |
| 11/20 | List Posted Items Quantity | 9 | 7,363.20 |
| 11/21 | List Posted Items Quantity | 3 | 951.09 |
| 11/23 | List Posted Items Quantity | 4 | 4,443.60 |
| 11/26 | Outgoing Domestic Wire Fee | | 30.00 |
| 11/26 | Outgoing Domestic Wire Fee | | 30.00 |
| 11/26 | Outgoing Domestic Wire Fee | | 30.00 |
| 11/26 | Incoming Domestic Wire Fee | | 15.00 |
| 11/27 | List Posted Items Quantity | 9 | 5,511.40 |
| 11/28 | List Posted Items Quantity | 7 | 2,333.92 |
| 11/29 | List Posted Items Quantity | 4 | 1,567.82 |
| 11/30 | Service Fee | | 31.60 |
| 11/30 | List Posted Items Quantity | 6 | 8,545.14 |
| **Total Fees & Other Withdrawals** | | | **$80,279.57** ✓ |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 279 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 11/01 | $11,043.42 | 11/16 | 48,576.39 |
| 11/02 | 5,945.13 | 11/19 | 31,867.93 |
| 11/05 | 7,479.41 | 11/20 | 24,365.61 |
| 11/06 | 5,951.62 | 11/21 | 22,121.74 |
| 11/07 | -2,403.89 | 11/23 | 20,715.97 |
| 11/08 | 23,891.66 | 11/26 | 71,026.54 |
| 11/09 | 54,405.48 | 11/27 | 66,382.54 |
| 11/13 | 62,705.29 | 11/28 | 63,488.98 |
| 11/14 | 56,361.08 | 11/29 | 63,111.65 |
| 11/15 | 53,501.25 | 11/30 | 54,723.21 |

# CHASE 

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month.  Your monthly service fee can continue to be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00.  Your average daily balance was $36,036.00.  OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $34,902.00.  OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked.  OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card.  You spent $0.00.  OR
- Pay at least $50.00 in qualifying checking-related services or fees.  You paid $181.60.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 176 |
| Deposits / Credits | 92 |
| Deposited Items | 11 |
| **Transaction Total** | **279** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $31.60 |
| **Total Service Fees** | **$31.60** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $5,714.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$5,714.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |