Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) |
| NIMBUS BREWING COMPANY, LLC | ) No. 4:12-bk-08122-EWH |
| | ) |
| | ) (Chapter 11) |
| | ) |
| Debtor. | ) NOTICE OF FILING **SECOND AMENDED** |
| | ) MONTHLY FINANCIAL REPORT - |
| | ) JANUARY 2013 |
| | ) |

NOTICE IS HEREBY GIVEN that on June 11, 2013, the Debtor, through the undersigned

counsel, filed the attached **Second Amended** Monthly Operating Report for the period of January 2013,

*for the Debtor Nimbus Brewing Company, LLC.*

DATED June 11, 2013

THE LAW OFFICES OF
ERIC SLOCUM SPARKS, P.C.


/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed June 11, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003


/s/   LW Jager

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re  NIMBUS BREWING COMPANY, LLC    ,      Case No.   4:12bk-08122- *EWH*
    Debtor

Small Business Case under Chapter 11

## *2nd Amended*
## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   JANUARY –13         Date filed: _____

Line of Business:   **BREWERY**        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

JAMES C. COUNTS
_____
Printed Name of Responsible Party

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                    ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 109,757.01 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 21,136.87 |
| Cash on Hand at End of Month | $ | 39,703.30 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 39,703.30 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 91,190.58 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 109,757.01 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 91,757.01 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 18,000.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?               18

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?               18

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?               $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?               $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?               $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?               $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:      $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:      $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:      $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-EWM          JANUARY 2013

# EXHIBIT B

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | Total |
| | #0345 | # | # | # | |
| Cash on Hand at Beginning of Month | 21136.87 | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 109757.01 | | | | |
| Accounts Receivable - Prepetition | 0 | | | | |
| Accounts Receivable - Postpetition | 0 | | | | |
| Loans and Advances | 0 | | | | |
| Sale of Assets | 0 | | | | |
| Transfers from Other DIP Accounts | 0 | | | | |
| Other (attach a list or details) | | | | | |
| | | | | | |
| TOTAL INCOME | 130893.88 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 91190.58 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 39703.30 | | | | |
|---|---|---|---|---|---|

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122

# EXHIBIT C

*January 2013*

## EXPENSE DETAIL

*Checks*

Account # J345

Bank Name CHASE

| Cash/Electronic Payments | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | See ATTACHE | | |
| | | Total Cash/Electronic Payments | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 5244 | 1/11 | Verizon | Phone Bill | 139.62 |
| 5249 | 1/29 | US Foods | Food Brewery | 10011.22 |
| 5273 | 1/24 | Marvin King | Repairs + maintenance | 175.00 |
| 5274 | 1/28 | Kanu | | 82.04 |
| 32715 | 1/4 | | Payroll | 369.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total checks listed on this page | 10,777.78 |
| | | | Total checks listed on continuation pages | 0 |

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | 91190.58 |
|---|---|

| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | 0 |
|---|---|

| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | 0 |
|---|---|

| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | 91190.58 |
|---|---|

*This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B*

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

*1*
*Jan 2013*

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*Deposits + Additions*

Account # *0345*

Bank Name *CHASE*

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 1-2-13 | Alliance | Pymt | 5242.00 |
| | 1-2-13 | Pymt Tech | CC Settlemt | 1294.95 |
| | 1-2-13 | Pymt Tech | CC Settlmt | 653.25 |
| | 1-2-13 | Am Express | Settlement | 135.19 |
| | 1-2-13 | Am Express | Settlemt | 35.52 |
| | 1-3-13 | Pymt Tech | CC Settlemt | 124.50 |
| | 1-3-13 | Am Express | Settlemt | 9.12 |
| | 1-4-13 | Cash Bistro | Bistro Beer Purch | 1309.00 |
| | 1-4-13 | Cash | Daily | 470.75 |
| | 1-4-13 | Cash | Daily | 28.65 |
| | 1-4-13 | Cash | Daily | 19.85 |
| | 1-4-13 | Pymt Tech | CC Settlemt | 1216.30 |
| | 1-4-13 | Am Express | Settlemt | 87.10 |
| | 1-7-13 | Pymt Tech | CC Settlemt | 1257.90 |
| | 1-7-13 | Pymt Tech | CC Settlemt | 676.70 |
| | 1-7-13 | Pymt Tech | CC Settlemt | 628.85 |
| | 1-7-13 | Am Express | Settlemt | 29.72 |
| | 1-8-13 | Pymt Tech | CC Settlemt | 1032.15 |
| | 1-8-13 | Am Express | Settlemt | 55.24 |
| | 1-9-13 | Cash | Daily | 351.46 |
| | 1-9-13 | Cash | Daily | 216.00 |
| | 1-9-13 | Cash | Daily | 200.55 |
| | 1-9-13 | Cash | Daily | 186.35 |
| | 1-9-13 | Cash | Daily | 145.85 |
| | 1-9-13 | Cash | Daily | 133.94 |
| | 1-9-13 | Pymt Tech | CC Settlemt | 673.85 |
| | 1-9-13 | Am Express | Settlemt | 103.88 |

**CHECKS ISSUED**

**TOTAL CHECKS - THIS PAGE**

*2*

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

2
JAN 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 1-10-13 | Alliance | DAYMT | 5494.70 |
| | 1-10-13 | Pymt Tech | CC SETTLEMT | 1047.95 |
| | 1-10-13 | Am Express | SETTLEMENT | 41.97 |
| | 1-11-13 | PAYMT TECH | CC SETTLEMT | 1146.35 |
| | 1-11-13 | Am Express | SETTLEMENT | 96.01 |
| | 1-14-13 | Pymt Tech | CC SETTLEMT | 1949.41 |
| | 1-14-13 | Pymt Tech | CC - SETTLEMT | 1729.60 |
| | 1-14-13 | Pymt Tech | CC - SETTLEMT | 850.35 |
| | 1-14-13 | Am Express | SETTLEMENT | 296.28 |
| | 1-14-13 | AmExpress | Settlemt | 217.65 |
| | 1-15-13 | Nimbus Bistro | Beer Purchase | 1729.00 |
| | 1-15-13 | Cash | DAILY | 338.35 |
| | 1-15-13 | Cash | DAILY | 295.45 |
| | 1-15-13 | Cash | DAILY | 242.55 |
| | 1-15-13 | Cash | DAILY | 161.11 |
| | 1-15-13 | Cash | DAILY | 109.32 |
| | 1-15-13 | Pymt Tech | CC SETTLEMT | 308.46 |
| | 1-15-13 | Am Express | SETTLEMT | 59.15 |
| | 1-16-13 | Pymt Tech | CC SETTLEMT | 590.10 |
| | 1-17-13 | Cash | DAILY | 171.30 |
| | 1-17-13 | Pymt Tech | CC SETTLEMT | 674.00 |
| | 1-17-13 | AmExpress | SETTLEMENT | 101.87 |
| | 1-17-13 | Cash | DAILY | 408.00 |
| | 1-18-13 | Cash | DAILY | 392.25 |
| | 1-18-13 | Cash | DAILY | 338.76 |
| | 1-18-13 | Cash | DAILY | 133.00 |
| | 1-18-13 | Credit | Due to CC DISPUTE | 5000.00 |
| TOTAL CHECKS - THIS PAGE | | | | |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

