```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Trial Attorney
 4  230 N. 1st Ave., #204
    Phoenix, Arizona  85003-1706
 5  (602) 682-2600 (telephone)
    (602) 514-7270 (fax)
 6
 7                  UNITED STATES BANKRUPTCY COURT
 8                       DISTRICT OF ARIZONA
 9  In re:                    )   Chapter 11
                              )
10  NIMBUS BREWING COMPANY, LLC, ) No. 4:12-bk-08122-EWH
                              )
11                            )   OBJECTION BY UNITED STATES
                              )   TRUSTEE TO DEBTOR'S
12                            )   DISCLOSURE STATEMENT
             Debtor.          )
13  ─────────────────────────     Hearing Date: August 13, 2013
                                  Time:         3:00 p.m.
14                                Location:     38 S. Scott Ave.
                                                Courtroom 446
15
16         The United States Trustee for the District of Arizona, Region
17  14 ("UST") by and through her attorney undersigned, and pursuant to 28
18  U.S.C. § 586(a)(3)(B), in addition to 11 U.S.C. § 307, hereby objects
19  to the proposed Disclosure Statement ("disclosure statement") filed by
20  the debtor, because it fails to include the following items:
21         1.   The present condition of the debtor; specifically, the
22  debtor is delinquent in the filing of monthly operating reports for May
23  and June, 2013, and its July report will be delinquent as of August 16,
24  2013.   See In re Scioto Valley Mortg. Co., 88 B.R. 168, 170-171 (Bankr.
25  S.D.Ohio 1988); In re Metrocraft Pub. Services, Inc., 39 B.R. 567, 568
26  (Bankr. N.D.Ga. 1984); and In re A.C. Williams Co., 25 B.R. 173, 176
27  (Bankr. N.D.Ohio 1982).
28
```

2. The compensation of any insiders under the plan. See <u>In re Scioto Valley Mortg. Co.</u>, 88 B.R. 168, 172 (Bankr. S.D.Ohio 1988).

3. The UST also believes that the objection grounds set forth by Login (at docket number 106) and numbers I and III by Reward Networks (at docket number 105) are well taken.

WHEREFORE, the United States Trustee respectfully requests that the Disclosure Statement not be approved at this time.

RESPECTFULLY SUBMITTED this 9th day of August, 2013.

        ILENE J. LASHINSKY
        United States Trustee
        District of Arizona

        CHRISTOPHER J. PATTOCK
        Trial Attorney

Copies of the foregoing mailed on
the 9th day of August, 2013, to:

Eric Slocum Sparks, Esq.
Eric Slocum Sparks, PC
110 S. Church Avenue, #2270
Tucson, AZ 85701

Nimbus Brewing Company, LLC
3850 E. 44th Street
Tucson, AZ 85713

_____

-2-