Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NIMBUS BREWING COMPANY, LLC | ) | No. 4:12-bk-08122-EWH |
| | ) | |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | NOTICE OF FILING MONTHLY |
| | ) | FINANCIAL REPORT - |
| | ) | JULY 2013 |

NOTICE IS HEREBY GIVEN that on August 13, 2013, the Debtor, through the undersigned counsel, filed the attached Monthly Operating Report for the period of July 2013, *for the Debtor Nimbus Brewing Company, LLC.*

DATED August 13, 2013

THE LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed August 13, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

/s/ IY Madrid

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re   NIMBUS BREWING COMPANY, LLC  ,

          *Debtor*

Case No.   4:12-bk-08122-JMM

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: July 2013

Date filed: _____

Line of Business: _____

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

James C. Cants
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 112479.96

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month

Cash on Hand at End of Month $ 29802.51

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 41823.22

$ 41823.22

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 100459.25

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 112479.96

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 100459.25

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 12020.71

# INSTRUCTIONS FOR SMALL BUSINESS OPERATING REPORT EXHIBITS

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

A copy of the instructions and Exhibits are available in EXCEL format.
The monthly report is available in Adobe fillable format. These files can be downloaded from the Bankruptcy Court's web site. **Go to http://www.azb.uscourts.gov/** and select the "Forms & Publications" link.

## EXHIBIT A

You may insert a brief statement here about when your tax return will be filed and/or when the payment of any taxes due will be made, as well as the source of the funds.

If your response is short, you may also insert the information directly onto page 2 of the monthly report form.

JuLy 2013

## EXHIBIT B

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | Total |
| | #0345 | # | # | # | |
| Cash on Hand at Beginning of Month | 29802.51 | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 112479.96 | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach a list or details) | | | | | |
| TOTAL INCOME | 100459.25 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 100459.25 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 41823.22 | | | | |
|---|---|---|---|---|---|

# EXHIBIT C

JULY 2013

## EXPENSE DETAIL

D

Account # 0345

Bank Name CHASE

| Cash/Electronic Payments | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | SEE ATTACHED | |
| | | | |
| | | Total Cash/Electronic Payments | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | SEE ATTACHED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total checks listed on this page | |
| | | | Total checks listed on continuation pages | |

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | |
|---|---|

| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | |
|---|---|

| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | |
|---|---|

| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | |
|---|---|

*This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B*

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

July 2013

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | **CHECKS ISSUED** | |
| | 7-1-13 | PYMT TECH | CC SETTLEMENT | 2575.05 |
| | 7-1-13 | PYMT TECH | CC SETTLEMENT | 1602.15 |
| | 7-1-13 | PYMT TECH | CC SETTLEMENT | 780.80 |
| | 7-1-13 | AM EXPRESS | SETTLEMENT | 177.87 |
| | 7-1-13 | AM EXPRESS | SETTLEMENT | 91.33 |
| | 7-2-13 | PYMT TECH | CC SETTLEMENT | 513.30 |
| | 7-2-13 | AM EXPRESS | SETTLEMENT | 44.25 |
| | 7-3-13 | DAILY | CASH | 269.70 |
| | 7-3-13 | DAILY | CASH | 253.95 |
| | 7-3-13 | DAILY | CASH | 229.40 |
| | 7-3-13 | DAILY | CASH | 182.30 |
| | 7-3-13 | DAILY | CASH | 128.20 |
| | 7-3-13 | DAILY | CASH | 90.95 |
| | 7-3-13 | ALLIANCE | PYMENT | 5900.00 |
| | 7-3-13 | PYMT TECH | CC SETTLEMENT | 703.50 |
| | 7-3-13 | AM EXPRESS | SETTLEMENT | 57.51 |
| | 7-5-13 | PYMT TECH | CC SETTLEMENT | 1411.30 |
| | 7-5-13 | PYMT TECH | CC SETTLEMENT | 787.65 |
| | 7-5-13 | AM EXPRESS | SETTLEMENT | 48.97 |
| | 7-5-13 | AM EXPRESS | SETTLEMENT | 21.37 |
| | 7-8-13 | DAILY | CASH | 169.84 |
| | 7-8-13 | DAILY | CASH | 141.20 |
| | 7-8-13 | DAILY | CASH | 124.60 |
| | 7-8-13 | DAILY | CASH | 104.08 |
| | 7-8-13 | DAILY | CASH | 83.70 |
| | 7-8-13 | DAILY | CASH | 81.35 |
| | 7-8-13 | PYMT TECH | CC SETTLEMENT | 133.05 |
| | | | **TOTAL CHECKS - THIS PAGE** | 17700.37 |

July 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS -

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7-8-13 | Pymt Tech | CC Settlement | 1038.45 |
| | 7-8-13 | Pymt Tech | CC Settlement | 484.35 |
| | 7-8-13 | Am Express | Settlement | 84.87 |
| | 7-8-13 | Am Express | Settlement | 11.9 |
| | 7-9-13 | Pymt Tech | CC Settlement | 252.00 |
| | 7-10-13 | Nimbus Bistro | Payment | 1084.00 |
| | 7-10-13 | Daily | Cash | 133.95 |
| | 7-10-13 | Daily | Cash | 97.50 |
| | 7-10-13 | Alliance | Pymt | 14827.70 |
| | 7-10-13 | Pymt Tech | CC Settlement | 411.95 |
| | 7-10-13 | Am Express | Settlement | 94.56 |
| | 7-11-13 | Pymt Tech | CC Settlement | 1024.80 |
| | 7-11-13 | Am Express | Settlement | 50.18 |
| | 7-12-13 | Alliance | Pymt | 6762.70 |
| | 7-12-13 | Pymt Tech | CC Settlement | 114.90 |
| | 7-12-13 | Am Express | Settlement | 111.35 |
| | 7-15-13 | Calo Purchase | Purchase Return | 200.63 |
| | 7-15-13 | Geisler | Contract Distribution | 21483.00 |
| | 7-15-13 | Bistro Purchase | Beer Purchase | 146.00 |
| | 7-15-13 | Nimbus Bistro | Payment | 1184.00 |
| | 7-15-13 | Daily | Cash | 317.83 |
| | 7-15-13 | Daily | Cash | 38.81 |
| | 7-15-13 | Daily | Cash | 116.05 |
| | 7-15-13 | Daily | Cash | 112.60 |
| | 7-15-13 | Daily | Cash | 93.50 |
| | 7-15-13 | Daily | Cash | 61.45 |
| | 7-15-13 | Daily | Cash | 38.10 |

