Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | )<br>) |
| NIMBUS BREWING COMPANY, LLC | )<br>)<br>) No. 4:12-bk-08122-EWH |
| | )<br>) (Chapter 11) |
| | ) |
| Debtor. | ) NOTICE OF FILING MONTHLY |
| | ) FINANCIAL REPORT - |
| | ) JUNE 2013 |
| _____ | ) |

NOTICE IS HEREBY GIVEN that on August 13, 2013, the Debtor, through the undersigned

counsel, filed the attached Monthly Operating Report for the period of June 2013, *for the Debtor Nimbus*

*Brewing Company, LLC.*

DATED August 13, 2013

THE LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*


/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed August 13, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003


/s/ IY Madrid

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re __NIMBUS BREWING COMPANY, LLC__ ,

*Debtor*

Case No. __4:12-bk-08122-JMM__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __June 2013__

Date filed: _____

Line of Business: __BREWERY__

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|  |  | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 115220.35

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 41226.49

Cash on Hand at End of Month $ 29802.51

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 29,802.51

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 126644.33

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 115220.35

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 126644.33

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** $ -11423.98

## EXHIBIT A

You may insert a brief statement here about when your tax return will be filed and/or when the payment of any taxes due will be made, as well as the source of the funds.

If your response is short, you may also insert the information directly onto page 2 of the monthly report form.

# EXHIBIT C

## EXPENSE DETAIL

June 2013

Account # 0345

Bank Name CHASE

| Cash/Electronic Payments | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | SEE ATTACHED | |
| | | | |
| | | Total Cash/Electronic Payments | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | SEE ATTACHED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total checks listed on this page | |
| | | | Total checks listed on continuation pages | |

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | |
|---|---|
| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | |
| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | |
| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | |

*This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B*

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

*June 2013*

# EXHIBIT B

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| | # 0345 | # | # | # | |
| Cash on Hand at Beginning of Month | 41226.40 | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 115220.35 | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach a list or details) | | | | | |
| | | | | | |
| TOTAL INCOME | 115220.35 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 126644.33 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 29802.51 | | | | |
|---|---|---|---|---|---|

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

June 2013

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-3-13 | AMAZON MKT | RETURN PURCHASE | 4.98 |
| | 6-3-13 | BISTRO | BEER PURCHASE | 80.00 |
| | 6-3-13 | DAILY | CASH | 249.49 |
| | 6-3-13 | DAILY | CASH | 217.25 |
| | 6-3-13 | DAILY | CASH | 169.35 |
| | 6-3-13 | DAILY | CASH | 124.82 |
| | 6-3-13 | DAILY | CASH | 92.05 |
| | 6-3-13 | PYMT TECH | CC SETTLEMENT | 56.53 |
| | 6-3-13 | PYMT TECH | CC SETTLEMENT | 1626.15 |
| | 6-3-13 | PYMT TECH | CC SETTLEMENT | 1401.35 |
| | 6-3-13 | PYMT TECH | CC SETTLEMENT | 1323.35 |
| | 6-3-13 | AM EXPRESS | SETTLEMENT | 238.88 |
| | 6-3-13 | AM EXPRESS | SETTLEMENT | 76.95 |
| | 6-4-13 | ALLIANCE | PYMENT | 7707.70 |
| | 6-4-13 | PYMT TECH | CC SETTLEMENT | 546.55 |
| | 6-4-13 | AM EXPRESS | SETTLEMENT | 44.87 |
| | 6-5-13 | ACE HARDWARD | PURCHASE RETURN | 23.34 |
| | 6-5-13 | ACE HARDWARE | PURCHASE RETURN | 19.09 |
| | 6-5-13 | PYMT TECH | CC SETTLEMENT | 505.55 |
| | 6-6-13 | BISTRO | BEER PURCHASE | 687.00 |
| | 6-6-13 | DAILY | CASH | 217.50 |
| | 6-6-13 | DAILY | CASH | 175.65 |
| | 6-6-13 | DAILY | CASH | 147.35 |
| | 6-6-13 | DAILY | CASH | 121.80 |
| | 6-6-13 | DAILY | CASH | 63.95 |
| | 6-6-13 | DAILY | CASH | 11.05 |
| | 6-6-13 | ALLIANCE | PYMENT | 35802.15 |

| | | | TOTAL CHECKS - THIS PAGE | 52653.60 |

# EXHIBIT C

June 2013

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-6-13 | PYMT TECH | CC SETTLEMENT | 628.55 |
| | 6-6-13 | AM EXPRESS | SETTLEMENT | 64.02 |
| | 6-7-13 | PYMT TECH | CC SETTLEMENT | 998.80 |
| | 6-7-13 | AM EXPRESS | SETTLEMENT | 259.23 |
| | 6-10-13 | PYMT TECH | CC SETTLEMENT | 1862.40 |
| | 6-10-13 | PYMT TECH | CC SETTLEMENT | 1794.25 |
| | 6-10-13 | PYMT TECH | CC SETTLEMENT | 1056.70 |
| | 6-10-13 | AM EXPRESS | SETTLEMENT | 223.14 |
| | 6-10-13 | AM EXPRESS | SETTLEMENT | 130.99 |
| | 6-11-13 | PYMT TECH | CC SETTLEMENT | 820.30 |
| | 6-11-13 | AM EXPRESS | SETTLEMENT | 101.71 |
| | 6-12-13 | PYMT TECH | CC SETTLEMENT | 190.30 |
| | 6-12-13 | AM EXPRESS | SETTLEMENT | 12.78 |
| | 6-13-13 | CASH | REIMBURSEMENT (ACCT) | 2000.00 |
| | 6-13-13 | DAILY | CASH | 196.22 |
| | 6-13-13 | DAILY | CASH | 163.95 |
| | 6-13-13 | DAILY | CASH | 160.45 |
| | 6-13-13 | DAILY | CASH | 133.00 |
| | 6-13-13 | DAILY | CASH | 125.35 |
| | 6-13-13 | DAILY | CASH | 66.45 |
| | 6-13-13 | PYMT TECH | CC SETTLEMENT | 80.10 |
| | 6-13-13 | AM EXPRESS | SETTLEMENT | 973.80 |
| | 6-14-13 | PYMT TECH | CC SETTLEMENT | 24.65 |
| | 6-14-13 | AM EXPRESS | SETTLEMENT | 962.55 |
| | 6-17-13 | PYMT TECH | CC SETTLEMENT | 86.36 |
| | 6-17-13 | PYMT TECH | CC SETTLEMENT | 1019.80 |
| | | | | 1492.05 |
| | | | **TOTAL CHECKS - THIS PAGE** | 16167.90 |

