Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NIMBUS BREWING COMPANY, LLC,<br><br><br>    Debtor. | No. 4:12-bk-08122-EWH<br><br>**NOTICE OF LODGING PROPOSED ORDER**<br><br>re: ORDER CONTINUING CONFIRMATION HEARING |

Notice is hereby given that the Debtor has lodged the attached proposed Order with the Court.

DATED October 18, 2013.

                                      *THE LAW OFFICES OF*
                                      *ERIC SLOCUM SPARKS, P.C.*


                                      /s/ Sparks AZBAR #11726
                                      Eric Slocum Sparks
                                      Attorney for Debtor

COPIES of the foregoing
mailed/faxed/delivered October 18, 2013 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Isaac M. Gabriel, Esq.
Quarles & Brady, LLP
Renaissance One
Two N. Central Ave.
Phoenix, AZ 85004
Attorney for Rewards Network

Grant Winston, Esq.
Deputy County Attorney

| | |
|---|---|
| 1 | Pima County Attorney's Office<br>32 N. Stone, #2100 |
| 2 | Tucson, AZ 85701<br>Attorney for Pima County |
| 3 | |
| 4 | Gregory E. Good, Esq.<br>Good Law, P.C. |
| 5 | 3430 E. Sunrise Dr. #170<br>Tucson, AZ 85718 |
| 6 | Attorney for Login, Inc |
| 7 | |
| 8 | /s/ A. Court-Sanchez |