Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) <br> ) <br> NIMBUS BREWING COMPANY, LLC, ) <br> ) <br> ) <br> Debtor. ) <br> ) <br> ) | No. 4:12-bk-08122-EWH <br><br> (Chapter 11) <br><br> ORDER CONTINUING CONFIRMATION HEARING |

THIS MATTER HAVING come before the Court on Debtors motion to continue the confirmation hearing on the debtor's First Amended Plan of Reorganization currently set for October 22, 2013 at 1:30 p.m. to a date and time convenient to the Court's calendar and good cause appearing;

IT IS THEREFORE ORDERED that the Debtor's Motion to Continue the Confirmation Hearing on Debtor's First Amended Plan of Reorganization is GRANTED and the hearing on confirmation of the Debtor's First Amended Plan of Reorganization is continued to **Tuesday, January 7, 2013, at 2:30 p.m.**

DATED, SIGNED AND ORDERED ABOVE

- 1 -