| | |
|---|---|
| 1 | Eric Slocum Sparks<br>Arizona State Bar No. 11726 |
| 2 | LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.<br>110 South Church Avenue #2270 |
| 3 | Tucson, Arizona 85701<br>Telephone (520) 623-8330 |
| 4 | Facsimile (520) 623-9157<br>eric@ericslocumsparkspc.com |

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:  )
)
NIMBUS BREWING COMPANY, LLC,  )   No. 4:12-bk-08122-EWH
)
)   **NOTICE OF LODGING PROPOSED**
)   **ORDER**
Debtor.  )
)   re: ORDER CONTINUING CONFIRMATION
)   HEARING
)
)

Notice is hereby given that the Debtor has lodged the attached proposed Order with the Court.

DATED October 18, 2013.

*THE LAW OFFICES OF*
*ERIC SLOCUM SPARKS, P.C.*


/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed/faxed/delivered October 18, 2013 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Isaac M. Gabriel, Esq.
Quarles & Brady, LLP
Renaissance One
Two N. Central Ave.
Phoenix, AZ 85004
Attorney for Rewards Network

Grant Winston, Esq.
Deputy County Attorney

| 1 | Pima County Attorney's Office |
| --- | --- |
| | 32 N. Stone, #2100 |
| 2 | Tucson, AZ 85701 |
| | Attorney for Pima County |
| 3 | |
| | Gregory E. Good, Esq. |
| 4 | Good Law, P.C. |
| | 3430 E. Sunrise Dr. #170 |
| 5 | Tucson, AZ 85718 |
| | Attorney for Login, Inc |
| 6 | |
| 7 | |
| | /s/ A. Court-Sanchez |
| 8 | |