3

# EXHIBIT C

Jan 2013

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 1-18-13 | PAYMT TECH | CC SETTLEMT | 763.85 |
| | 1-18-13 | Am EXPRESS | SETTLEMT | 77.63 |
| | 1-22-13 | CASH | DAILY | 348.05 |
| | 1-22-13 | CASH | DAILY | 213.60 |
| | 1-22-13 | CASH | DAILY | 180.06 |
| | 1-22-13 | CASH | DAILY | 157.85 |
| | 1-22-13 | PYMT TECH | CC SETTLEMT | 3132.20 |
| | 1-22-13 | PYMT TECH | CC SETTLEMT | 1814.20 |
| | 1-22-13 | PYMT TECH | CC SETTLEMNT | 1305.35 |
| | 1-22-13 | PYMT TECH | CC SETTLEMHT | 858.30 |
| | 1-22-13 | Am EXPRESS | SETTLEMENT | 439.69 |
| | 1-22-13 | Am EXPRESS | SETTLEMENT | 300.10 |
| | 1-22-13 | Am EXPRESS | SETTLEMENT | 52.88 |
| | 1-23-13 | PAYMT TECH | CC SETTLEMT | 592.60 |
| | 1-23-13 | Am EXPRESS | SETTLEMENT | 37.25 |
| | 1-24-13 | CASH | DAILY | 289.05 |
| | 1-24-13 | PAYMT TECH | SETTLEMENT | 699.20 |
| | 1-24-13 | Am EXPRESS | CC SETTLEMENT | 9.65 |
| | 1-25-13 | CASH | DAILY | 340.56 |
| | 1-25-13 | Alliance | PAYMENT/ | 20521.00 |
| | 1-25-13 | PAYMT TECH | CC SETTLEMENT | 1295.10 |
| | 1-25-13 | Am EXPRESS | SETTLEMENT | 76.37 |
| | 1-28-13 | Central Insurance | Partial Ins settlemt Pymt | 25000.00 |
| | 1-28-13 | Bistro | Beer Purchase | 1397.00 |
| | 1-28-13 | PYMT TECH | CC SETTLEMT | 2024.65 |
| | 1-28-13 | PYMT TECH | CC SETTLEMT | 1315.95 |
| | 1-28-13 | Am Express | SETTLEMT | 1099.45 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

4
JAN. 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Deposit/Additions

Account # 0345

Bank Name CHASE

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 1-28-13 | Am Express | Settlement | 217.11 |
| | 1-28-13 | Am Express | Settlement | 379.65 |
| | 1-29-13 | Am Express | Settlmt | 73.43 |
| | 1-30-13 | Pymt Tech | CC Settlement | 586.80 |
| | 1-31-13 | Cash | Daily | 1596.18 |
| | 1-31-13 | Cash | Daily | 471.40 |
| | 1-31-13 | Cash | Daily | 330.76 |
| | 1-31-13 | Cash | Daily | 154.65 |
| | 1-31-13 | Cash | Daily | 96.30 |
| | 1-31-13 | Cash | Daily | 92.25 |
| | 1-31-13 | Cash | Daily | 24.20 |
| | 1-31-13 | Pymt Tech | CC Card | 896.15 |
| | 1-31-13 | Am Express | Settlement | 40.96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL CHECKS - THIS PAGE** | | | | |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

*January 2013*

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*ATM + DEBIT CARD WIDRAWALS*     Account # 0345

Bank Name *CHASE*

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | **CHECKS ISSUED** | | |
| 1 | 01-02 | Az Auto License | MVD | 30.00 |
| 2 | 01-02 | Valero | Gas | 29.96 |
| 3 | 01-02 | Ameriprise Auto | for Insurance | 218.75 |
| 4 | 01-02 | Sirius xm | Internet for Brewry | 111.37 |
| 5 | 01-03 | Costco | Tap room | 74.62 |
| 6 | 01-04 | Oem Parts Bin | Auto Maintenance | 258.54 |
| 7 | 01-04 | Hamilton Group | Ins. prem | 994.75 |
| 8 | 01-07 | Circle K | Gas | 37.56 |
| 9 | 01-08 | Mechanical Room | Maint/Repairs | 1213.49 |
| 10 | 01-09 | hns | Internet | 69.99 |
| 11 | 01-14 | Valero | Gas Co Car | 47.78 |
| 12 | 01-16 | AB Furniture | Tap room | 5000.00 |
| 13 | 01-16 | J2 Fax | Fax | 9.99 |
| 14 | 01-17 | Jetro Holding | Kitchen/Food | 125.64 |
| 15 | 01-18 | Valero | Gas Co Car | 44.87 |
| 16 | 01-18 | Jetro Holding | Kitchen/Food | 80.38 |
| 17 | 1-22 | Valero | Gas Co Car | 51.68 |
| 18 | 01-22 | Jetro Holding | Kitchen/Food | 1342.95 |
| 19 | 1-22 | Dunn Edwards | Repairs Maintence | 105.03 |
| 20 | 01-22 | Jetro Holding | Kitchen/Food | 79.14 |
| 21 | 01-23 | Pesticide in Phnix | Pest | 40.00 |
| 22 | 01-23 | Allan Lind Co | Shipment pint. | 2644.00 |
| 23 | 01-25 | Jetro Holding | Kitchen/Food | 521.58 |
| 24 | 01-28 | US Asset Foreclosure Cars brewer Terri Bron | 100.00 | |
| 25 | 01-28 | Jetro Holding | Kitchen Food | 488.73 |
| 26 | 01-29 | Freight Quote | Shipment pint | 825.00 |
| 27 | 01-30 | QT | Gas Co Car | 78.70 |
| | | | **TOTAL CHECKS - THIS PAGE** | 16,624.40 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

*January 2013*

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ATM# DEBIT CARD W/DRAWLS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 23 | 01-30 | Jetro Holding | KITCHEN FOOD | 182.50 |
| 24 | 01-31 | Kirby Specialties | BREWHOUSE SUPPLIES | 150.04 |
| 25 | 01-31 | Walgreens | SUPPLYS | 128.80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS - THIS PAGE | 461.34 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