TOTAL CHECKS - THIS PAGE 52446.77

## EXHIBIT C

July 2013

### EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7-15-13 | PYMT TECH | CC SETTLEMENT | 1419.30 |
| | 7-15-13 | PYMT TECH | CC SETTLEMENT | 1273.05 |
| | 7-15-13 | PYMT TECH | CC SETTLEMENT | 1117.30 |
| | 7-15-13 | AM EXPRESS | SETTLEMENT | 157.09 |
| | 7-15-13 | AM EXPRESS | SETTLEMENT | 97.36 |
| | 7-16-13 | PYMT TECH | CC SETTLEMENT | 600.65 |
| | 7-16-13 | AM EXPRESS | SETTLEMENT | 41.87 |
| | 7-17-13 | GRAND CANYON | PURCHASE RETURN | 38.91 |
| | 7-17-13 | ALLIANCE | PYMENT | 5279.40 |
| | 7-17-13 | PYMENT TECH | CC SETTLEMENT | 1002.20 |
| | 7-18-13 | PYMENT TECH | CC SETTLEMENT | 865.50 |
| | 7-18-13 | AM EXPRESS | SETTLEMENT | 18.28 |
| | 7-19-13 | PYMT TECH | CC SETTLEMENT | 1140.15 |
| | 7-19-13 | AM EXPRESS | SETTLEMENT | 26.78 |
| | 7-22-13 | DAILY | CASH | 140.37 |
| | 7-22-13 | DAILY | CASH | 95.95 |
| | 7-22-13 | DAILY | CASH | 87.75 |
| | 7-22-13 | DAILY | CASH | 65.16 |
| | 7-22-13 | DAILY | CASH | 2.55 |
| | 7-22-13 | PYMT TECH | CC SETTLEMENT | 1811.00 |
| | 7-22-13 | PYMT TECH | CC SETTLEMENT | 1444.45 |
| | 7-22-13 | PYMT TECH | CC SETTLEMENT | 831.05 |
| | 7-22-13 | AM EXPRESS | SETTLEMENT | 209.53 |
| | 7-22-13 | AM EXPRESS | SETTLEMENT | 37.32 |
| | 7-23-13 | PYMT TECH | CC SETTLEMENT | 555.70 |
| | 7-23-13 | AM EXPRESS | SETTLEMENT | 82.89 |
| | 7-24-13 | Amazon | PURCHASE RETURN | 36.76 |

**TOTAL CHECKS - THIS PAGE** 18130.32

3

July 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7-24-13 | BISTRO BEER | BEER PURCHASE | 799.00 |
| | 7-24-13 | DAILY | CASH | 118.95 |
| | 7-24-13 | DAILY | CASH | 97.10 |
| | 7-24-13 | DAILY | CASH | 46.25 |
| | 7-24-13 | ALLIANCE | PYMENT | 13,198.50 |
| | 7-24-13 | PYMT TECH | CC SETTLEMENT | 700.40 |
| | 7-24-13 | AM EXPRESS | SETTLEMENT | 50.13 |
| | 7-25-13 | PYMT TECH | CC SETTLEMENT | 600.30 |
| | 7-26-13 | DAILY | CASH | 317.00 |
| | 7-26-13 | PYMT TECH | CC SETTLEMENT | 1014.75 |
| | 7-26-13 | AM EXPRESS | SETTLEMENT | 206.69 |
| | 7-29-13 | PYMT TECH | CC SETTLEMENT | 1415.40 |
| | 7-29-13 | PYMT TECH | CC SETTLEMENT | 1406.95 |
| | 7-29-13 | PYMT TECH | CC SETTLEMENT | 888.90 |
| | 7-29-13 | AM EXPRESS | SETTLEMENT | 308.54 |
| | 7-29-13 | AM EXPRESS | SETTLEMENT | 21.90 |
| | 7-30-13 | BISTRO Beer Purchas | Beer Purchae | 1363.00 |
| | 7-30-13 | DAILY | CASH | 206.67 |
| | 7-30-13 | DAILY | CASH | 98.75 |
| | 7-30-13 | DAILY | CASH | 93.41 |
| | 7-30-13 | DAILY | CASH | 86.10 |
| | 7-30-13 | PYMT TECH | CC SETTLEMENT | 237.80 |
| | 7-30-13 | AM EXPRESS | SETTLEMENT | 91.67 |
| | 7-31-13 | PYMT TECH | CC SETTLEMENT | 762.90 |
| | 7-31-13 | AM EXPRESS | SETTLEMENT | 144.94 |

**TOTAL CHECKS - THIS PAGE** 24,276.00

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

July 2013

## EXPENSE DETAIL - Continuation Sheet

ATM +DEBIT
WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7-1-13 | Elliot Electric | Computer Parts | 45.11 |
| | 7-1-13 | X Factor | Lights for Taproom | 94.55 |
| | 7-1-13 | AZ Motor Vehicle | Temp Vehicle Lisn | 3.00 |
| | 7-2-13 | QT | Co Car Gas Delivery | 45.75 |
| | 7-2-13 | Wyndham West | Sales, Dinner | 51.00 |
| | 7-3-13 | QT | Co Sales Car Gas | 37.50 |
| | 7-3-13 | Jetro | Food / Kitchen | 255.56 |
| | 7-5-13 | Valero | Mgr Car Gas | 49.93 |
| | 7-5-13 | Pagos Pizza | Sales Dinner | 90.00 |
| | 7-5-13 | Dmhrprise | Auto Insurance | 603.00 |
| | 7-8-13 | AH Wifi Serv. | Out of Town Internet | 19.95 |
| | 7-8-13 | Shell Oil | Sales Call Gas | 80.35 |
| | 7-8-13 | Valero | Sales Call Gas | 37.56 |
| | 7-9-13 | HAS | Internet Brewery | 16.99 |
| | 7-10-13 | Protection One | Alarm Service | 58.74 |
| | 7-11-13 | Jetro | Food / Kitchen | 198.12 |
| | 7-15-13 | AZ Motor Vehicle | Temp Tags | 1.00 |
| | 7-15-13 | AZ Electric Motor | Motor Rewind / Bad Motor | 477.45 |
| | 7-15-13 | Car History | Background on Co Vehicle | 1.00 |
| | 7-15-13 | QT | Gas Co Delivery Truck | 83.00 |
| | 7-16-13 | Jetro | Food / Kitchen | 219.60 |
| | 7-22-13 | Grand Canyon | Janitrll - cleaning supplee | 97.25 |
| | 7-22-13 | Valero | Gas Sales | 39.72 |
| | 7-22-13 | Circle K | Delivery Vehicle Gas | 58.75 |
| | 7-22-13 | Direct TV | TVs Taproom | 175.92 |
| | 7-26-13 | Jetro | Kitchen / Food | 90.70 |
| | 7-29-13 | Univar | Chemicals, Brewery | 499.42 |
| | | | TOTAL CHECKS - THIS PAGE | 3483.92 |