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

June 2013 

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-17-13 | PYMT TECH | CC SETTLEMENT | 1471.50 |
| | 6-17-13 | AM EXPRESS | SETTLEMENT | 99.39 |
| | 6-17-13 | AM EXPRESS | SETTLEMENT | 77.63 |
| | 6-18-13 | DAILY | CASH | 238.45 |
| | 6-18-13 | DAILY | CASH | 178.80 |
| | 6-18-13 | DAILY | CASH | 122.00 |
| | 6-18-13 | DAILY | CASH | 40.32 |
| | 6-18-13 | PYMT TECH | CC SETTLEMENT | 732.95 |
| | 6-18-13 | AM EXPRESS | SETTLEMENT | 86.07 |
| | 6-19-13 | ALLIANCE | PYMENT | 2043.60 |
| | 6-19-13 | PYMT TECH | CC SETTLEMENT | 468.70 |
| | 6-19-13 | AM EXPRESS | SETTLEMENT | 179.97 |
| | 6-20-13 | BISTRO BEER | BEER PURCHASE | 1787.00 |
| | 6-20-13 | DAILY | CASH | 135.20 |
| | 6-20-13 | DAILY | CASH | 107.09 |
| | 6-20-13 | DAILY | CASH | 50.00 |
| | 6-20-13 | PYMT TECH | CC SETTLEMENT | 815.55 |
| | 6-20-13 | AM EXPRESS | SETTLEMENT | 23.01 |
| | 6-21-13 | PYMT TECH | CC SETTLEMENT | 1472.05 |
| | 6-21-13 | AM EXPRESS | SETTLEMENT | 48.20 |
| | 6-24-13 | BISTRO BEER | BEER PURCHASE | 1061.00 |
| | 6-24-13 | DAILY | CASH | 384.10 |
| | 6-24-13 | DAILY | CASH | 278.20 |
| | 6-24-13 | DAILY | CASH | 148.90 |
| | 6-24-13 | DAILY | CASH | 39.85 |
| | 6-24-13 | ALLIANCE | PYMENT | 2869.95 |
| | 6-24-13 | PYMT TECH | CC SETTLEMENT | 2371.80 |

**TOTAL CHECKS - THIS PAGE** | 16931.61

3

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

June 2013

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-24-13 | PYMT TECH | CC SETTLEMENT | 1704.75 |
| | 6-24-13 | PYMT TECH | CC SETTLEMENT | 1273.50 |
| | 6-24-13 | AM EXPRESS | SETTLEMENT | 274.48 |
| | 6-25-13 | AMAZON MKT | PURCHASE RETURN | 184.48 |
| | 6-25-13 | AMAZON MKT | PURCHASE RETURN | 104.95 |
| | 6-25-13 | PYMT TECH | CC SETTLEMENT | 605.55 |
| | 6-25-13 | AM EXPRESS | SETTLEMENT | 23.83 |
| | 6-26-13 | GEYSER | POST PURCHASE | 16125.75 |
| | 6-26-13 | DAILY | CASH | 227.36 |
| | 6-26-13 | ALLIANCE | PYMENT | 5272.00 |
| | 6-26-13 | PYMT TECH | CC SETTLEMENT | 709.15 |
| | 6-26-13 | AM EXPRESS | SETTLEMENT | 1660.46 |
| | 6-27-13 | ISZYBILLIAR | PURCHASE RETURN | 3.89 |
| | 6-27-13 | PYMT TECH | CC SETTLEMENT | 576.60 |
| | 6-28-13 | BISTRO | BEER PURCHASE | 1215.00 |
| | 6-28-13 | PYMT TECH | CC SETTLEMENT | 1093.15 |
| | 6-28-13 | AM EXPRESS | SETTLEMENT | 104.07 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL CHECKS - THIS PAGE** | 29664.37 |

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

Account # 0345

Bank Name CHASE

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 32932 | 6-3-13 | | PAYROLL | 1061.44 |
| 32942 | 6-3-13 | | PAYROLL | 124.78 |
| 5532 | 6-3-13 | | PAYROLL | 193.45 |
| 32935 | 6-3-13 | | PAYROLL | 351.62 |
| 32940 | 6-3-13 | | PAYROLL | 279.92 |
| 32931 | 6-3-13 | | PAYROLL | 897.02 |
| 32943 | 6-3-13 | | PAYROLL | 567.17 |
| 32929 | 6-3-13 | AZ DEPT OF REV | TPT TAXES APRIL 2013 | 3463.89 |
| 32946 | 6-3-13 | | PAYROLL | 549.41 |
| 32945 | 6-3-13 | | PAYROLL | 535.29 |
| 32933 | 6-3-13 | | PAYROLL | 376.14 |
| 32944 | 6-3-13 | | PAYROLL | 886.35 |
| 5517 | 6-3-13 | JESUS SARMIENTO | CONTRACT LABOR | 200.00 |
| 32934 | 6-4-13 | | PAYROLL | 457.79 |
| 32938 | 6-4-13 | | PAYROLL | 333.37 |
| 5500 | 6-4-13 | SUPPLY/ONE | CASE BOXES | 3388.00 |
| 5511 | 6-4-13 | GRAINGER | SUPPLIES / MAINTENANCE | 219.00 |
| 5514 | 6-4-13 | PHX WELDING SUP | ARGON GAS TANK FILL | 93.49 |
| 32936 | 6-4-13 | | PAYROLL | 911.88 |
| 5506 | 6-4-13 | | PAYROLL | 221.25 |
| 5505 | 6-4-13 | LUIS ELIZALDE | CONTRACT LABOR LANDSCAP | 270.00 |
| 32947 | 6-4-13 | | PAYROLL | 690.55 |
| 32920 | 6-4-13 | | PAYROLL | 129.46 |
| 5507 | 6-4-13 | DIEGO ELIZALDE | CONTRACT LABOR/LANDSCAP | 555.00 |
| 5509 | 6-4-13 | TRULY NOLEN | PEST CONTROL | 975.00 |
| 5534 | 6-4-13 | | PAYROLL | 111.62 |
| 5470 | 6-4-13 | SUPPLY ONE | PACKING TAPE /CASE BOXES | 400.80 |
| | | | **TOTAL CHECKS - THIS PAGE** | 18267.70 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