*January 2013*

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*Electronic W/DRAWALS*

Account # 0345

Bank Name *CHASE*

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 01-02 | Compupay | Employee tax | 4365.49 |
| | 01-02 | Payment tech | Fee | 901.98 |
| | 01-02 | Compupay Billing | Payroll Processing | 388.86 |
| | 01-02 | Compupay | Payroll W2's | 307.27 |
| | 01-02 | Reward's Network | Settlement | 272.07 |
| | 01-09 | Keg Credit | Keg Rental Pgmt | 4977.28 |
| | 01-09 | Reward's Network | Settlement | 492.19 |
| | 01-09 | Direct TV | Cable | 233.72 |
| | 01-10 | Direct TV | Cable | 194.63 |
| | 01-11 | UTT | Tire PaperWork on 2000 | 5712.14 |
| | 01-16 | Rewards Network | Settlement | 356.34 |
| | 01-16 | Compupay | Payroll Billing | 111.37 |
| | 01-17 | Compupay | Tax payroll | 4210.35 |
| | 01-17 | Compupay | Workman's Comp. | 254.69 |
| | 01-22 | Central Ins. | Ins Prem | 820.33 |
| | 01-23 | Reward's Network | Settlement | 365.99 |
| | 01-23 | Cox Enterprises | Cable | 318.84 |
| | 01-29 | Aetna | Premium | 2337.00 |
| | 01-30 | Rewards Network | Settlement | 543.58 |
| | | Compupay | Billing | 118.31 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL CHECKS - THIS PAGE**

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

*FEES + OTHER WITHDRAWLS*

Account # 0345

Bank Name *CHASE*

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 32723 | 1-2-13 | | PAYROLL | 136.93 |
| 32719 | 1-2-13 | | PAYROLL | 193.03 |
| 5236 | 1-2-13 | AZ DEPT OF REV | TAXES, 835'S | 315.65 |
| 32720 | 1-2-13 | | PAYROLL | 465.10 |
| 32713 | 1-2-13 | | PAYROLL | 1195.26 |
| 32730 | 1-2-13 | | PAYROLL | 715.13 |
| 32731 | 1-2-13 | | PAYROLL | 553.53 |
| 32714 | 1-2-13 | | PAYROLL | 856.72 |
| 32728 | 1-3-13 | | PAYROLL | 84.99 |
| 32717 | 1-3-13 | | PAYROLL | 487.75 |
| 32729 | 1-3-13 | | PAYROLL | 900.52 |
| 32716 | 1-3-13 | | PAYROLL | 282.06 |
| 32732 | 1-3-13 | | PAYROLL | 619.71 |
| 32723 | 1-3-13 | | PAYROLL | 119.61 |
| 32715 | 1-4-13 | | PAYROLL | 369.90 |
| 5442 | 1-7-13 | Jims Automotive | REPAIRS / MAINTENCE | 219.29 |
| 32725 | 1-7-13 | | PAYROLL | 250.33 |
| 32721 | 1-8-13 | | PAYROLL | 555.22 |
| 5243 | 1-8-13 | KURT Pence | AUTO Reimbursent | 335.10 |
| 8250 | 1-9-13 | FINLEY DIST | GUEST TAP BEER | 268.00 |
| 5217 | 1-10-13 | KALIL | CO2 TANKS | 82.04 |
| 5248 | 1-10-13 | MIRANDA IRBE | PAYROLL ADVANCE | 100.00 |
| 5244 | 1-11-13 | VERIZON | CO PHONE | 139.62 |
| 5152 | 1-14-13 | FINLEY DIST | GUEST TAP / BEER | 70.00 |
| 5256 | 1-14-13 | AUTO ZONE | REPAIRS / MAINTENCE | 56.59 |
| 11013 | 1-14-13 | AEI FINANCIAL | LEASE PYMT | 1005.89 |
| 32726 | 1-14-13 | | PAYROLL | 116.21 |
| TOTAL CHECKS - THIS PAGE | | | | |

JAN 2013

2

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

FEES + OTHER WIDRAWAS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | **CHECKS ISSUED** | |
| 5252 | 1-15-13 | AZ Petrolum | BREWHOUSE SUPPLYS | 56.72 |
| 32699 | 1-15-13 | | PAYROLL | 35.02 |
| 5247 | 1-15-13 | SUNLAND FOODS | KITCHEN FOOD | 130.80 |
| 5245 | 1-16-13 | KALIL | 802 TANLS | 82.04 |
| 32745 | 1-16-13 | | PAYROLL | 60.51 |
| 32746 | 1-16-13 | | PAYROLL | 202.95 |
| 32751 | 1-16-13 | | DAY ROLL | 591.16 |
| 32742 | 1-16-13 | | PAYROLL | 302.06 |
| 32722 | 1-17-13 | | PAY ROLL | 52.72 |
| 32750 | 1-17-13 | | PAYROLL | 879.52 |
| 32736 | 1-17-13 | | DAY ROLL | 1152.34 |
| 5260 | 1-17-13 | CHASE | CREDIT CARD PYMT | 619.54 |
| 32738 | 1-17-13 | | PAYROLL | 229.14 |
| 32748 | 1-17-13 | | PAY ROLL | 132.58 |
| 32737 | 1-17-13 | | PAYROLL | 786.31 |
| 32743 | 1-17-13 | | PAYROLL | 479.76 |
| 5257 | 1-17-13 | Rost Depot | KITCHEN FOOD | 106.39 |
| 32749 | 1-18-13 | | DAYROLL | 89.06 |
| 32739 | 1-18-13 | | PAY ROLL | 82.39 |
| 32744 | 1-18-13 | | PAY ROLL | 34.63 |
| 32741 | 1-18-13 | | PAY ROLL | 214.33 |
| 32740 | 1-18-13 | | PAY ROLL | 583.32 |
| 5261 | 1-18-13 | PEPSI | SODA | 187.65 |
| 5259 | 1-18-13 | TEP | ELECTRIC | 3109.95 |
| 32573 | 1-18-13 | | PAYROLL | 573.61 |
| 32735 | 1-22-13 | | PAYROLL | 627.50 |
| 5270 | 1-22-13 | 1 | DAY ROLL | 181.92 |
| | | | **TOTAL CHECKS - THIS PAGE** | |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122

JAN 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

3

FEES + OTHER W/DRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | **CHECKS ISSUED** | |
| 5258 | 1-22-13 | PRUDENTIAL | TAPROOM SUPPLYS | 408.43 |
| 5269 | 1-22-13 | DAVE KULLA | PROFESSIONAL SRV. | 350.00 |
| 5255 | 1-22-113 | SOUTHERN WINE | WINE | 170.68 |
| 32712 | 1-22-13 | | PAYROLL | 592.08 |
| 5246 | 1-22-13 | C. SOUTHWES | RENT | 8426.00 |
| 5262 | 1-23-13 | DICKMANS | FOOD / KITCHEN | 500.00 |
| 32747 | 1-23-13 | | PAYROLL | 100.91 |
| 5273 | 1-24-13 | MARVIN KING | CONTRACT LABOR | 175.00 |
| 5264 | 1-25-13 | CHASE | CREDIT CARD PYMT | 1100.00 |
| 5265 | 1-25-13 | CASH | REPLACE FILLER | 400.00 |
| 5272 | 1-25 | STERN PRODUC | FOOD KITCHEN | 908.11 |
| 32711 | 1-25-13 | | PAYROLL | 2821.38 |
| 5274 | 1-28-13 | KALIL | CO2 TANKS | 82.04 |
| 5249 | 1-29-13 | US FOOD | FOOD / KITCHEN | 10011.22 |
| 5281 | 1-31-13 | | PAYROLL | 193.45 |
| 32718 | 1-31-13 | | PAYROLL | 1596.18 |
| 5279 | 1-31-13 | KALIL | CO2 TANKS | 71.79 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL CHECKS - THIS PAGE** | |