# EXHIBIT C

July 2013

## EXPENSE DETAIL - Continuation Sheet

ATM +DEBIT
WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7·29·13 | FEDEX | SHIPPING | 24.61 |
| | 7·29·13 | VALERO | GAS MGR CAR | 36.23 |
| | 7·29·13 | QT | GAS Delivery TRUCK | 90.00 |
| | 7·29·13 | METRO | FOOD | KITCHEN | 210.16 |
| | 7·29·13 | QT | GAS Co CAR SALES | 30.00 |
| | 7·29·13 | OFFICE DEPOT | OFFICE SUPPLIES | 33.15 |
| | 7·29·13 | WALGREENS | BATTERIES/Brewhouse | 28.10 |
| | 7·30·13 | AZ MOTOR VEHICLE | temp TAGS | 1.00 |
| | 7·31·13 | VALERO | GAS Co Del TRUCK | 60.89 |
| | | | TOTAL CHECKS - THIS PAGE | 504.14 |

2

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

July 2013

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

### ✓ CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 32986 | 7-1-13 | | PAYROLL | 477.33 |
| 32988 | 7-1-13 | | PAYROLL | 377.15 |
| 32977 | 7-1-13 | | PAYROLL | 563.96 |
| 32982 | 7-1-13 | | PAYROLL | 296.23 |
| 5567 | 7-1-13 | Ark Welding Supply | BREWHOUSE REPAIRS | 91.44 |
| 5555 | 7-1-13 | ASAP. | PARTS BREWHOUSE | 137.80 |
| 32989 | 7-1-13 | | PAYROLL | 638.99 |
| 32978 | 7-1-13 | | PAYROLL | 967.46 |
| 5554 | 7-1-13 | AZ DEPT of Rev | MAY 2013 | 3508.72 |
| 32973 | 7-2-13 | | PAYROLL | 1173.06 |
| 32990 | 7-2-13 | | PAYROLL | 532.64 |
| 32987 | 7-2-13 | | PAYROLL | 880.35 |
| 32985 | 7-2-13 | | PAYROLL | 108.28 |
| 32972 | 7-2-13 | | PAYROLL | 901.03 |
| 32976 | 7-2-13 | | PAYROLL | 69.58 |
| 32969 | 7-3-13 | | PAYROLL | 2055.20 |
| 32974 | 7-3-13 | | PAYROLL | 365.14 |
| 32984 | 7-3-13 | | PAYROLL | 137.13 |
| 5568 | 7-3-13 | | PAYROLL | 193.45 |
| 32979 | 7-3-13 | | PAYROLL | 49.48 |
| 32971 | 7-3-13 | | PAYROLL | 497.44 |
| 5574 | 7-3-13 | KC AUTO PAINT | CO-TRUCK PAINT | 86.88 |
| 5573 | 7-3-13 | FEDEX | SHIPPING | 424.55 |
| 5563 | 7-5-13 | VIROS | KITCHEN / FOOD | 790.60 |
| 5581 | 7-5-13 | DIEGO ELIZALDE | CONTRACT LABOR / LANDSC | 453.75 |
| 5582 | 7-5-13 | LUIS ELIZALDE | CONTRACT LABOR / LANDSC | 453.75 |
| 5585 | 7-5-13 | STERN PRODUCE | KITCHEN HOOD | 517.13 |

TOTAL CHECKS - THIS PAGE | 16,753.51

July 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 32958 | 7-5-13 | | PAYROLL | 99.95 |
| 5576 | 7-5-13 | KC AUTO PAINT | CO TRUCK PAINT/SUPPLIES | 148.41 |
| 5570 | 7-5-13 | HARBOR FREIGHT | TOOLS/PAINT TRUCK | 88.86 |
| 32981 | 7-5-13 | | PAYROLL | 145.80 |
| 32980 | 7-5-13 | | PAYROLL | 223.14 |
| 5571 | 7-5-13 | SUNLAND FOODS | KITCHEN/FOOD | 142.98 |
| 32975 | 7-8-13 | | PAYROLL | 65.92 |
| 32983 | 7-8-13 | | PAYROLL | 116.79 |
| 5578 | 7-8-13 | PEPSI | SODA/TAPROOM | 250.20 |
| 5576 | 7-8-13 | KALIL | CO2 REFILLS | 91.96 |
| 5569 | 7-9-13 | BOTTLE SHOP | GLASSWARE/BOTTLES | 1497.60 |
| 5584 | 7-9-13 | DAYMTREQUURY | EE PUNCHED CHK | 25.00 |
| 32970 | 7-10-13 | | PAYROLL | 2786.00 |
| 5579 | 7-10-13 | KALIL | CO2 REFILLS | 87.14 |
| 5586 | 7-10-13 | VIROS | KITCHEN/FOOD | 300.00 |
| 5598 | 7-11-13 | SECURE DENTAL | INSURANCE PYMT | 139.19 |
| 5598 | 7-11-13 | COPPER STATE | MICROS/POS SYSTEM | 442.00 |
| 5587 | 7-11-13 | FEDEX | SHIPPING | 168.40 |
| 5577 | 7-12-13 | SUPPLY ONE | TAPE FOR CASE BOXES | 500.00 |
| 5580 | 7-12-13 | SOUTHERN WINE | WINE/TAPROOM RESALE | 242.72 |
| 5603 | 7-15-13 | CHASE | PYMT | 898.54 |
| 5588 | 7-15-13 | SWISHER | BATHROOM SUPPLIES/MAINT | 270.24 |
| 33000 | 7-16-13 | | PAYROLL | 990.44 |
| 33008 | 7-16-13 | | PAYROLL | 463.43 |
| 33010 | 7-16-13 | | PAYROLL | 577.63 |
| 33011 | 7-16-13 | | PAYROLL | 609.13 |
| 32988 | 7-16-13 | | PAYROLL | 647.96 |
| | | | TOTAL CHECKS - THIS PAGE | 11018.83 |