June 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5513 | 6.4.13 | AZ DEPT OF REV | AZ $355 APRIL 13 | 132.38 |
| 5527 | 6.4.13 | STRD PRODUCE | KITCHEN 1 FOOD | 753.14 |
| 32939 | 6.4.13 | | PAYROLL | 103.68 |
| 5512 | 6.5.13 | FEDEX | SHIPPING | 119.79 |
| 5529 | 6.5.13 | WATER TEK | WATER TESTING | 24.00 |
| 5516 | 6.5.13 | PINNCL DIST | GUEST TAP / TAPROOM | 604.00 |
| 5508 | 6.6.13 | WHT LABS | YEAST BREW SUPPLY | 1428.99 |
| 32937 | 6.6.13 | | PAYROLL | 20.00 |
| 5528 | 6.6.13 | FASTENAL | REVERSE OSMOSIS REPAIR | 41.33 |
| 32941 | 6.6.13 | | PAYROLL | 75.15 |
| 32930 | 6.6.13 | | PAYROLL | 2786.02 |
| 5518 | 6.7.13 | KARL | CO2 REFILL | 112.80 |
| 5536 | 6.10.13 | CIS OUTWEST | LEASE PYMT | 8426.00 |
| 5538 | 6.10.13 | DAVE KUKLA | CONTRACT LABOR | 385.00 |
| 5533 | 6.10.13 | BOTTLE SHOP | GLASSWARE BOTTLES | 1363.00 |
| 5519 | 6.11.13 | JOHN ZENZU | REPYMT FOR SLURS PUMP | 100.00 |
| 5530 | 6.11.13 | DICKMANS DELI | FOOD KITCHEN | 779.00 |
| 5412 | 6.12.13 | SLUSHER | BATHROOM SUPPLIES | 434.15 |
| 5540 | 6.12.13 | PEPSI | SODA / TAPROOM | 187.65 |
| 5520 | 6.13.13 | HARBOR FREIGHT | WHEELS ROLLER / DOLLY | 11.87 |
| 5545 | 6.13.13 | CASH | CONSULTING SERVICES | 2000.00 |
| 5531 | 6.14.13 | US TRUSTEE | TRUSTEE PYMT | 900.00 |
| 5535 | 6.14.13 | Sunland Foods | FOOD / KITCHEN | 103.96 |
| 32960 | 6.17.13 | | PAYROLL | 354.94 |
| 32964 | 6.17.13 | | PAYROLL | 619.18 |
| 32966 | 6.17.13 | | PAYROLL | 436.18 |
| 5543 | 6.17.13 | TEP | ELECTRIC | 3004.11 |

TOTAL CHECKS - THIS PAGE 37515.37

2

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

June 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Checks

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | CHECKS ISSUED | |
| 32954 | 6-17-13 | | PAYROLL | 634.97 |
| 32950 | 6-17-13 | | PAYROLL | 197.75 |
| 5548 | 6-17-13 | SECURE DENTAL | INS PAYMT | 177.27 |
| 5547 | 6-17-13 | JESUS SAMANIEGO | PAYROLL AQUALLIZE | 100.00 |
| 5524 | 6-17-13 | KALIL | CO2 REFILL | 131.26 |
| 32960 | 6-17-13 | | PAYROLL | 583.50 |
| 5546 | 6-18-13 | ZOE GEROBAR | ADVERTISING | 500.00 |
| 5522 | 6-18-13 | SHAMROCK FOODS | KITCHEN 1 FOOD | 429X |
| 5556 | 6-18-13 | CHASE | PYMT | 338.47 |
| 5544 | 6-18-13 | HARBOR FREIGHT | ~TOOLS/KIT for beer | 228.93 |
| 32957 | 6-18-13 | | PAYROLL | 167.44 |
| 32965 | 6-18-13 | | PAY ROLL | 880.35 |
| 32952 | 6-18-13 | | PAYROLL | 1173.06 |
| 32951 | 6-18-13 | | PAYROLL | 893.62 |
| 5557 | 6-18-13 | BILLE GRACE | SHIPPING GRAIN | 917.00 |
| 32948 | 6-19-13 | | PAYROLL | 1986.07 |
| 5537 | 6-19-13 | US FOODS | FOOD/KITCHEN | 12524.22 |
| 32962 | 6-19-13 | | PAYROLL | 140.86 |
| 32968 | 6-19-13 | | PAYROLL | 573.61 |
| 32956 | 6-19-13 | | PAYROLL | 1071.29 |
| 5539 | 6-20-13 | BECKSTED MACHINE | EHLER PARTS | 120.00 |
| 32963 | 6-20-13 | | PAYROLL | 44.09 |
| 5559 | 6-21-13 | DIEGO ELIZALDE | CONTRACT LABOR / LANDS | 258.75 |
| 5549 | 6-21-13 | DEPT OF ALCOHOL | LIQUOR license | 71.00 |
| 5562 | 6-21-13 | KALIL | CO2 REFILL | 94.00 |
| 5558 | 6-21-13 | LUIS ELIZALDE | CONTRACT LABOR / LANDS | 318.00 |
| 5541 | 6-24-13 | KEGS CREDIT | KEGS PAYMNT | 2362.40 |
| | | | TOTAL CHECKS - THIS PAGE | 26,520.69 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

June 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Account # 0345

Bank Name CHASE

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5560 | 6-24-13 | | PAYROLL | 193.45 |
| 32961 | 6-24-13 | | PAYROLL | 111.53 |
| 32959 | 6-25-13 | | PAYROLL | 147.74 |
| 32955 | 6-25-13 | | PAYROLL | 73.24 |
| 32949 | 6-26-13 | | PAYROLL | 2786.02 |
| 5561 | 6-26-13 | AD DEPT OF REV | LIQUOR TAX | 162.80 |
| 5566 | 6-27-13 | FERGUSONS | PLUMBING SUPPLIES | 396.97 |
| 5563 | 6-28-13 | WASTE MGMT | TRASH/WASTE REMOVAL | 436.79 |
| 5565 | 6-28-13 | KALIL | CO2 REFILL | 84.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL CHECKS - THIS PAGE | 4327.14

4

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

June 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT CARD
WITH DRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-3-13 | AMAZON | BREWING What BOOK | 15.17 |
| | 6-3-13 | AMAZON MKT | FREEZER THERMOSTAT | 64.89 |
| | 6-3-13 | AMAZON MKT | Book for SPECIAL BREW | 277.92 |
| | 6-3-13 | AMAZON MKT | MICROBIOLOGY BOOK | 40.12 |
| | 6-3-13 | AMAZON MKT | HOPPS BOOK | 34.95 |
| | 6-3-13 | AMAZON MKT | JUMP DRIVE OFFICE | 5.70 |
| | 6-3-13 | AZ MOTOR VEHICLE | Lison Renual Red truck | 31.30 |
| | 6-3-13 | CITY ELEC SUPPLY | RELAY FOR KEG WASHER | 40.07 |
| | 6-3-13 | AMAZON MKT | ROUGH SURFACE VELCRO | 13.62 |
| | 6-4-13 | AMAZON MKT | BREW TECH BOOK | 131.94 |
| | 6-4-13 | AMAZON MKT | BEER QUALITY BOOK | 130.14 |
| | 6-4-13 | ENTERPRIZE CAR | RENTAL CAR/OCR CAR SHOP | 178.85 |
| | 6-4-13 | AAA MBR DUES | AAA RENEWAL | 145.00 |
| | 6-5-13 | AMAZON MKT | BREW & BODY SPANISH | 38.83 |
| | 6-5-13 | WALGREENS | WHITBOARD / DRY ERASE | 34.34 |
| | 6-5-13 | AMERPRISE | AUTO INSURANCE | 603.00 |
| | 6-6-13 | OFFICE MAX | OFFICE SUPPLIES | 82.13 |
| | 6-10-13 | SAMS CLUB | Co. TRUCK GAS | 84.04 |
| | 6-10-13 | SUPERIOR STEEL | FABRICATION | 381.33 |
| | 6-10-13 | VALERO | DELLIVERY TRUCK GAS | 40.75 |
| | 6-10-13 | CIRCLE L | SALES CAR GAS | 19.89 |
| | 6-10-13 | TRADER JOES | BREWING SPICES | 21.28 |
| | 6-10-13 | HAS | INTERNET | 69.99 |
| | 6-10-13 | FETRO | FOOD / KITCHEN | 26.18 |
| | 6-11-13 | PROTECTION ONE | ALARM SYSTEM | 58.74 |
| | 6-11-13 | MIKE COLEMAN | GLASS HYDROMETER | 29.41 |
| | 6-11-13 | COSTCO | KITCHEN / FOOD | 112.22 |