# Explanation of unclear Deposits and ATM & Debit Card Withdrawals for the Month of Janruary 2013

| | Description | Remarks |
|---|---|---|
| | | **Deposits** |
| 1 | | Total balance in Federal Tax Owner's equity account for the month of March is $2951.45 and 48,987.00 due Southwest Concepts |

## ATM & DEBIT CARD W/DRAW EXPLANATIONS

| | Description | Remarks |
|---|---|---|
| 1 | motor vehical license | temp car tags |
| 2 | Company Vehicle Gas | Sales vehicle gas |
| 3 | Ameriprise Auto | Auto insurance for all company vehicles |
| 4 | Sirus XM | Salelite music |
| 5 | Costco | Supplies for taproom, |
| 6 | OEM parts bin | |
| 7 | Hamiltion Group | Insurance premium |
| 8 | Company Vehicle Gas | manager gas |
| 9 | Boiler parts | New honeywell controller and installation by Arizona Boiler |
| 10 | HNS | Internet for brewery |
| 11 | Company Vehicle Gas | Sales vehicle gas |
| 12 | Furnature | deposit on potential purchase, credited on Jan 18th back to acct |
| 13 | Internet Fax converstion company | cancelled as of this month |

| | | |
|---|---|---|
| 14 | Food for Kitchen | General purchases of food for resale COG |
| 15 | Company Vehicle Gas | Sales vehicle gas |
| 16 | Food for Kitchen | General purchases of food for resale COG |
| 17 | Company Vehicle Gas | Deliver Truck Gas |
| 18 | Food for Kitchen | General purchases of food for resale COG |
| 19 | dunn edwards | touch up paint brewery |
| 20 | Food for Kitchen | General purchases of food for resale COG |
| 21 | inadvertant charge | 40.00 to be paid back |
| 22 | frieght shipping payment | Shipment to GA |
| 23 | Food for Kitchen | General purchases of food for resale COG |
| 24 | Kirby Specialties | Gas heater for Brewery |
| 25 | | |

# Nimbus Brewing Company, LLC
## Profit & Loss
### January 2013

| | Jan 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4010 · Wholesale (Wholesale)** | |
| 4070 · Distributor (Wholesale Sales) | 56,075.45 |
| **Total 4010 · Wholesale (Wholesale)** | 56,075.45 |
| | |
| **4100 · Retail (Retail)** | |
| 4104 · Wine | 360.00 |
| **4105 · Beer Sales (Beer)** | |
| 4107 · Beer - Pints (Beer - Pints) | 16,707.40 |
| 4108 · Kegs Only | 550.00 |
| 4109 · Growlers Only | 738.00 |
| 4109.5 · Growler Refills | 916.00 |
| **Total 4105 · Beer Sales (Beer)** | 18,911.40 |
| | |
| 4110 · Food Income! (Food) | 22,128.53 |
| 4115 · Merchandise Income (Merchandise) | 1,440.05 |
| **Total 4100 · Retail (Retail)** | 42,839.98 |
| | |
| **4600 · Miscellaneous Income (Miscellaneous Income)** | |
| 4603 · Cash Over/(Short) | -148.00 |
| **Total 4600 · Miscellaneous Income (Miscellaneous Income)** | -148.00 |
| | |
| **Total Income** | 98,767.43 |
| **Cost of Goods Sold** | |
| **5000 · Cost of Goods Sold (Cost of Goods Sold)** | |
| **5100 · Beer Title (Beer)** | |
| 5101 · Raw Materials-COGS (Raw Materials) | 0.00 |
| 5102 · Production Costs - Brewing (Production Costs - Brewing) | 246.48 |
| **Total 5100 · Beer Title (Beer)** | 246.48 |
| | |
| 5105 · Packaging-COGS (Packaging) | 12,496.00 |
| 5200 · Food-COGS-Expense (Food) | 11,253.46 |
| 5250 · Wine | 170.68 |
| 5251 · Beer Guest Tap | 589.00 |
| 5300 · Merchandise-COGS (Merchandise) | 1,003.75 |
| **5900 · Excise Taxes (Excise Taxes)** | |
| 5910 · State Excise Tax (AZ-835) (State Beer Tax) | 91.73 |
| **Total 5900 · Excise Taxes (Excise Taxes)** | 91.73 |
| | |
| **Total 5000 · Cost of Goods Sold (Cost of Goods Sold)** | 25,851.10 |
| | |
| **Total COGS** | 25,851.10 |
| | |
| **Gross Profit** | 72,916.33 |
| **Expense** | |
| 0000 · Suspense | 1,500.00 |
| **6000 · Payroll Expenses** | |
| **6100 · Salaries & Wages (Salaries & Wages)** | |
| 6100-10 · 100-Mgr Wages | 5,787.88 |
| 6100-20 · 200-brew wages | 2,161.98 |
| 6100-30 · 300-Bottle Wages | 1,189.71 |
| 6100-40 · 400-Tap Rm Wages | 1,377.74 |
| 6100-70 · 700-Kitchen Wages | 3,253.99 |
| **Total 6100 · Salaries & Wages (Salaries & Wages)** | 13,771.30 |
| | |
| 6000 · Payroll Expenses - Other | 65.00 |
| **Total 6000 · Payroll Expenses** | 13,836.30 |
| | |
| **7000 · Plant Expense (Plant Expense)** | |
| 7010 · Rent (Rent) | 8,426.00 |

Case 4:12-bk-08122-EWH    Doc 93    Filed 06/12/13    Entered 06/12/13 10:27:04    Desc
Main Document    Page 20 of 32