2

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 32997 | 7-16-13 | | PAYROLL | 589.51 |
| 33012 | 7-17-13 | | PAYROLL | 549.03 |
| 32995 | 7-17-13 | | PAYROLL | 1173.06 |
| 33004 | 7-17-13 | | PAYROLL | 393.66 |
| 33006 | 7-17-13 | | PAYROLL | 128.74 |
| 33009 | 7-17-13 | | PAYROLL | 880.35 |
| 32994 | 7-17-13 | | PAYROLL | 934.52 |
| 5599 | 7-17-13 | TED | ELECTRIC PYMT | 3760.88 |
| 32996 | 7-17-13 | | PAYROLL | 487.05 |
| 5564 | 7-17-13 | CES | ELECTRICAL SUPPLIES | 25.10 |
| 5601 | 7-17-13 | WATER TEC | REPAIRS REVERSE OSMOSIS | 814.09 |
| 32993 | 7-17-13 | | PAYROLL | 326.34 |
| 5591 | 7-17-13 | BLUE GRASS LOGISTI | SHIPPING GRAIN | 1450.00 |
| 33007 | 7-17-13 | | PAYROLL | 96.57 |
| 5600 | 7-17-13 | US FOODS | KITCHEN / FOOD | 6188.83 |
| 33004 | 7-17-13 | | PAYROLL | 393.66 |
| 5592 | 7-18-13 | DIEGO ELIZALDE | CONTRACT LABOR LANDSCAP | 615.00 |
| 5593 | 7-18-13 | LUIS ELIZALDE | CONTRACT LABOR / LANDSCAP | 615.00 |
| 5589 | 7-18-13 | ASAP PUMPS | FILTER PUMP/PARTS | 45.00 |
| 5597 | 7-19-13 | KEG CREDIT | KEG LEASE PYMT | 2362.40 |
| 33005 | 7-19-13 | | PAYROLL | 78.57 |
| 32995 | 7-19-13 | | PAYROLL | 193.45 |
| 33003 | 7-19-13 | | PAY ROLL | 154.17 |
| 5590 | 7-19-13 | KALIL | CO2 REFILL | 141.00 |
| 32992 | 7-19-13 | | PAYROLL | 2786.02 |
| 5631 | 7-22-13 | FERGUSON PLUMP | PLUMBING SUPPLIES | 13.30 |
| 33001 | 7-22-13 | | PAYROLL | 75.64 |
| | | | TOTAL CHECKS - THIS PAGE | 26,070.84 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

July 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | CHECKS ISSUED | | |
| 33002 | 7-23-13 | | PAYROLL | 142.33 |
| 5630 | 7-23-13 | SUNLAND FOODS | KITCHEN / FOODS | 324.16 |
| 5608 | 7-24-13 | WASTE MGMT | TRASH / WASTE P/UP | 217.37 |
| 5606 | 7-24-13 | STERN PRODUCE | KITCHEN FOOD | 457.22 |
| 5611 | 7-25-13 | TRULY NOLEN | PEST CONTROL | 325.00 |
| 5616 | 7-26-13 | RICHARD HASH | CONTRACT LABOR | 286.00 |
| 5607 | 7-26-13 | PRUDENTIAL | TAPROOM SUPPLIES | 122.43 |
| 5610 | 7-26-13 | FASTENAL | PARTS BREWHOUSE | 156.33 |
| 5612 | 7-29-13 | AZ DEPT OF REV | TAXES | 134.31 |
| 32991 | 7-29-13 | | PAYROLL | 1755.20 |
| 5614 | 7-29-13 | PEPSI | SODA / TAPROOM | 187.65 |
| 5605 | 7-29-13 | MODERN LIFT | FORK LIFT REPAIRS | 111.50 |
| 5613 | 7-29-13 | DICKMANS DELI | FOOD KITCHEN | 1176.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS - THIS PAGE | 5426.00 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

July 2013

## EXPENSE DETAIL - Continuation Sheet

Electronic Withdrawals

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 7-1-13 | Compu Pay | Payroll Billing | 121.12 |
| | 7-2-13 | Compupay | Payroll Tax | 4025.17 |
| | 7-3-13 | Pymt Tech | Payroll Fee | 844.76 |
| | 7-3-13 | Compupay | Workman Comp. | 289.13 |
| | 7-3-13 | Rewards Netwe | Settlement | 402.12 |
| | 7-5-13 | VZ Wireless | CO Cell Phone Servs | 140.72 |
| | 7-9-13 | Republic Services | Roll Off Dumpster | 400.00 |
| | 7-10-13 | Aflac | Insurance Pymt | 363.50 |
| | 7-10-13 | Achuevis | CO Cell Phone | 313.72 |
| | 7-10-13 | Rewards Netwe | Settlement | 233.42 |
| | 7-11-13 | Aetna | Ins Paymt | 2054.00 |
| | 7-11-13 | Southwest Gas | Gas | 1355.43 |
| | 7-17-13 | Great West Malt | Grains Purchase | 9042.75 |
| | 7-17-13 | Compupay | Payroll Tax | 4023.05 |
| | 7-17-13 | Rewards Netwe | Settlement | 351.10 |
| | 7-17-13 | Compupay | Workmans Comp | 289.99 |
| | 7-22-13 | Central Ins | Ins Premium | 914.67 |
| | 7-23-13 | Compupay | Payroll | 118.59 |
| | 7-24-13 | Rewards Net | Settlement | 217.77 |
| | 7-31-13 | Compupay | Payroll Taxes | 3931.68 |
| | 7-31-13 | Rewards Net | Settlement | 505.97 |
| | 7-31-13 | Compupay | Workmans Comp | 281.19 |
| | 7-31-13 | Compupay | Billing | 1116.25 |

TOTAL CHECKS - THIS PAGE  30339.18

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT D

| UNPAID BILLS | Date Incurred | Who is owed the money? | Purpose of the Debt | Amount Owed | Payment Due Date |
|---|---|---|---|---|---|
| Itemize Accounts Payable * | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Taxes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Notes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Professional Fees Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Secured Debt - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Other - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Payables (same as page 3 of the report) | | | | | |

*Debtor may attach a separate Accounts Payable list if there are numerous debts.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT E

TRADE ACCOUNTS RECEIVABLES*

| Who Owes You the Money | Amount Owed | Due Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Accounts Receivable | | |
| Less Discounts/Returns/etc. | | |
| Net Accounts Receivable | | |

OTHER RECEIVABLES

| | Amount Owed | Due Date |
|---|---|---|
| Amounts owed by insiders – | | |
| | | |
| | | |
| | | |
| Amounts owed by employees – | | |
| | | |
| | | |
| Amounts owed by others (explain) – | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL RECEIVALBLES (same as report, page 3) | |
|---|---|
| | |

# EXHIBIT F

Attach copies of bank statements for all open bank accounts.