**TOTAL CHECKS - THIS PAGE** 2731.80

## EXHIBIT C

June 2013

### EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT CARD.
WITH DRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-12-13 | BVRG FACTORY | CO2 REGULATORS | 337.75 |
| | 6-12-13 | HOUSTON SURP | MILLIPORE DISPLAY PART | 30.00 |
| | 6-12-13 | NAWS PACK | SHIPPING | 300.00 |
| | 6-17-13 | VALERO | GAS CO CAR | 50.82 |
| | 6-17-13 | AUCTION EMPIRE | COMPRESSOR + PARTS | 425.43 |
| | 6-17-13 | OFFICE MAX | OFFICE SUPPLIES | 64.84 |
| | 6-17-13 | SALAMANCA | RELAYS | 20.35 |
| | 6-17-13 | ROMANOS | SALES MEETING | 38.00 |
| | 6-17-13 | QT | CO TRUCK GAS | 79.99 |
| | 6-19-13 | AUTO ZONE | CO TRUCK MAINTENANCE | 65.49 |
| | 6-19-13 | MASCARI | ARCH GUN TIPS | 39.18 |
| | 6-20-13 | TAP HANDLES LLC | TAP HANDLES | 1752.23 |
| | 6-20-13 | BREWERS SUPPLY | BREW HOUSE SUPPLIES | 2899.53 |
| | 6-20-13 | DIRECT TV | TAPROOM TVS | 175.92 |
| | 6-21-13 | OMEGA | POOL TABLE BALLS | 148.40 |  — 2 sets
| | 6-24-13 | VALERO | CO CAR GAS | 36.30 |
| | 6-24-13 | BIG DOG AUCTIONS | STAINLESS WELDER | 1165.58 |
| | 6-24-13 | XFACTOR | WELDING SUPPLIES | 7.08 |
| | 6-24-13 | BISON WITCHS | SALES LUNCH | 35.00 |
| | 6-24-13 | NAUGHTON | PLUMBING SUPPLIES | 14.24 |
| | 6-26-13 | XFACTOR | WELDING SUPPLIES | 139.24 |
| | 6-27-13 | XFACTOR | WELDING SUPPLIES | 23.74 |
| | 6-27-13 | BREWERS SUPPLY | BREWING SUPPLIES | 269.66 |
| | 6-27-13 | BREWERS SUPPLY | BREWING SUPPLIES | 255.98 |
| | 6-27-13 | BREWERS SUPPLY | BREWING SUPPLIES | 1748.62 |
| | 6-27-13 | BREWERS SUPPLY | BREWING SUPPLIES | 39.11 |
| | 6-27-13 | ISZY BILLIAR | POOL CUE REPAIR | 32.45 |
| | | | **TOTAL CHECKS - THIS PAGE** | 9694.93 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

June 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ATM+DEBIT CARDS
WITH DRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount | |
|---|---|---|---|---|---|
| | 6-27-13 | CINDI ETM | CUE TIPS | 8.99 | |
| | 6-27-13 | GAMEROOM GUY | TAPROOM POOL TABLE FIX | 21.59 | |
| | 6-27-13 | AC BILLIARDS | TAPROOM POOL TABLE SMALL | 50.00 | |
| | 6-27-13 | TSZY BILLIAR | CHALK POOL TABLES | 19.45 | |
| | 6-27-13 | MERLS AUTO | CO CAR REPAIR (LIGHT) | 9.40 | |
| | 6-27-13 | MERLS AUTO | CO CAR REPAIR (BULB) | 16.00 | |
| | 6-28-13 | MARKETPART | 12 CANS CARBON OFF | 200.63 | (KITCHEN) |
| | 6-28-13 | VALERO | GAS SALES CO CAR | 49.19 | |
| | 6-28-13 | Circle K | CO TRUCK GAS | 86.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TOTAL CHECKS - THIS PAGE | 455.25 |
|---|---|

3

June 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ELECTRIC WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-3-13 | COMPUPAY | PAYROLL TAXES | 4029.97 |
| | 6-3-13 | PYMT TECH | CC SETTLEMENT | 954.86 |
| | 6-3-13 | AT&T | CO CELL PHONE | 313.86 |
| | 6-3-13 | COMPUPAY | WORKMANS COMP PYMT | 272.47 |
| | 6-3-13 | COMPUPAY | PAYROLL | 113.99 |
| | 6-5-13 | REWARDS NETWORK | SETTLEMENT | 305.68 |
| | 6-12-13 | REWARDS NETWORK | SETTLEMENT | 318.92 |
| | 6-14-13 | STACY MENDOZA | CONSULTING SERVICES | 2000.00 |
| | 6-14-13 | VERIZON | CO PHONE | 152.84 |
| | 6-17-13 | COMPUPAY | TAXES PAYROLL | 4139.50 |
| | 6-17-13 | COMPUPAY | WORKMANS COMP | 285.28 |
| | 6-17-13 | COMPUPAY | BILLING | 126.46 |
| | 6-19-13 | REWARDS NET | SETTLEMENT | 344.82 |
| | 6-20-13 | SOUTHWEST GAS | GAS BILL | 2595.28 |
| | 6-20-13 | CENTRAL INS | INSURANCE PREM | 1829.34 |
| | 6-24-13 | STACY MENDOZA | CONSULTING SERVICES | 2500.00 |
| | 6-25-13 | AETNA | INSURANCE PREM | 2054.00 |
| | 6-25-13 | COX | TAPROOM TV'S | 678.74 |
| | 6-26-13 | DIRECT TV | TAPROOM TV'S | 790.82 |
| | 6-26-13 | REWARDS NETWORK | SETTLEMENT | 524.35 |
| | 6-27-13 | AFLAC | INS | 363.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL CHECKS - THIS PAGE** 24184.63