# Nimbus Brewing Company, LLC
## Profit & Loss
### January 2013

|  | Jan 13 |
|---|---|
| 7100 · Electricity (Electricity) | 3,019.95 |
| 7320 · Repairs & Maintenance (Repairs & Maintenance) | 850.90 |
| 7330 · Kitchen | 0.00 |
| 7340 · Tap Room (Tap Room) | 736.18 |
| 7400 · Outside Services (Outside Services) | 1,108.43 |
| Total 7000 · Plant Expense (Plant Expense) | 14,141.46 |
| 7600 · Marketing Expenses (Marketing Expenses) | |
| 7671 · In House Band (In House Band) | 1,130.00 |
| Total 7600 · Marketing Expenses (Marketing Expenses) | 1,130.00 |
| 8000 · General & Administrative (General & Administrative) | |
| 8020 · Auto Gas & Repair (Auto Gas & Repair) | 836.98 |
| 8080 · Office Supplies (Office Supplies) | 23.11 |
| 8100 · Postage & Freight (Postage & Freight) | 0.00 |
| 8120 · Telephone (Telephone) | 139.62 |
| 8140 · Licenses and Permits (Licenses and Permits) | 312.00 |
| 8200. · Taxes (Taxes) | |
| 8230 · State Sales Tax (State Taxes) | 2,937.33 |
| Total 8200. · Taxes (Taxes) | 2,937.33 |
| Total 8000 · General & Administrative (General & Administrative) | 4,249.04 |
| Total Expense | 34,856.80 |
| Net Ordinary Income | 38,059.53 |
| Net Income | 38,059.53 |

# Nimbus Brewing Company, LLC
# Balance Sheet
### As of January 31, 2013

|  | Jan 31, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1005 · Petty Cash (Petty Cash) | 24.63 |
| 1007 · Chase-8422 | 148,486.20 |
| 1008 · Chase -0345 (Debitor In Possession Account) | -158,652.08 |
| **Total Checking/Savings** | -10,141.25 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 51,959.02 |
| **Total Accounts Receivable** | 51,959.02 |
| **Other Current Assets** | |
| 1120 · Inventory | |
| 1121 · Other Inventory-YE only | 80,922.03 |
| 1155 · Merchandise Inventory-YE Only (Merchandise) | 12,693.00 |
| 1157 · Wine Inventory | 60.50 |
| 1120 · Inventory - Other | -6,000.74 |
| **Total 1120 · Inventory** | 87,674.79 |
| 1191 · Employee Loan | 575.06 |
| **Total Other Current Assets** | 88,249.85 |
| **Total Current Assets** | 130,067.62 |
| **Fixed Assets** | |
| 08.2011 · 08.19.11 Verizon Cell Phone | 1,054.41 |
| 092808 · Video Game Machines | 8,688.00 |
| 1159 · Empty Kegs and Taps (Empty Kegs and Taps) | 64,671.00 |
| 1225 · Organizational Costs | 85.00 |
| 1230 · Brewery Equip | 3,104.31 |
| 1500 · Leasehold Improvements (Leasehold Improvements) | 225,052.93 |
| 1501 · ADA Repairs | 17,015.00 |
| 1510 · Furniture & Fixtures (Furniture & Fixtures) | 95,464.37 |
| 1511 · Band Equipment | 2,532.17 |
| 1512 · Music Equipment (Stage, PA Systems, Lights,etc) | 5,548.00 |
| 1520 · Office Equipment (Office Equipment) | 19,179.45 |
| 1530 · Plant Equipment (Plant Equipment) | 716,725.91 |
| 1537 · Trucks/Autos-Fixed Assets | 108,134.09 |
| 1598 · Accumulated Amortization | -28.00 |
| 1599 · Accumulated Depreciation (Accum. Deprec. - F & F) | -1,059,473.00 |
| **Total Fixed Assets** | 207,753.64 |
| **Other Assets** | |
| 1600 · Security Deposit (Security Deposit) | 9,005.10 |
| 1601 · Last Months payments | |
| **Total 1600 · Security Deposit (Security Deposit)** | 9,005.10 |
| **Total Other Assets** | 9,005.10 |
| **TOTAL ASSETS** | 346,826.36 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 2009 · Am Express 5-77007 | 17,862.73 |
| 2011 · Chase-6249 | -4,510.67 |
| 2013 · Sam's Club Discover - 4644 | 5,060.68 |
| 2016 · Wells Fargo-2657/1988 | 20,895.76 |
| 2020 · Chase-/0714/7098 | -13,724.23 |
| 2025- · Chase OD - 9808 | 7,222.42 |
| **Total Credit Cards** | 32,806.69 |

# Nimbus Brewing Company, LLC
# Balance Sheet
## As of January 31, 2013

|  | Jan 31, 13 |
|---|---|
| **Other Current Liabilities** |  |
| 2004 · Rewards Account | -51,584.20 |
| 2111 · Unclaimed PR Bk of Tuc 2007-09 | 5,323.35 |
| 2200 · Sales Tax Payable | 40,687.75 |
| 2405 · Keg Deposits (Keg Deposits) | 5,247.22 |
| **Total Other Current Liabilities** | -325.88 |
|  |  |
| **Total Current Liabilities** | 32,480.81 |
| **Long Term Liabilities** |  |
| 2502 · Bryn Mawr, PA = BMT Leasing | -21,805.75 |
| 2503 · AEL $37.5K 09.08.08 | -4,998.85 |
| 2554 · US Bank /Manifest Funding | 6,242.34 |
| 2600 · Loan Payable - TCB, LLC | 74,574.64 |
| **Total Long Term Liabilities** | 54,012.38 |
|  |  |
| **Total Liabilities** | 86,493.19 |
| **Equity** |  |
| 3000 · Opening Bal Equity | 550.00 |
| 3001 · Capital Acc. Bal. and Activity |  |
| 3101 · Larry Kahn (Larry's Earnings) | -33,357.00 |
| 3102 · Tirrill Woodring (Capital - Tirrill Woodring) | -111,000.00 |
| 3104 · Vaughan Scully (Vaughan's Draws) | -67,960.00 |
| 3106 · Jeffrey Wagner | 34,337.00 |
| 3108 · Jim Counts | 134,925.43 |
| 3109 · Donna Walsh (Capital-Donna Walsh) | 4,105.00 |
| 3110 · Williams, George (George Williams) | 4,003.00 |
| 3111 · Sandra Roseberry (Sandra Roseberry) | 4,003.00 |
| 3112 · Chester Schmidt (Schmidt/Blaylock) | 2,004.00 |
| 3113 · Ginger Marr (Ginger Marr) | 2,004.00 |
| 3114 · Steven Smith (Steven Smith Investment) | 6,978.00 |
| 3116 · Joann Blaylock | 2,004.00 |
| 3117 · Daniel Wellhouse | 2,004.00 |
| 3118 · Michael R. Wilhelm | 934.00 |
| 3119 · Joe C. Maurer | 934.00 |
| 3120 · Earlene M. Moore | 934.00 |
| 3121 · Brett McGee | 934.00 |
| 3122 · Amanda Gronhoyd | 934.00 |
| 3123 · James F. Treanor | 4,670.00 |
| 3124 · Brian Parzuchoski | 934.00 |
| 3125 · Thoma Dreschler | -1,648.00 |
| 3126 · Michael Fufaro | -1,648.00 |
| 3127 · Michael Schwartz | -3,907.00 |
| 3128 · John Adkisson | -1,648.00 |
| 3129 · Boelts - Stratford & Assoc. | -12,984.00 |
| 3130 · Enrique Ward | 934.00 |
| 3131 · Ron Edrington | 934.00 |
| 3132 · David Whittaker | 1,937.00 |
| 3135 · Dale Marthaler | 952.00 |
| 3140 · Thomas Bonvechio | 952.00 |
| 3145 · Bill Hass | 13,917.00 |
| 3150 · David Neff | -203.00 |
| 3151 · Marianne Tozzi | -20.00 |
| **Total 3001 · Capital Acc. Bal. and Activity** | -8,107.57 |
|  |  |
| 3900 · Retained Earnings (Retained Earnings) | 229,831.21 |
| Net Income | 38,059.53 |
| **Total Equity** | 260,333.17 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 346,826.36 |