If the bank statements do not cover activity from the first day to the last day of the month, attach the statements which include the majority of the applicable month's activity.

June 29, 2013 through July 31, 2013
Account Nu⸱⸱⸱⸱⸱⸱⸱⸱.0345

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004296 DRI 601 151 21313 NNNNNNNNNN 1 000000000 63 0000
NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

We are limiting our Returned Item fees

Good News|  We will charge only one Returned Item fee for any payment request
we return unpaid more than once per month, even if the biller submits the same request
multiple times.  This is just one of the ways that we are working to make banking easier
and less expensive for our customers.

We are here to help. If you have any questions, please call us at the number on this
statement or visit your nearest branch.

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $29,802.51 |
| Deposits and Additions | 106 | 112,479.96 |
| Checks Paid | 1 | - 325.00 |
| ATM & Debit Card Withdrawals | 37 | - 4,063.05 |
| Electronic Withdrawals | 23 | - 30,339.18 |
| Fees and Other Withdrawals | 22 | - 65,732.02 |
| Ending Balance | 189 | $41,823.22 |

*(handwritten: 142282 . 46)*
*(handwritten: 100459.25)*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | Paymentech | Deposit | 5169720 | CCD ID: 1020401225 | $2,575.05 |
| 07/01 | Paymentech | Deposit | 5169720 | CCD ID: 1020401225 | 1,602.15 |
| 07/01 | Paymentech | Deposit | 5169720 | CCD ID: 1020401225 | 780.80 |
| 07/01 | American Express Settlement 5021111257 | | CCD ID: 1134992250 | | 177.87 |
| 07/01 | American Express Settlement 5021111257 | | CCD ID: 1134992250 | | 91.33 |
| 07/02 | Paymentech | Deposit | 5169720 | CCD ID: 1020401225 | 513.30 |
| 07/02 | American Express Settlement 5021111257 | | CCD ID: 1134992250 | | 44.25 |
| 07/03 | Deposit | | | | 269.70 |
| 07/03 | Deposit | | | | 253.95 |
| 07/03 | Deposit | | | | 229.40 |
| 07/03 | Deposit | | | | 182.30 |
| 07/03 | Deposit | | | | 122.20 |



## DEPOSITS AND ADDITIONS     *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/03 | Deposit | 90.95 |
| 07/03 | Alliance Pmd    Payment    Abd1-Abd1200000 CCD ID: 9000000052 | 5,900.00 |
| 07/03 | Paymentech    5169720         CCD ID: 1020401225 | 703.50 |
| 07/03 | American Express Settlement 5021111257    CCD ID: 1134992250 | 57.51 |
| 07/05 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,411.30 |
| 07/05 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 787.65 |
| 07/05 | American Express Settlement 5021111257    CCD ID: 1134992250 | 48.97 |
| 07/05 | American Express Settlement 5021111257    CCD ID: 1134992250 | 21.37 |
| 07/08 | Deposit | 169.84 |
| 07/08 | Deposit | 141.20 |
| 07/08 | Deposit | 124.60 |
| 07/08 | Deposit | 104.08 |
| 07/08 | Deposit | 83.70 |
| 07/08 | Deposit | 81.35 |
| 07/08 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,132.05 |
| 07/08 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,028.45 |
| 07/08 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 484.35 |
| 07/08 | American Express Settlement 5021111257    CCD ID: 1134992250 | 84.87 |
| 07/08 | American Express Settlement 5021111257    CCD ID: 1134992250 | 11.19 |
| 07/09 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 252.00 |
| 07/10 | Deposit | 1,084.00 |
| 07/10 | Deposit | 132.95 |
| 07/10 | Deposit | 97.55 |
| 07/10 | Alliance Pmd    Payment    Abd1-Abd1200000 CCD ID: 9000000052 | 14,827.70 |
| 07/10 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 411.95 |
| 07/10 | American Express Settlement 5021111257    CCD ID: 1134992250 | 94.56 |
| 07/11 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,024.80 |
| 07/11 | American Express Settlement 5021111257    CCD ID: 1134992250 | 50.18 |
| 07/12 | Alliance Pmd    Payment    Abd1-Abd1200000 CCD ID: 9000000052 | 6,762.70 |
| 07/12 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,114.90 |
| 07/12 | American Express Settlement 5021111257    CCD ID: 1134992250 | 111.35 |
| 07/15 | Card Purchase Return    07/12 Paypal *Marketpartn 4029357733 UT Card 7783 | 200.63 |
| 07/15 | Deposit | 21,483.00 |
| 07/15 | Deposit | 1,146.00 |
| 07/15 | Deposit    1154344257 | 1,084.00 |
| 07/15 | Deposit | 317.83 |
| 07/15 | Deposit | 138.81 |
| 07/15 | Deposit | 116.05 |
| 07/15 | Deposit | 112.60 |
| 07/15 | Deposit | 93.40 |
| 07/15 | Deposit | 61.45 |
| 07/15 | Deposit | 38.10 |
| 07/15 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,419.30 |
| 07/15 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,273.05 |
| 07/15 | Paymentech    Deposit    5169720         CCD ID: 1020401225 | 1,117.30 |
| 07/15 | American Express Settlement 5021111257    CCD ID: 1134992250 | 157.09 |
| 07/15 | American Express Settlement 5021111257    CCD ID: 1134992250 | 97.36 |

Case 4:12-bk-08122-EWH    Doc 108    Filed 08/13/13    Entered 08/13/13 13:53:37    Desc
Main Document    Page 23 of 30



## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/16 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 600.65 |
| 07/16 | American Express Settlement 5021111257      CCD ID: 1134992250 | 41.87 |
| 07/17 | Card Purchase Return    07/16 Grand Canyon Janitorial Tucson AZ Card 1216 | 38.91 |
| 07/17 | Alliance Pmd    Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 5,279.40 |
| 07/17 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 662.20 |
| 07/18 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 805.50 |
| 07/18 | American Express Settlement 5021111257      CCD ID: 1134992250 | 18.28 |
| 07/19 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,140.15 |
| 07/19 | American Express Settlement 5021111257      CCD ID: 1134992250 | 26.78 |
| 07/22 | Deposit | 140.37 |
| 07/22 | Deposit | 95.95 |
| 07/22 | Deposit | 87.75 |
| 07/22 | Deposit | 65.16 |
| 07/22 | Deposit | 2.55 |
| 07/22 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,871.00 |
| 07/22 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,444.45 |
| 07/22 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 831.05 |
| 07/22 | American Express Settlement 5021111257      CCD ID: 1134992250 | 209.53 |
| 07/22 | American Express Settlement 5021111257      CCD ID: 1134992250 | 37.32 |
| 07/23 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 555.70 |
| 07/23 | American Express Settlement 5021111257      CCD ID: 1134992250 | 82.89 |
| 07/24 | Card Purchase Return    07/24 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 36.76 |
| 07/24 | Deposit | 799.00 |
| 07/24 | Deposit | 118.85 |
| 07/24 | Deposit | 97.10 |
| 07/24 | Deposit | 46.25 |
| 07/24 | Alliance Pmd    Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 13,198.50 |
| 07/24 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 700.40 |
| 07/24 | American Express Settlement 5021111257      CCD ID: 1134992250 | 50.13 |
| 07/25 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 600.30 |
| 07/26 | Deposit | 317.00 |
| 07/26 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,014.75 |
| 07/26 | American Express Settlement 5021111257      CCD ID: 1134992250 | 206.69 |
| 07/29 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,415.40 |
| 07/29 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,406.95 |
| 07/29 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 888.90 |
| 07/29 | American Express Settlement 5021111257      CCD ID: 1134992250 | 308.54 |
| 07/29 | American Express Settlement 5021111257      CCD ID: 1134992250 | 21.90 |
| 07/30 | Deposit | 1,362.00 |
| 07/30 | Deposit | 206.67 |
| 07/30 | Deposit | 98.75 |
| 07/30 | Deposit | 92.41 |
| 07/30 | Deposit | 86.10 |
| 07/30 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 237.80 |

Case 4:12-bk-08122-EWH    Doc 108    Filed 08/13/13    Entered 08/13/13 13:53:37    Desc
Main Document    Page 24 of 30

## DEPOSITS AND ADDITIONS   *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/30 | American Express Settlement 5021111257    CCD ID: 1134992250 | 91.67 |
| 07/31 | Paymentech     Deposit   5169720      CCD ID: 1020401225 | 764.90 |
| 07/31 | American Express Settlement 5021111257    CCD ID: 1134992250 | 144.94 |
| **Total Deposits and Additions** | | **$112,479.96** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 5611  ^ | | 07/25 | $325.00 |
| **Total Checks Paid** | | | **$325.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 07/01 | Card Purchase | 06/27 Elliot Electronic Suppl Tucson AZ Card 7783 | $45.11 |
| 07/01 | Card Purchase | 06/27 The X Factor Auction Carpentersvil IL Card 7783 | 94.55 |
| 07/01 | Card Purchase | 06/28 AZ Motor Vehicle Div 866-436-9533 AZ Card 7783 | 3.00 |
| 07/02 | Card Purchase | 07/01 Qt 1479      91014795 Tucson AZ Card 7783 | 45.75 |
| 07/02 | Card Purchase | 06/29 Wyndham Westwrd Grnrst Tucson AZ Card 7783 | 51.00 |
| 07/03 | Card Purchase | 07/02 Qt 1479      91014795 Tucson AZ Card 7783 | 37.50 |
| 07/03 | Card Purchase With Pin | 07/03 Jetro Holdings LLC Tucson AZ Card 1216 | 255.56 |
| 07/05 | Card Purchase | 07/03 Valero 1714 Tucson AZ Card 1216 | 49.93 |
| 07/05 | Card Purchase | 07/03 Pagos Pizzeria And Ital Sedona AZ Card 7783 | 90.00 |
| 07/05 | Recurring Card Purchase 07/04 Ameriprise Ins Auto ID 800-5352001 WI Card 1216 | | 603.00 |
| 07/08 | Card Purchase | 07/05 Att*Wi-Fi Services Wayport.Net TX Card 7783 | 19.95 |
| 07/08 | Card Purchase | 07/05 Shell Oil 57445118706 Flagstaff AZ Card 7783 | 80.35 |
| 07/08 | Card Purchase | 07/06 Valero 1714 Tucson AZ Card 1216 | 37.56 |
| 07/08 | Card Purchase | 07/07 Frys Fuel # 7103 Cottonwood AZ Card 7783 | 65.99 |
| 07/09 | Card Purchase | 07/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 69.99 |
| 07/10 | Card Purchase | 07/09 Protection 1 800-4384357 KS Card 1216 | 58.74 |
| 07/11 | Card Purchase With Pin  07/11 Jetro Holdings LLC Tucson AZ Card 1216 | | 198.12 |
| 07/15 | Card Purchase | 07/11 AZ Motor Vehicle Div 866-436-9533 AZ Card 7783 | 1.00 |
| 07/15 | Card Purchase | 07/11 Arizona Electric Motor Tuscon AZ Card 1216 | 477.45 |
| 07/15 | Card Purchase | 07/11 Carhistory.US.Org 855-482-6465 UT Card 8206 | 1.00 |
| 07/15 | Card Purchase | 07/12 Qt 1479      91014795 Tucson AZ Card 7783 | 83.00 |
| 07/15 | Card Purchase With Pin  07/15 Jetro Holdings LLC Tucson AZ Card 1216 | | 219.60 |
| 07/16 | Card Purchase | 07/15 Grand Canyon Janitorial Tucson AZ Card 1216 | 97.25 |
| 07/22 | Card Purchase | 07/19 Valero 1714 Tucson AZ Card 1216 | 39.72 |
| 07/22 | Card Purchase | 07/20 Circle K 03415 Tucson AZ Card 7783 | 58.75 |
| 07/22 | Recurring Card Purchase 07/20 Dtv*Directv Service 800-347-3288 CA Card 1216 | | 175.92 |
| 07/26 | Card Purchase With Pin  07/26 Jetro Holdings LLC Tucson AZ Card 1216 | | 90.70 |
| 07/29 | Card Purchase | 07/25 Univar USA Inc 999-9999999 WA Card 7783 | 499.42 |

Case 4:12-bk-08122-EWH    Doc 108    Filed 08/13/13    Entered 08/13/13 13:53:37    Desc
Main Document      Page 25 of 30