# Nimbus Brewing Company, LLC
## Profit & Loss
### June 2013

| | Jun 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4010 · Wholesale (Wholesale)** | |
| 4070 · Distributor (Wholesale Sales) | 68,814.07 |
| **Total 4010 · Wholesale (Wholesale)** | 68,814.07 |
| **4100 · Retail (Retail)** | |
| 4104 · Wine | 438.75 |
| **4105 · Beer Sales (Beer)** | |
| 4107 · Beer - Pints (Beer - Pints) | 14,524.07 |
| 4108 · Kegs Only | 930.00 |
| 4109 · Growlers Only | 750.00 |
| 4109.5 · Growler Refills | 836.00 |
| **Total 4105 · Beer Sales (Beer)** | 17,040.07 |
| 4110 · Food Income! (Food) | 21,336.84 |
| 4115 · Merchandise Income (Merchandise) | 1,290.40 |
| **Total 4100 · Retail (Retail)** | 40,106.06 |
| **4600 · Miscellaneous Income (Miscellaneous Income)** | |
| 4603 · Cash Over/(Short) | -81.75 |
| **Total 4600 · Miscellaneous Income (Miscellaneous Income)** | -81.75 |
| **Total Income** | 108,838.38 |
| **Cost of Goods Sold** | |
| **5000 · Cost of Goods Sold (Cost of Goods Sold)** | |
| **5100 · Beer Title (Beer)** | |
| 5102 · Production Costs - Brewing (Production Costs - Brewing) | 423.00 |
| **Total 5100 · Beer Title (Beer)** | 423.00 |
| 5105 · Packaging-COGS (Packaging) | 13,632.00 |
| 5200 · Food-COGS-Expense (Food) | 12,527.41 |
| 5251 · Beer Guest Tap | 600.00 |
| **Total 5000 · Cost of Goods Sold (Cost of Goods Sold)** | 27,182.41 |
| **Total COGS** | 27,182.41 |
| **Gross Profit** | 81,655.97 |
| **Expense** | |
| 0000 · Suspense | 5,630.02 |
| **6000 · Payroll Expenses** | |
| **6100 · Salaries & Wages (Salaries & Wages)** | |
| 6100-10 · 100-Mgr Wages | 11,296.49 |
| 6100-20 · 200-brew wages | 4,236.16 |
| 6100-30 · 300-Bottle Wages | 2,142.40 |
| 6100-40 · 400-Tap Rm Wages | 2,750.21 |
| 6100-70 · 700-Kitchen Wages | 6,326.29 |
| **Total 6100 · Salaries & Wages (Salaries & Wages)** | 26,751.55 |
| 6240 · Dental Insurance (Dental Insurance) | 177.27 |
| **Total 6000 · Payroll Expenses** | 26,928.82 |
| **7000 · Plant Expense (Plant Expense)** | |
| 7010 · Rent (Rent) | 8,426.00 |
| 7100 · Electricity (Electricity) | 3,004.11 |
| 7130 · Water-Sewer-Garbage (Water-Sewer-Garbage) | 430.79 |
| 7320 · Repairs & Maintenance (Repairs & Maintenance) | 1,816.80 |
| 7330 · Kitchen | 264.00 |
| 7340 · Tap Room (Tap Room) | 1,301.22 |
| 7400 · Outside Services (Outside Services) | 383.74 |
| 7000 · Plant Expense (Plant Expense) - Other | 7,195.30 |
| **Total 7000 · Plant Expense (Plant Expense)** | 22,821.96 |

# Nimbus Brewing Company, LLC
## Profit & Loss
### June 2013

|  | Jun 13 |
|---|---:|
| 7600 · Marketing Expenses (Marketing Expenses) | |
| 7640 · Other Promotional (Other Promotional) | 200.00 |
| 7671 · In House Band (In House Band) | 2,202.00 |
| 7600 · Marketing Expenses (Marketing Expenses) - Other | 2,252.23 |
| **Total 7600 · Marketing Expenses (Marketing Expenses)** | 4,654.23 |
| 8000 · General & Administrative (General & Administrative) | |
| 8020 · Auto Gas & Repair (Auto Gas & Repair) | |
| 8021 · Insurance | 603.00 |
| 8020 · Auto Gas & Repair (Auto Gas & Repair) - Other | 891.37 |
| **Total 8020 · Auto Gas & Repair (Auto Gas & Repair)** | 1,494.37 |
| 8060 · Membership & Dues (Membership & Dues) | 145.00 |
| 8080 · Office Supplies (Office Supplies) | 146.97 |
| 8085 · Computer and Web Expenses | 69.99 |
| 8100 · Postage & Freight (Postage & Freight) | 1,496.45 |
| 8140 · Licenses and Permits (Licenses and Permits) | 205.10 |
| 8200. · Taxes (Taxes) | |
| 8230 · State Sales Tax (State Taxes) | 3,395.49 |
| **Total 8200. · Taxes (Taxes)** | 3,395.49 |
| **Total 8000 · General & Administrative (General & Administrative)** | 6,953.37 |
| 9986 · Voided Check | 0.00 |
| **Total Expense** | 66,988.40 |
| **Net Ordinary Income** | 14,667.57 |
| **Net Income** | **14,667.57** |

# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

June 01, 2013 through June 28, 2013

Account Number: 0345

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

||.|..|.|.|.|..|.|..||..|.|..|.|.|..||..|..|.|..|.|||.|..|.|..||
00019614 DRE 601 211 16013 NNNNNNNNNN 1 000000000 63 0000
NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

## We're clarifying a transaction and fee description

We're clarifying a transaction and fee description that we use on account statements and online activity.
Starting July 22, 2013, if you cash a check and it's returned to us without being paid, we will identify:
- The transaction as **Cashed Check Returned**, and
- The related fee as Cashed Check Returned Fee (not all checking products are charged a fee for this transaction but for those that are, this fee will still be $12).

**This is not a new transaction type or fee** , just a clearer description of this type of account activity. Today, we describe both deposited and cashed items that are returned to us without being paid as Deposited Item Returned. After July 22, we will use this description only for deposited checks that are returned.

All of the terms and conditions of your account remain the same. If you have questions, please call us toll-free at the number on this statement or visit any Chase branch.