Case 4:12-bk-08122-EWH   Doc 93   Filed 06/12/13   Entered 06/12/13 10:27:04   Desc
Main Document   Page 23 of 32

# EXHIBIT D

| UNPAID BILLS | Date Incurred | Who is owed the money? | Purpose of the Debt | Amount Owed | Payment Due Date |
|---|---|---|---|---|---|
| Itemize Accounts Payable * | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Taxes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Notes Payable - | | | | | |
| | | | | | |
| | | | | | |
| Itemize Professional Fees Payable - | | | | | |
| | | | | | |
| | | | | | |
| Itemize Secured Debt - | | | | | |
| | | | | | |
| | | | | | |
| Other - | | | | | |
| | | | | | |
| | | | | | |
| Total Payables (same as page 3 of the report) | | | | | |

*Debtor may attach a separate Accounts Payable list if there are numerous debts.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT E

## TRADE ACCOUNTS RECEIVABLES*

| Who Owes You the Money | Amount Owed | Due Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Accounts Receivable |  |  |
| Less Discounts/Returns/etc. |  |  |
| Net Accounts Receivable |  |  |

## OTHER RECEIVABLES

| | Amount Owed | Due Date |
|---|---|---|
| Amounts owed by insiders - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Amounts owed by employees - |  |  |
|  |  |  |
|  |  |  |
| Amounts owed by others (explain) - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| TOTAL RECEIVALBLES (same as report, page 3) | |
|---|---|
|  |  |

13

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2013 through January 31, 2013
Account Number: · ·' ·. · 0345

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

lIl..I..l.l.l.I..I..I.II..Il..I..Il.l..I..l.l..II..Il..II
00015708 DRE 601 211 03213 NNNNNNNNNNN   1 000000000 65 0000
NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

## IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

We will be making the following changes to the Deposit Account Agreement for Chase
checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card
  transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice
  relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe
  circumstances where funds may not be available until the seventh business day after the
  day of deposit. We are deleting the sentence saying that the first $200 from your
  deposit will be available on the next business day, so if we delay availability in
  those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about
the changes, please call us at the number on this statement or visit your nearest branch.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $21,136.87 |
| Deposits and Additions | 96 | 109,757.01 |
| Checks Paid | 5 | - 10,777.78 |
| ATM & Debit Card Withdrawals | 30 | - 17,085.74 |
| Electronic Withdrawals | 20 | - 22,191.43 |
| Fees and Other Withdrawals | 20 | - 41,135.63 |
| Ending Balance | 171 | $39,703.30 |

*(handwritten: 130893.88)*
*(handwritten: 91190.58)*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 01/02 | Alliance Pmd | Payment | Abd1-Abd1200000 CCD ID: 9000000052 | | | $5,242.00 |
| 01/02 | Paymentech | Deposit | 5169720 | CCD ID: 1020401225 | | 1,274.95 |
| 01/02 | Paymentech | Deposit | 5169720 | CCD ID: 1020401225 | | 653.25 |
| 01/02 | American Express Settlement 5021111257 | | CCD ID: 1134992250 | | | 135.19 |
| 01/02 | American Express Settlement 5021111257 | | CCD ID: 1134992250 | | | 35.52 |


## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/03 | Paymentech     Deposit   5169720        CCD ID: 1020401225 | 124.50 |
| 01/03 | American Express Settlement 5021111257      CCD ID: 1134992250 | 9.12 |
| 01/04 | Deposit | 1,309.00 |
| 01/04 | Deposit | 470.75 |
| 01/04 | Deposit | 28.65 |
| 01/04 | Deposit | 19.85 |
| 01/04 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,216.30 |
| 01/04 | American Express Settlement 5021111257      CCD ID: 1134992250 | 37.10 |
| 01/07 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,257.90 |
| 01/07 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 676.70 |
| 01/07 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 628.85 |
| 01/07 | American Express Settlement 5021111257      CCD ID: 1134992250 | 29.72 |
| 01/08 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,032.15 |
| 01/08 | American Express Settlement 5021111257      CCD ID: 1134992250 | 55.24 |
| 01/09 | Deposit | 351.46 |
| 01/09 | Deposit | 216.00 |
| 01/09 | Deposit | 200.55 |
| 01/09 | Deposit | 186.35 |
| 01/09 | Deposit | 145.85 |
| 01/09 | Deposit | 133.94 |
| 01/09 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 673.35 |
| 01/09 | American Express Settlement 5021111257      CCD ID: 1134992250 | 103.88 |
| 01/10 | Alliance Pmd    Payment   Abd1-Abd1200000 CCD ID: 9000000052 | 5,494.70 |
| 01/10 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,047.95 |
| 01/10 | American Express Settlement 5021111257      CCD ID: 1134992250 | 41.97 |
| 01/11 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,146.35 |
| 01/11 | American Express Settlement 5021111257      CCD ID: 1134992250 | 96.01 |
| 01/14 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,949.45 |
| 01/14 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 1,729.60 |
| 01/14 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 850.35 |
| 01/14 | American Express Settlement 5021111257      CCD ID: 1134992250 | 296.28 |
| 01/14 | American Express Settlement 5021111257      CCD ID: 1134992250 | 217.65 |
| 01/15 | Deposit | 1,729.00 |
| 01/15 | Deposit | 338.25 |
| 01/15 | Deposit   1081876749 | 295.45 |
| 01/15 | Deposit   1081876750 | 242.55 |
| 01/15 | Deposit   1081876751 | 161.11 |
| 01/15 | Deposit | 109.32 |
| 01/15 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 308.40 |
| 01/15 | American Express Settlement 5021111257      CCD ID: 1134992250 | 59.15 |
| 01/16 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 590.10 |
| 01/17 | Deposit | 171.30 |
| 01/17 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 674.00 |
| 01/17 | American Express Settlement 5021111257      CCD ID: 1134992250 | 101.87 |
| 01/18 | Deposit | 408.00 |
| 01/18 | Deposit | 392.25 |
| 01/18 | Deposit | 338.76 |



## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/18 | Deposit | 133.00 |
| 01/18 | Credit Due To Debit Card Dispute | 5,000.00 |
| 01/18 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 763.85 |
| 01/18 | American Express Settlement 5021111257     CCD ID: 1134992250 | 77.63 |
| 01/22 | Deposit | 348.05 |
| 01/22 | Deposit | 213.60 |
| 01/22 | Deposit | 180.00 |
| 01/22 | Deposit | 157.85 |
| 01/22 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 3,132.30 |
| 01/22 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,814.20 |
| 01/22 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,305.35 |
| 01/22 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 858.30 |
| 01/22 | American Express Settlement 5021111257     CCD ID: 1134992250 | 439.69 |
| 01/22 | American Express Settlement 5021111257     CCD ID: 1134992250 | 300.10 |
| 01/22 | American Express Settlement 5021111257     CCD ID: 1134992250 | 52.88 |
| 01/23 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 592.60 |
| 01/23 | American Express Settlement 5021111257     CCD ID: 1134992250 | 37.25 |
| 01/24 | Deposit | 289.05 |
| 01/24 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 692.20 |
| 01/24 | American Express Settlement 5021111257     CCD ID: 1134992250 | 9.65 |
| 01/25 | Deposit | 340.56 |
| 01/25 | Alliance Pmd    Payment   Abd1-Abd1200000 CCD ID: 9000000052 | 20,521.00 |
| 01/25 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,295.10 |
| 01/25 | American Express Settlement 5021111257     CCD ID: 1134992250 | 76.37 |
| 01/28 | Deposit | 25,000.00 |
| 01/28 | Deposit   1154887688 | 1,397.00 |
| 01/28 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 2,024.65 |
| 01/28 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,315.95 |
| 01/28 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,099.45 |
| 01/28 | American Express Settlement 5021111257     CCD ID: 1134992250 | 217.11 |
| 01/28 | American Express Settlement 5021111257     CCD ID: 1134992250 | 106.09 |
| 01/29 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 379.65 |
| 01/29 | American Express Settlement 5021111257     CCD ID: 1134992250 | 73.43 |
| 01/30 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 586.80 |
| 01/30 | American Express Settlement 5021111257     CCD ID: 1134992250 | 185.51 |
| 01/31 | Deposit   1154640389 | 1,596.18 |
| 01/31 | Deposit | 471.40 |
| 01/31 | Deposit | 330.76 |
| 01/31 | Deposit | 154.65 |
| 01/31 | Deposit | 96.30 |
| 01/31 | Deposit | 92.25 |
| 01/31 | Deposit | 24.20 |
| 01/31 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 896.15 |
| 01/31 | American Express Settlement 5021111257     CCD ID: 1134992250 | 40.96 |

**Total Deposits and Additions**                     **$109,757.01**

Case 4:12-bk-08122-EWH    Doc 93    Filed 06/12/13    Entered 06/12/13 10:27:04    Desc
Main Document    Page 28 of 32

# CHASE 

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5244 ^ | | 01/11 | $139.62 |
| 5249 * ^ | | 01/29 | 10,011.22 |
| 5273 * ^ | | 01/24 | 175.00 |
| 5274 ^ | | 01/28 | 82.04 |
| 32715 * ^ | | 01/04 | 369.90 |
| **Total Checks Paid** | | | **$10,777.78** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/02 | Card Purchase | 12/31 Arizona Auto License Tucson AZ Card 1216 | $30.00 |
| 01/02 | Card Purchase | 12/31 Valero 1714 Tucson AZ Card 1216 | 29.96 |
| 01/02 | Recurring Card Purchase 01/01 Ameriprise Ins Auto ID 800-5352001 WI Card 1216 | | 1,218.75 |
| 01/02 | Recurring Card Purchase 01/02 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 1044 | | 111.37 |
| 01/03 | Card Purchase With Pin 01/03 Costco Whse #0407 Tucson AZ Card 1216 | | 74.62 |
| 01/04 | Card Purchase | 01/04 Oem/Partsbin 888-2790267 CA Card 8206 | 258.54 |
| 01/04 | Card Purchase | 01/03 The Hamilton Group 203-433-8052 CT Card 1044 | 994.75 |
| 01/07 | Card Purchase | 01/04 Circle K 01848 Tucson AZ Card 1216 | 37.56 |
| 01/08 | Card Purchase | 01/08 Mechanical Room Inc 602-956-1942 AZ Card 1216 | 1,213.49 |
| 01/09 | Card Purchase | 01/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 69.99 |
| 01/14 | Card Purchase | 01/12 Valero 1714 Tucson AZ Card 1216 | 47.78 |
| 01/16 | Card Purchase | 01/15 Abfurnitureauction 3148637711 MO Card 1044 | 5,000.00 |
| 01/16 | Recurring Card Purchase 01/15 J2 * Fax.Com 888-429-4615 CA Card 1216 | | 9.99 |
| 01/17 | Card Purchase With Pin 01/17 Jetro Holdings LLC Tucson AZ Card 1216 | | 125.64 |
| 01/18 | Card Purchase | 01/16 Valero 1714 Tucson AZ Card 1216 | 44.87 |
| 01/18 | Card Purchase With Pin 01/18 Jetro Holdings LLC Tucson AZ Card 1216 | | 80.30 |
| 01/22 | Card Purchase | 01/19 Valero 1714 Tucson AZ Card 1216 | 51.68 |
| 01/22 | Card Purchase With Pin 01/21 Jetro Holdings LLC Tucson AZ Card 1216 | | 1,342.96 |
| 01/22 | Card Purchase | 01/21 Dunn-Edwards Corp #13 Tucson AZ Card 1216 | 105.02 |
| 01/22 | Card Purchase With Pin 01/22 Jetro Holdings LLC Tucson AZ Card 1216 | | 79.14 |
| 01/23 | Card Purchase | 01/21 Associates IN Family PR Tucson AZ Card 1216 | 40.00 |
| 01/23 | Card Purchase | 01/23 Allan Lund CO Inc LA Canada CA Card 1216 | 2,644.00 |
| 01/25 | Card Purchase With Pin 01/25 Jetro Holdings LLC Tucson AZ Card 1216 | | 521.58 |
| 01/28 | Card Purchase | 01/26 US Asset Forfeiture & 877-552-3746 CA Card 8206 | 100.00 |
| 01/28 | Card Purchase With Pin 01/28 Jetro Holdings LLC Tucson AZ Card 1216 | | 1,488.73 |
| 01/29 | Card Purchase | 01/28 Freightquote Com 888-595-5664 KS Card 1216 | 825.00 |
| 01/30 | Card Purchase | 01/29 Qt 1453    91014530 Tucson AZ Card 8206 | 78.70 |