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/29 | Card Purchase | 07/26 Fedexoffice 00041947 Tucson AZ Card 1216 | 24.61 |
| 07/29 | Card Purchase | 07/27 Valero 1714 Tucson AZ Card 1216 | 36.23 |
| 07/29 | Card Purchase | 07/27 Qt 1479 91014795 Tucson AZ Card 7783 | 90.00 |
| 07/29 | Card Purchase With Pin | 07/27 Jetro Holdings LLC Tucson AZ Card 1216 | 210.16 |
| 07/29 | Card Purchase With Pin | 07/27 Qt 1493 Tucson AZ Card 1216 | 30.00 |
| 07/29 | Card Purchase | 07/28 Office Depot #824 Tuscon AZ Card 7783 | 32.15 |
| 07/29 | Card Purchase | 07/28 Walgreens #4764 Tucson AZ Card 7783 | 28.10 |
| 07/30 | Card Purchase | 07/28 AZ Motor Vehicle Div 866-436-9533 AZ Card 7783 | 1.00 |
| 07/31 | Card Purchase | 07/29 Valero 1714 Tucson AZ Card 1216 | 60.89 |
| **Total ATM & Debit Card Withdrawals** | | | **$4,063.05** |

## ATM & DEBIT CARD SUMMARY

**Patricia S Counts  Card 1216**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,735.43 |
| Total Card Deposits & Credits | $38.91 |

**James C Counts  Card 7783**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,326.62 |
| Total Card Deposits & Credits | $237.39 |

**James C Counts  Card 8206**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1.00 |
| Total Card Deposits & Credits | $0.00 |

**ATM & Debit Card Totals**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,063.05 |
| Total Card Deposits & Credits | $276.30 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01 | Compupay Billing Miramar AR 003 74361 CCD ID: 1592022495 | $121.12 |
| 07/02 | Compupay, Inc Tax Col 003074361 CCD ID: 1592022495 | 4,025.17 |
| 07/02 | Paymentech Fee 5169720 CCD ID: 1020401225 | 844.76 |
| 07/02 | Compupay, Inc Wc Debits 003-074361 CCD ID: 5592022495 | 289.13 |
| 07/03 | Rewards Network Settlement 24307-020527701 CCD ID: 9000009744 | 402.12 |
| 07/05 | Vz Wireless Vw E Check 4605707 Tel ID: 0000751800 | 140.72 |


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 07/09 | Republicservices Rsibillpay 308459999991   Web ID: 7860843596 | | 400.00 |
| 07/10 | Aflac      Insurance Rn430101713    CCD ID: 2580663085 | | 363.50 |
| 07/10 | Achlvr Visb    Bill Pymnt 8699257    Tel ID: 0000751800 | | 313.72 |
| 07/10 | Rewards Network  Settlement 24330-020539136 CCD ID: 9000009744 | | 233.42 |
| 07/11 | Aetna Sm Grp    Cip Sm Grp 84777481      CCD ID: 7066033492 | | 2,054.00 |
| 07/11 | Southwest Gas    Web     3613313880004   Web ID: 5880085720 | | 1,355.43 |
| 07/17 | Gwm-Chgo Mb     Payment   Gwm-1748      CCD ID: 3333306048 | | 9,042.75 |
| 07/17 | Compupay, Inc    Tax Col   003074361      CCD ID: 1592022495 | | 4,023.09 |
| 07/17 | Rewards Network  Settlement 24354-020550675 CCD ID: 9000009744 | | 351.10 |
| 07/17 | Compupay, Inc    Wc Debits 003-074361     CCD ID: 5592022495 | | 292.99 |
| 07/22 | Central Ins Cos  Insur Prem      PPD ID: 1344202560 | | 914.67 |
| 07/23 | Compupay Billing Miramar AR 003 74361     CCD ID: 1592022495 | | 118.59 |
| 07/24 | Rewards Network  Settlement 24379-020562192 CCD ID: 9000009744 | | 217.77 |
| 07/31 | Compupay, Inc    Tax Col   003074361      CCD ID: 1592022495 | | 3,931.68 |
| 07/31 | Rewards Network  Settlement 24404-020573779 CCD ID: 9000009744 | | 505.97 |
| 07/31 | Compupay, Inc    Wc Debits 003-074361     CCD ID: 5592022495 | | 281.19 |
| 07/31 | Compupay Billing Miramar AR 003 74361     CCD ID: 1592022495 | | 116.29 |
| **Total Electronic Withdrawals** | | | **$30,339.18** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 07/01 | List Posted Items Quantity | 9 | $7,059.08 |
| 07/02 | List Posted Items Quantity | 6 | 3,664.93 |
| 07/03 | List Posted Items Quantity | 8 | 3,814.27 |
| 07/05 | List Posted Items Quantity | 10 | 3,064.37 |
| 07/08 | List Posted Items Quantity | 4 | 524.37 |
| 07/09 | List Posted Items Quantity | 3 | 6,569.88 |
| 07/10 | List Posted Items Quantity | 3 | 3,173.16 |
| 07/11 | List Posted Items Quantity | 3 | 749.59 |
| 07/12 | Deposited Item Returned    NSF 1St    099007071            # of | | 1,084.00 |
|       | Items00001Ck#:0000003464               Dep Amt000000000108400Dep | | |
|       | Date071013Ck Amt0000108400                     Svc | | |
|       | Fee001200 | | |
| 07/12 | Deposit Item Returned Fee: 01 NSF 1St   099007071            # of | | 12.00 |
|       | Items00001Ck#:0000003464               Dep Amt000000000108400Dep | | |
|       | Date071013Ck Amt0000108400                     Svc | | |
|       | Fee001200 | | |
| 07/12 | List Posted Items Quantity | 2 | 742.72 |
| 07/15 | List Posted Items Quantity | 2 | 1,168.78 |
| 07/16 | List Posted Items Quantity | 6 | 3,878.10 |
| 07/17 | List Posted Items Quantity | 14 | 18,008.22 |
| 07/18 | List Posted Items Quantity | 3 | 1,275.00 |
| 07/19 | List Posted Items Quantity | 6 | 5,715.61 |
| 07/22 | List Posted Items Quantity | 2 | 88.94 |
| 07/23 | List Posted Items Quantity | 2 | 466.49 |
| 07/24 | List Posted Items Quantity | 2 | 704.59 |

Case 4:12-bk-08122-EWH     Doc 108     Filed 08/13/13     Entered 08/13/13 13:53:37     Desc
Main Document     Page 27 of 30