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$41,226.49** |
| Deposits and Additions | 98 | 115,220.35 |
| Checks Paid | 2 | - 509.77 |
| ATM & Debit Card Withdrawals | 63 | - 12,881.71 |
| Electronic Withdrawals | 21 | - 24,694.63 |
| Fees and Other Withdrawals | 21 | - 88,558.22 |
| **Ending Balance** | **205** | **$29,802.51** |

*[handwritten: 156446.84]*
*[handwritten: $126644.33]*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Card Purchase Return    05/31 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | $4.98 |
| 06/03 | Deposit | 801.00 |
| 06/03 | Deposit | 249.49 |
| 06/03 | Deposit | 217.25 |
| 06/03 | Deposit | 169.25 |
| 06/03 | Deposit | 124.82 |
| 06/03 | Deposit | 92.05 |



CHASE ⬛

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Deposit | 56.53 |
| 06/03 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,626.15 |
| 06/03 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,401.35 |
| 06/03 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,323.35 |
| 06/03 | American Express Settlement 5021111257 CCD ID: 1134992250 | 238.88 |
| 06/03 | American Express Settlement 5021111257 CCD ID: 1134992250 | 76.95 |
| 06/04 | Alliance Pmd Payment Abd1-Abd1200000 CCD ID: 9000000052 | 7,707.70 |
| 06/04 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 546.55 |
| 06/04 | American Express Settlement 5021111257 CCD ID: 1134992250 | 44.87 |
| 06/05 | Card Purchase Return 06/04 Ace Hardware Tucson AZ Card 7783 | 23.34 |
| 06/05 | Card Purchase Return 06/04 Ace Hardware Tucson AZ Card 7783 | 19.09 |
| 06/05 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 505.55 |
| 06/06 | Deposit | 687.00 |
| 06/06 | Deposit | 217.50 |
| 06/06 | Deposit | 175.65 |
| 06/06 | Deposit | 147.35 |
| 06/06 | Deposit | 121.80 |
| 06/06 | Deposit | 63.95 |
| 06/06 | Deposit | 11.05 |
| 06/06 | Alliance Pmd Payment Abd1-Abd1200000 CCD ID: 9000000052 | 35,802.15 |
| 06/06 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 628.55 |
| 06/06 | American Express Settlement 5021111257 CCD ID: 1134992250 | 64.02 |
| 06/07 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 998.80 |
| 06/07 | American Express Settlement 5021111257 CCD ID: 1134992250 | 259.23 |
| 06/10 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,862.40 |
| 06/10 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,794.25 |
| 06/10 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,056.70 |
| 06/10 | American Express Settlement 5021111257 CCD ID: 1134992250 | 223.14 |
| 06/10 | American Express Settlement 5021111257 CCD ID: 1134992250 | 130.99 |
| 06/11 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 820.30 |
| 06/11 | American Express Settlement 5021111257 CCD ID: 1134992250 | 101.71 |
| 06/12 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 190.30 |
| 06/12 | American Express Settlement 5021111257 CCD ID: 1134992250 | 12.78 |
| 06/13 | Deposit 466846827 | 2,000.00 |
| 06/13 | Deposit | 196.22 |
| 06/13 | Deposit | 163.95 |
| 06/13 | Deposit | 160.45 |
| 06/13 | Deposit 1154344249 | 133.00 |
| 06/13 | Deposit | 125.35 |
| 06/13 | Deposit | 66.45 |
| 06/13 | Deposit | 20.10 |
| 06/13 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 973.80 |
| 06/13 | American Express Settlement 5021111257 CCD ID: 1134992250 | 24.65 |
| 06/14 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 962.55 |
| 06/14 | American Express Settlement 5021111257 CCD ID: 1134992250 | 86.36 |
| 06/17 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,619.80 |
| 06/17 | Paymentech Deposit 5169720 CCD ID: 1020401225 | 1,492.05 |

Case 4:12-bk-08122-EWH   Doc 109   Filed 08/13/13   Entered 08/13/13 13:55:31   Desc
Main Document   Page 22 of 28


## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/17 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 1,471.50 |
| 06/17 | American Express Settlement 5021111257        CCD ID: 1134992250 | 99.39 |
| 06/17 | American Express Settlement 5021111257        CCD ID: 1134992250 | 77.63 |
| 06/18 | Deposit | 238.45 |
| 06/18 | Deposit | 178.80 |
| 06/18 | Deposit | 122.00 |
| 06/18 | Deposit | 40.32 |
| 06/18 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 732.95 |
| 06/18 | American Express Settlement 5021111257        CCD ID: 1134992250 | 86.07 |
| 06/19 | Alliance Pmd      Payment    Abd1-Abd1200000 CCD ID: 9000000052 | 2,043.60 |
| 06/19 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 468.70 |
| 06/19 | American Express Settlement 5021111257        CCD ID: 1134992250 | 179.97 |
| 06/20 | Deposit | 1,787.00 |
| 06/20 | Deposit | 135.20 |
| 06/20 | Deposit | 107.09 |
| 06/20 | Deposit | 50.00 |
| 06/20 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 815.55 |
| 06/20 | American Express Settlement 5021111257        CCD ID: 1134992250 | 23.01 |
| 06/21 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 1,472.65 |
| 06/21 | American Express Settlement 5021111257        CCD ID: 1134992250 | 48.20 |
| 06/24 | Deposit | 661.00 |
| 06/24 | Deposit | 384.10 |
| 06/24 | Deposit | 278.20 |
| 06/24 | Deposit | 148.90 |
| 06/24 | Deposit | 39.85 |
| 06/24 | Alliance Pmd      Payment    Abd1-Abd1200000 CCD ID: 9000000052 | 2,869.95 |
| 06/24 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 2,371.80 |
| 06/24 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 1,704.75 |
| 06/24 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 1,273.50 |
| 06/24 | American Express Settlement 5021111257        CCD ID: 1134992250 | 274.48 |
| 06/25 | Card Purchase Return    06/24 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 184.48 |
| 06/25 | Card Purchase Return    06/24 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 104.95 |
| 06/25 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 605.55 |
| 06/25 | American Express Settlement 5021111257        CCD ID: 1134992250 | 23.83 |
| 06/26 | Deposit | 16,125.75 |
| 06/26 | Deposit | 227.36 |
| 06/26 | Alliance Pmd      Payment    Abd1-Abd1200000 CCD ID: 9000000052 | 5,272.00 |
| 06/26 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 709.15 |
| 06/26 | American Express Settlement 5021111257        CCD ID: 1134992250 | 166.46 |
| 06/27 | Card Purchase Return    06/26 Paypal *Iszybilliar 4029357733 MA Card 7783 | 3.89 |
| 06/27 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 576.60 |
| 06/28 | Deposit | 1,215.00 |
| 06/28 | Paymentech      Deposit   5169720        CCD ID: 1020401225 | 1,093.15 |
| 06/28 | American Express Settlement 5021111257        CCD ID: 1134992250 | 104.07 |