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/30 | Card Purchase With Pin 01/30 Jetro Holdings LLC Tucson AZ Card 1216 | 182.52 |
| 01/31 | Card Purchase 01/30 Kirby Specialties 479-9685416 AR Card 1216 | 150.00 |
| 01/31 | Card Purchase 01/30 Walgreens #6645 Tucson AZ Card 8206 | 128.80 |
| **Total ATM & Debit Card Withdrawals** | | **$17,085.74** |

## ATM & DEBIT CARD SUMMARY

James C Counts  Card 1044

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,106.12 |
| Total Card Deposits & Credits | $0.00 |

Patricia S Counts  Card 1216

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,413.58 |
| Total Card Deposits & Credits | $0.00 |

James C Counts  Card 8206

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $566.04 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $17,085.74 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02 | Compupay, Inc  Tax Col  003074361  CCD ID: 1592022495 | $4,365.49 |
| 01/02 | Paymentech  Fee  5169720  CCD ID: 1020401225 | 901.98 |
| 01/02 | Compupay Billing Miramar AR 003 74361  CCD ID: 1592022495 | 388.86 |
| 01/02 | Compupay, Inc  Wc Debits 003-074361  CCD ID: 5592022495 | 307.27 |
| 01/02 | Rewards Network  Settlement 23659-020227506 CCD ID: 9000009744 | 272.07 |
| 01/09 | 01/09 Fedwire Debit Via: Servisfirst Bank/062006505 A/C: Keg Credit LLC Fairhope AL 36532 US Imad: 0109B1Qgc08C012266 Trn: 4200100009Es | 4,977.28 |
| 01/09 | Rewards Network  Settlement 23682-020238747 CCD ID: 9000009744 | 492.19 |
| 01/09 | Directv  Directv  6991660  Tel ID: 0000035774 | 233.72 |
| 01/10 | Directv  Directv  9424721  Tel ID: 0000035774 | 194.63 |
| 01/11 | 01/11 Fedwire Debit Via: Wells Fargo NA/121000248 A/C: United Texas Title LLC Dallas TX 75243 US Ref: James Counts Imad: 0111B1Qgc03C001177 Trn: 3008100011Es | 712.14 |



CHASE ◆

January 01, 2013 through January 31, 2013
Account Number: ⸱⸱⸱⸱⸱⸱⸱ ⸱0345

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | Rewards Network Settlement 23707-020250248 CCD ID: 9000009744 | 365.34 |
| 01/16 | Compupay Billing Miramar AR 003 74361     CCD ID: 1592022495 | 111.37 |
| 01/17 | Compupay, Inc   Tax Col   003074361     CCD ID: 1592022495 | 4,210.35 |
| 01/17 | Compupay, Inc   Wc Debits 003-074361     CCD ID: 5592022495 | 254.69 |
| 01/22 | Central Ins Cos  Insur Prem       PPD ID: 1344202560 | 820.33 |
| 01/23 | Rewards Network  Settlement 23730-020261509 CCD ID: 9000009744 | 365.99 |
| 01/23 | Cox Enterprises  Broadband  8937700     Web ID: 0000178541 | 318.84 |
| 01/29 | Aetna877-2564476 Clppremium 84777481     CCD ID: 1133670795 | 2,237.00 |
| 01/30 | Rewards Network  Settlement 23755-020272869 CCD ID: 9000009744 | 543.58 |
| 01/31 | Compupay Billing Miramar AR 003 74361     CCD ID: 1592022495 | 118.31 |
| **Total Electronic Withdrawals** | | **$22,191.43** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/02 | List Posted Items Quantity | 8 | $4,431.55 |
| 01/03 | List Posted Items Quantity | 6 | 2,494.64 |
| 01/07 | List Posted Items Quantity | 2 | 469.62 |
| 01/08 | Deposited Item Returned      NSF 1St      099006985                    # of     Items00001Ck#:0000002974                    Dep Amt000000000130900Dep     Date010413Ck Amt0000130900                    Svc     Fee001200 | | 1,309.00 |
| 01/08 | Deposit Item Returned Fee: 01 NSF 1St      099006985                    # of     Items00001Ck#:0000002974                    Dep Amt00000000130900Dep     Date010413Ck Amt0000130900                    Svc     Fee001200 | | 12.00 |
| 01/08 | List Posted Items Quantity | 3 | 1,158.32 |
| 01/09 | Outgoing Domestic Wire Fee | | 30.00 |
| 01/10 | List Posted Items Quantity | 2 | 182.04 |
| 01/11 | Outgoing Domestic Wire Fee | | 30.00 |
| 01/14 | List Posted Items Quantity | 4 | 1,248.69 |
| 01/15 | List Posted Items Quantity | 3 | 221.99 |
| 01/16 | List Posted Items Quantity | 6 | 1,958.41 |
| 01/17 | List Posted Items Quantity | 9 | 4,398.30 |
| 01/18 | List Posted Items Quantity | 8 | 4,823.84 |
| 01/22 | List Posted Items Quantity | 7 | 10,656.61 |
| 01/23 | List Posted Items Quantity | 2 | 600.91 |
| 01/25 | Official Checks Charge | | 8.00 |
| 01/25 | List Posted Items Quantity | 4 | 5,229.49 |
| 01/31 | Service Fee | | 10.80 |
| 01/31 | List Posted Items Quantity | 3 | 1,861.42 |
| **Total Fees & Other Withdrawals** | | | **$41,135.63** |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 227 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.



January 01, 2013 through January 31, 2013
Account Number: .0345

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/02 | $16,420.48 | 01/17 | 9,571.90 |
| 01/03 | 13,984.84 | 01/18 | 11,736.38 |
| 01/04 | 15,443.30 | 01/22 | 7,482.96 |
| 01/07 | 17,529.29 | 01/23 | 4,143.07 |
| 01/08 | 14,923.87 | 01/24 | 4,958.97 |
| 01/09 | 11,132.07 | 01/25 | 21,432.93 |
| 01/10 | 17,340.02 | 01/28 | 50,922.41 |
| 01/11 | 17,700.62 | 01/29 | 38,302.27 |
| 01/14 | 21,447.48 | 01/30 | 38,269.78 |
| 01/15 | 24,468.72 | 01/31 | 39,703.30 |
| 01/16 | 17,613.71 | | |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $18,710.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $18,111.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $90.80.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 122 |
| Deposits / Credits | 95 |
| Deposited Items | 10 |
| **Transaction Total** | **227** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $10.80 |
| **Total Service Fees** | **$10.80** |

| CASH PROCESSING | AMOUNT |
|------|------|
| Cash Deposits Immediate Verification | $6,245.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$6,245.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

Case 4:12-bk-08122-EWH   Doc 93   Filed 06/12/13   Entered 06/12/13 10:27:04   Desc
Main Document   Page 32 of 32