## FEES AND OTHER WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 07/26 | List Posted Items Quantity | 3 | 564.76 |
| 07/29 | List Posted Items Quantity | 5 | 3,365.16 |
| 07/31 | Service Fee | | 38.00 |
| **Total Fees & Other Withdrawals** | | | **$65,732.02** |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 295 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|
| 07/01 | $27,706.85 | 07/17 | 30,103.49 |
| 07/02 | 19,343.66 | 07/18 | 29,652.27 |
| 07/03 | 22,643.72 | 07/19 | 25,103.59 |
| 07/05 | 20,964.99 | 07/22 | 28,610.72 |
| 07/08 | 23,682.45 | 07/23 | 28,664.23 |
| 07/09 | 16,894.58 | 07/24 | 42,788.86 |
| 07/10 | 29,400.75 | 07/25 | 43,064.16 |
| 07/11 | 26,118.59 | 07/26 | 43,947.14 |
| 07/12 | 32,268.82 | 07/29 | 43,673.00 |
| 07/15 | 59,173.96 | 07/30 | 45,847.40 |
| 07/16 | 55,841.13 | 07/31 | 41,823.22 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00. Your average daily balance was $32,247.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $31,881.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $50.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 154 |
| Deposits / Credits | 103 |
| Deposited Items | 38 |
| **Transaction Total** | **295** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---:|
| Service Fee | $17.00 |
| Service Fee Credit | -$17.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $38.00 |

# Nimbus Brewing Company, LLC
# Profit & Loss
## July 2013

|  | Jul 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4010 · Wholesale (Wholesale) | |
| 4070 · Distributor (Wholesale Sales) | 67,012.30 |
| **Total 4010 · Wholesale (Wholesale)** | 67,012.30 |
| 4100 · Retail (Retail) | |
| 4104 · Wine | 351.00 |
| 4105 · Beer Sales (Beer) | |
| 4107 · Beer – Pints (Beer - Pints) | 12,426.68 |
| 4108 · Kegs Only | 1,180.00 |
| 4109 · Growlers Only | 444.00 |
| 4109.5 · Growler Refills | 1,004.00 |
| **Total 4105 · Beer Sales (Beer)** | 15,054.68 |
| 4110 · Food Income! (Food) | 18,054.35 |
| 4115 · Merchandise Income (Merchandise) | 1,004.40 |
| **Total 4100 · Retail (Retail)** | 34,464.43 |
| 4600 · Miscellaneous Income (Miscellaneous Income) | |
| 4603 · Cash Over/(Short) | -1.75 |
| **Total 4600 · Miscellaneous Income (Miscellaneous Income)** | -1.75 |
| **Total Income** | 101,474.98 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold (Cost of Goods Sold) | |
| 5100 · Beer Title (Beer) | |
| 5101 · Raw Materials-COGS (Raw Materials) | 9,042.75 |
| 5102 · Production Costs - Brewing (Production Costs - Brewing) | 319.60 |
| 5103 · Production Costs - Bottling (Production Costs - Bottling) | 500.00 |
| **Total 5100 · Beer Title (Beer)** | 9,862.35 |
| 5105 · Packaging-COGS (Packaging) | 6,497.00 |
| 5200 · Food-COGS-Expense (Food) | 9,059.38 |
| 5250 · Wine | 290.60 |
| 5300 · Merchandise-COGS (Merchandise) | 1,340.67 |
| 5900 · Excise Taxes (Excise Taxes) | |
| 5910 · State Excise Tax (AZ-835) (State Beer Tax) | 134.31 |
| **Total 5900 · Excise Taxes (Excise Taxes)** | 134.31 |
| **Total 5000 · Cost of Goods Sold (Cost of Goods Sold)** | 27,184.31 |
| **Total COGS** | 27,184.31 |
| **Gross Profit** | 74,290.67 |
| **Expense** | |
| 6000 · Payroll Expenses | |
| 6100 · Salaries & Wages (Salaries & Wages) | |
| 6100-10 · 100-Mgr Wages | 11,390.34 |
| 6100-20 · 200-brew wages | 4,211.66 |
| 6100-30 · 300-Bottle Wages | 2,789.12 |
| 6100-40 · 400-Tap Rm Wages | 2,551.43 |
| 6100-50 · 500-Maint Wages | 823.78 |
| 6100-70 · 700-Kitchen Wages | 5,986.03 |
| **Total 6100 · Salaries & Wages (Salaries & Wages)** | 27,752.36 |
| 6240 · Dental Insurance (Dental Insurance) | 139.19 |
| **Total 6000 · Payroll Expenses** | 27,891.55 |
| 7000 · Plant Expense (Plant Expense) | |
| 7010 · Rent (Rent) | 8,426.00 |

Case 4:12-bk-08122-EWH    Doc 108    Filed 08/13/13    Entered 08/13/13 13:53:37    Desc
Main Document    Page 29 of 30

# Nimbus Brewing Company, LLC
## Profit & Loss
### July 2013

|  | Jul 13 |
|---|---|
| 7100 · Electricity (Electricity) | 3,760.88 |
| 7130 · Water-Sewer-Garbage (Water-Sewer-Garbage) | 217.37 |
| 7320 · Repairs & Maintenance (Repairs & Maintenance) | 4,837.99 |
| 7330 · Kitchen | 100.28 |
| 7340 · Tap Room (Tap Room) | 840.72 |
| 7400 · Outside Services (Outside Services) | 122.43 |
| 7000 · Plant Expense (Plant Expense) - Other | 2,453.84 |
| **Total 7000 · Plant Expense (Plant Expense)** | **20,759.51** |
| 7600 · Marketing Expenses (Marketing Expenses) | |
| 7671 · In House Band (In House Band) | 1,496.00 |
| **Total 7600 · Marketing Expenses (Marketing Expenses)** | **1,496.00** |
| 8000 · General & Administrative (General & Administrative) | |
| 8020 · Auto Gas & Repair (Auto Gas & Repair) | 307.09 |
| 8070 · Miscellaneous (Miscellaneous) | 25.00 |
| 8085 · Computer and Web Expenses | 442.00 |
| 8100 · Postage & Freight (Postage & Freight) | 2,053.80 |
| 8200. · Taxes (Taxes) | |
| 8230 · State Sales Tax (State Taxes) | 2,628.56 |
| **Total 8200. · Taxes (Taxes)** | **2,628.56** |
| **Total 8000 · General & Administrative (General & Administrative)** | **5,456.45** |
| 9986 · Voided Check | 0.00 |
| **Total Expense** | **55,603.51** |
| **Net Ordinary Income** | **18,687.16** |
| **Net Income** | **18,687.16** |

Case 4:12-bk-08122-EWH    Doc 108    Filed 08/13/13    Entered 08/13/13 13:53:37    Desc
Main Document    Page 30 of 30