**Total Deposits and Additions**     **$115,220.35**


# CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5518  ^ | | 06/07 | $112.80 |
| 5566  * ^ | | 06/27 | 396.97 |
| **Total Checks Paid** | | | **$509.77** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/03 | Card Purchase | 06/01 Amazon.Com Amzn.Com/Bill WA Card 7783 | $15.17 |
| 06/03 | Card Purchase | 05/31 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 64.89 |
| 06/03 | Card Purchase | 06/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 277.92 |
| 06/03 | Card Purchase | 06/02 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 40.12 |
| 06/03 | Card Purchase | 06/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 34.95 |
| 06/03 | Card Purchase | 05/31 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 5.70 |
| 06/03 | Card Purchase | 05/31 AZ Motor Vehicle Div 866-436-9533 AZ Card 1216 | 31.30 |
| 06/03 | Card Purchase | 05/31 City Electric Supply#37 Tucson AZ Card 1216 | 40.07 |
| 06/03 | Card Purchase | 06/01 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 13.62 |
| 06/04 | Card Purchase | 06/04 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 151.94 |
| 06/04 | Card Purchase | 06/04 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 130.14 |
| 06/04 | Card Purchase | 06/03 Enterprise Rent-A-Car Tucson AZ Card 7783 | 178.85 |
| 06/04 | Recurring Card Purchase 06/03 Aaa Arizona Mbr Dues 602-274-1116 AZ Card 1216 | | 145.00 |
| 06/05 | Card Purchase | 06/04 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7783 | 38.83 |
| 06/05 | Card Purchase | 06/04 Walgreens #6645 Tucson AZ Card 7783 | 34.34 |
| 06/05 | Recurring Card Purchase 06/04 Ameriprise Ins Auto ID 800-5352001 WI Card 1216 | | 603.00 |
| 06/06 | Card Purchase | 06/05 Office Max Tucson AZ Card 1216 | 82.13 |
| 06/10 | Card Purchase | 06/07 Samsclub 6692 Gas Tucson AZ Card 7783 | 84.04 |
| 06/10 | Card Purchase | 06/07 Superior Steel Supply 520-6236318 AZ Card 7783 | 381.33 |
| 06/10 | Card Purchase | 06/07 Valero 1714 Tucson AZ Card 1216 | 40.75 |
| 06/10 | Card Purchase | 06/08 Circle K 03415 Tucson AZ Card 7783 | 19.89 |
| 06/10 | Card Purchase | 06/08 Trader Joe's #095  Qps Tucson AZ Card 7783 | 21.28 |
| 06/10 | Card Purchase | 06/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 69.99 |
| 06/10 | Card Purchase With Pin  06/10 Jetro Holdings LLC Tucson AZ Card 1216 | | 26.18 |
| 06/11 | Card Purchase | 06/10 Protection 1 800-4384357 KS Card 1216 | 58.74 |
| 06/11 | Card Purchase | 06/10 Paypal *Mikecoleman 402-935-7733 CA Card 7783 | 29.41 |
| 06/11 | Card Purchase With Pin  06/11 Costco Whse #0407 Tucson AZ Card 1216 | | 112.22 |
| 06/12 | Card Purchase | 06/10 Paypal *Bvrgfactory 402-935-7733 CA Card 7783 | 337.75 |
| 06/12 | Card Purchase | 06/10 Paypal *Houstonsurp 402-935-7733 CA Card 7783 | 30.00 |
| 06/12 | Card Purchase | 06/11 Navis Pack And Ship Cen Etobicoke On Card 1216 | 300.00 |
| 06/17 | Card Purchase | 06/13 Valero 1714 Tucson AZ Card 7783 | 50.82 |
| 06/17 | Card Purchase | 06/15 Auction Empire 480-256-1400 AZ Card 7783 | 425.43 |
| 06/17 | Card Purchase | 06/14 Office Max Tucson AZ Card 1216 | 64.84 |
| 06/17 | Card Purchase | 06/15 Salamanca Auctions 818-5481040 CA Card 7783 | 20.35 |



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/17 | Card Purchase | 06/15 Romanos 1163 Tucson AZ Card 7783 | 38.00 |
| 06/17 | Card Purchase | 06/15 Qt 1479     91014795 Tucson AZ Card 7783 | 79.99 |
| 06/17 | Card Purchase With Pin | 06/17 Autozone 2740 5609 E Tucson AZ Card 1216 | 65.49 |
| 06/19 | Card Purchase | 06/17 Mascari Auction CO 317-3000348 IN Card 7783 | 39.18 |
| 06/20 | Card Purchase | 06/18 Taphandles LLC 206-462-6800 WA Card 1216 | 1,752.23 |
| 06/20 | Card Purchase | 06/19 Brewers Supply Group 800-3742739 MN Card 1216 | 2,399.53 |
| 06/20 | Recurring Card Purchase | 06/20 Dtv*Directv Service 800-347-3288 CA Card 1216 | 175.92 |
| 06/21 | Card Purchase | 06/20 Omega Auction Corp 786-444-4997 FL Card 7783 | 148.40 |
| 06/24 | Card Purchase | 06/20 Valero 1714 Tucson AZ Card 1216 | 36.03 |
| 06/24 | Card Purchase | 06/22 Big Dog Auctions 937-416-6335 OH Card 7783 | 1,165.58 |
| 06/24 | Card Purchase | 06/22 The X Factor Auction Carpentersvil IL Card 7783 | 7.08 |
| 06/24 | Card Purchase | 06/22 Bison Witches Bar And Tucson AZ Card 7783 | 35.00 |
| 06/24 | Card Purchase | 06/22 Naughton Plumbing Sales Tucson AZ Card 7783 | 14.24 |
| 06/26 | Card Purchase | 06/24 The X Factor Auction Carpentersvil IL Card 7783 | 139.24 |
| 06/27 | Card Purchase | 06/25 The X Factor Auction Carpentersvil IL Card 7783 | 23.74 |
| 06/27 | Card Purchase | 06/26 Brewers Supply Group 800-3742739 MN Card 1216 | 269.66 |
| 06/27 | Card Purchase | 06/26 Brewers Supply Group 800-3742739 MN Card 1216 | 255.98 |
| 06/27 | Card Purchase | 06/26 Brewers Supply Group 800-3742739 MN Card 1216 | 1,748.62 |
| 06/27 | Card Purchase | 06/26 Brewers Supply Group 800-3742739 MN Card 1216 | 39.11 |
| 06/27 | Card Purchase | 06/26 Paypal *Iszybilliar 402-935-7733 MA Card 7783 | 32.45 |
| 06/27 | Card Purchase | 06/26 Paypal *Cindiem26 402-935-7733 CA Card 7783 | 8.99 |
| 06/27 | Card Purchase | 06/26 Paypal *Gameroomguy 402-935-7733 MI Card 7783 | 21.59 |
| 06/27 | Card Purchase | 06/26 Paypal *Acbilliards 402-935-7733 CA Card 7783 | 50.00 |
| 06/27 | Card Purchase | 06/26 Paypal *Iszybilliar 402-935-7733 MA Card 7783 | 19.45 |
| 06/27 | Card Purchase | 06/26 Merle's Auto Supply Tucson AZ Card 7783 | 9.40 |
| 06/27 | Card Purchase | 06/26 Merle's Auto Supply Tucson AZ Card 7783 | 10.00 |
| 06/28 | Card Purchase | 06/26 Paypal *Marketpartn 402-935-7733 UT Card 7783 | 200.63 |
| 06/28 | Card Purchase | 06/26 Valero 1714 Tucson AZ Card 1216 | 49.19 |
| 06/28 | Card Purchase | 06/27 Circle K 01796 Tucson AZ Card 7783 | 86.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$12,881.71** |

## ATM & DEBIT CARD SUMMARY

**Patricia S Counts  Card 1216**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $8,416.80 |
| Total Card Deposits & Credits | $0.00 |

**James C Counts  Card 7783**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,464.91 |
| Total Card Deposits & Credits | $340.73 |

ATM & Debit Card Totals


| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $12,881.71 |
| Total Card Deposits & Credits | $340.73 |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/03 | Compupay, Inc   Tax Col   003074361        CCD ID: 1592022495 | $4,029.97 |
| 06/03 | Paymentech        Fee     5169720        CCD ID: 1020401225 | 954.86 |
| 06/03 | Achivr Visb      Bill Pymnt 6062433      Tel ID: 0000751800 | 313.86 |
| 06/03 | Compupay, Inc   Wc Debits 003-074361       CCD ID: 5592022495 | 272.47 |
| 06/03 | Compupay Billing Miramar AR 003 74361       CCD ID: 1592022495 | 113.99 |
| 06/05 | Rewards Network  Settlement 24204-020481157 CCD ID: 9000009744 | 305.68 |
| 06/12 | Rewards Network  Settlement 24230-020492730 CCD ID: 9000009744 | 318.92 |
| 06/14 | 06/14 Fedwire Debit Via: Citibank/113193532 A/C: Stacy Melgoza Deleon Imad: 0614B1Qgc03C001170 Trn: 3065100165Es | 2,000.00 |
| 06/14 | Vz Wireless Vw   E Check   0138136        Tel ID: 0000751800 | 152.84 |
| 06/17 | Compupay, Inc   Tax Col   003074361        CCD ID: 1592022495 | 4,139.50 |
| 06/17 | Compupay, Inc   Wc Debits 003-074361       CCD ID: 5592022495 | 285.23 |
| 06/17 | Compupay Billing Miramar AR 003 74361       CCD ID: 1592022495 | 126.46 |
| 06/19 | Rewards Network  Settlement 24254-020504324 CCD ID: 9000009744 | 344.82 |
| 06/20 | Southwest Gas    Web      3613313880004   Web ID: 5880085720 | 2,595.28 |
| 06/20 | Central Ins Cos  Insur Prem            PPD ID: 1344202560 | 1,829.34 |
| 06/24 | 06/24 Fedwire Debit Via: Citibank/113193532 A/C: Stacy Melgoza Deleon Imad: 0624B1Qgc02C003929 Trn: 4393700175Es | 2,500.00 |
| 06/25 | Aetna Sm Grp     Cip Sm Grp 84777481       CCD ID: 7066033492 | 2,054.00 |
| 06/25 | Cox Enterprises  Broadband 9202407       Web ID: 0000178541 | 678.74 |
| 06/26 | Directv          Directv   1971868       Tel ID: 0000035774 | 790.82 |
| 06/26 | Rewards Network  Settlement 24280-020515909 CCD ID: 9000009744 | 524.35 |
| 06/27 | Aflac            Insurance  Rn430700237   CCD ID: 2580663085 | 363.50 |
| **Total Electronic Withdrawals** | | **$24,694.63** |

# FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 06/03 | List Posted Items Quantity | 14 | $11,235.68 |
| 06/04 | List Posted Items Quantity | 17 | 9,777.02 |
| 06/05 | List Posted Items Quantity | 3 | 743.79 |
| 06/06 | List Posted Items Quantity | 5 | 4,351.49 |
| 06/10 | List Posted Items Quantity | 3 | 22,383.00 |
| 06/11 | List Posted Items Quantity | 2 | 879.00 |
| 06/12 | List Posted Items Quantity | 2 | 621.80 |
| 06/13 | List Posted Items Quantity | 2 | 2,011.87 |
| 06/14 | Outgoing Domestic Wire Fee | | 30.00 |
| 06/14 | List Posted Items Quantity | 2 | 1,003.96 |
| 06/17 | List Posted Items Quantity | 11 | 6,833.70 |
| 06/18 | List Posted Items Quantity | 9 | 5,131.25 |
| 06/19 | List Posted Items Quantity | 5 | 16,296.05 |
| 06/20 | List Posted Items Quantity | 2 | 164.09 |

Case 4:12-bk-08122-EWH    Doc 109    Filed 08/13/13    Entered 08/13/13 13:55:31    Desc
Main Document        Page 26 of 28



## FEES AND OTHER WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/21 | List Posted Items Quantity | 4 | 741.75 |
| 06/24 | Outgoing Domestic Wire Fee | | 30.00 |
| 06/24 | List Posted Items Quantity | 3 | 2,667.38 |
| 06/25 | List Posted Items Quantity | 2 | 220.98 |
| 06/26 | List Posted Items Quantity | 2 | 2,888.82 |
| 06/28 | Service Fee | | 31.20 |
| 06/28 | List Posted Items Quantity | 2 | 515.39 |
| **Total Fees & Other Withdrawals** | | | **$88,558.22** |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 278 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 06/03 | $30,163.97 | 06/17 | 34,356.15 |
| 06/04 | 28,080.14 | 06/18 | 30,623.49 |
| 06/05 | 26,902.48 | 06/19 | 16,635.71 |
| 06/06 | 60,387.88 | 06/20 | 10,637.17 |
| 06/07 | 61,533.11 | 06/21 | 11,267.87 |
| 06/10 | 43,574.13 | 06/24 | 14,819.09 |
| 06/11 | 43,416.77 | 06/25 | 12,784.18 |
| 06/12 | 42,011.38 | 06/26 | 30,941.67 |
| 06/13 | 43,863.48 | 06/27 | 28,272.70 |
| 06/14 | 41,725.59 | 06/28 | 29,802.51 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $34,047.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $34,454.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $91.20.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 176 |
| Deposits / Credits | 92 |
| Deposited Items | 10 |
| **Transaction Total** | **278** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |


## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $31.20 |
| **Total Service Fees** | **$31.20** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $6,179.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$6,179.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

Case 4:12-bk-08122-EWH    Doc 109    Filed 08/13/13    Entered 08/13/13 13:55:31    Desc
Main Document    Page 28 of 28