Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

Debtor.

No. 4:12-bk-08122-EWH

(Chapter 11)

BALLOT REPORT

The Debtor, through counsel undersigned, herewith files a report of the ballots cast or which the Debtor believes will be cast, with regard to each class designated in Debtor's Plan of Reorganization.

The results of the ballots cast are as follows:

| | | |
|---|---|---|
| Class 1:<br>Administrative Claims | Not Impaired | N/A |
| Class 2:<br>Priority Claims of Governmental Units | Impaired | Did Not Vote |
| Class 3:<br>Secured Real Property Tax Claims | Impaired | Did Not Vote |
| Class 4:<br>Secured Statutory Claims of Pima County | Impaired | Accepts |
| Class 5:<br>Secured Claim of Rewards Network Establishment | Impaired | Rejects |
| Class 6:<br>Secured Claim of BMT Leasing Inc. | Impaired | Did Not Vote |
| Class 7:<br>Secured Claim of Nationwide Funding, LLC | Impaired | Did Not Vote |
| Class 8:<br>Secured Claim of US Bancorp | Impaired | Did Not Vote |
| Class 9:<br>Secured Claim of AEL Financial LLC | Impaired | Did Not Vote |

| | | |
|---|---|---|
| Class 10: Secured Claim of Corp Service Company | Impaired | Did Not Vote |
| Class 11: Secured Claim of National City Commercial Cap | Impaired | Did Not Vote |
| Class 12:<br>Unsecured Deficiency Claims and Unsecured Claims<br>Advision Outdoor $17,395.00<br>Southwest Gas Corp $ 2,295.53<br>Login, Inc. $16,065.00 | Impaired | Accepts<br>Accepts<br>Rejects |
| Class 13:<br>Contingent, Unliquidated and Disputed Claims | Impaired | Did Not Vote |
| Class 14:<br>Claims of Participating Investors | Impaired | Did Not Vote |
| Class 15:<br>Interest of Equity Holders | Not Impaired | Did Not Vote |

DATED October 16, 2013.

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks, Attorney for Debtor

COPIES of the foregoing
mailed/delivered/faxed
October 16, 2013 to:

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Isaac M. Gabriel, Esq.
Quarles & Brady, LLP
Renaissance One
Two N. Central Ave.
Phoenix, AZ 85004
Attorney for Rewards Network

Grant Winston, Esq.
Deputy County Attorney
Pima County Attorney's Office
32 N. Stone, #2100

Tucson, AZ 85701
Attorney for Pima County

Gregory E. Good, Esq.
Good Law, P.C.
3430 E. Sunrise Dr. #170
Tucson, AZ 85718
Attorney for Login, Inc.

/s/ A. Court-Sanchez

3

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

    Debtor.

No. 4:12-bk-08122-EWH

Chapter 11

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2013

Class 4 Ballot for Accepting or Rejecting a Plan of Reorganization

    Eric Slocum Sparks, P.C. filed a First Amended Plan of Reorganization dated September 12, 2013 (the "Plan") for the Debtor in this case. The Court has approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement is included herewith. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

    If your ballot is not received by the Law Offices of Eric Slocum Sparks on or before 5 business days prior to the Confirmation Hearing, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

    If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor or interest holder of the above-named Debtors, in Class 4 with the unpaid principal amount of $ 8,427.40.

(Check One Box only)

[✓] Accepts the Plan    [ ] Rejects the Plan

DATED Oct. 8, 2013

Print or type name: Grant Winston

Signed: Grant Winston

(If appropriate) By: _____

As: Dep. Pima Co. Atty.

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE 5 DAYS PRIOR TO THE HEARING TO:

Original to:
Eric Slocum Sparks
110 South Church Avenue,
#2270
Tucson, Arizona 85701

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

Nimbus Brewing Company, LLC, 4:12-bk-08122-EWH

2

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:
NIMBUS BREWING COMPANY, LLC,

Debtor.

No. 4:12-bk-08122-EWH

Chapter 11

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2013

Class 5 Ballot for Accepting or Rejecting a Plan of Reorganization

Eric Slocum Sparks, P.C. filed a First Amended Plan of Reorganization dated September 12, 2013 (the "Plan") for the Debtor in this case. The Court has approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement is included herewith. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Law Offices of Eric Slocum Sparks on or before 5 business days prior to the Confirmation Hearing, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor or interest holder of the above-named Debtors, in Class __5__ with the unpaid principal amount of $49,405.74_____.

(Check One Box only)

[ ] Accepts the Plan    [X] Rejects the Plan

DATED October 15, 2013

Print or type name: Isaac M. Gabriel, Esq.

Signed: _____

(If appropriate) By: _____

As: Attorney for Rewards Network Establishment Services Inc.

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE 5 DAYS PRIOR TO THE HEARING TO:

Original to:
Eric Slocum Sparks
110 South Church Avenue,
#2270
Tucson, Arizona 85701

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

Nimbus Brewing Company, LLC, 4:12-bk-08122-EWH

2

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor or interest holder of the above-named Debtors, in Class 12 with the unpaid principal amount of $ 17,395.00

(Check One Box only)

[✓] Accepts the Plan      [ ] Rejects the Plan

DATED 9/23/2013

Print or type name: LYTTLETON F. WILSON, III     X (L.L.C. MGR.)
Signed: _____

(If appropriate) By: ATTENTION TRANSIT ADVERTISING SYSTEMS, LLC

As: d.b.a. ADVISION OUTDOOR

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE 5 DAYS PRIOR TO THE HEARING TO:

Original to:
Eric Slocum Sparks
110 South Church Avenue,
#2270
Tucson, Arizona 85701

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

Nimbus Brewing Company, LLC, 4:12-bk-08122-EWH

2

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

      Debtor.

No. 4:12-bk-08122-EWH

Chapter 11

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2013

Class 12 Ballot for Accepting or Rejecting a Plan
of Reorganization

    Eric Slocum Sparks, P.C. filed a First Amended Plan of Reorganization dated September 12, 2013 (the "Plan") for the Debtor in this case. The Court has approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement is included herewith. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

    If your ballot is not received by the Law Offices of Eric Slocum Sparks on or before 5 business days prior to the Confirmation Hearing, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

    If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

Case 4:12-bk-08122-EWH    Doc 132    Filed 10/21/13    Entered 10/21/13 10:46:15    Desc
Main Document    Page 9 of 12

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor or interest holder of the above-named Debtors, in Class _12_ with the unpaid principal amount of $ _2,295.53_ .

(Check One Box only)

[✓] Accepts the Plan     [ ] Rejects the Plan

DATED _10/7/13_

Print or type name: _Phillis Neumayer_

Signed: _[signature]_

(If appropriate) By: _____

As: _Agent for Southwest GAS Corporation_

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE 5 DAYS PRIOR TO THE HEARING TO:

Original to:
Eric Slocum Sparks
110 South Church Avenue,
#2270
Tucson, Arizona 85701

<u>The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.</u>

Nimbus Brewing Company, LLC, 4:12-bk-08122-EWH

2

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

    Debtor.

No. 4:12-bk-08122-EWH

Chapter 11

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 12, 2013

Class 12 Ballot for Accepting or Rejecting a Plan
of Reorganization

    Eric Slocum Sparks, P.C. filed a First Amended Plan of Reorganization dated September 12, 2013 (the "Plan") for the Debtor in this case. The Court has approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement is included herewith. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

    If your ballot is not received by the Law Offices of Eric Slocum Sparks on or before 5 business days prior to the Confirmation Hearing, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

    If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

Case 4:12-bk-08122-EWH   Doc 124   Filed 10/14/13   Entered 10/14/13 12:12:18   Desc
Main Document    Page 1 of 2
Case 4:12-bk-08122-EWH   Doc 132   Filed 10/21/13   Entered 10/21/13 10:46:15   Desc
Main Document    Page 11 of 12

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor or interest holder of the above-named Debtors, in Class 12 with the unpaid principal amount of $ 16,065.00 .

(Check One Box only)

[ ] Accepts the Plan    [X] Rejects the Plan

DATED October 14, 2013

Print or type name: Gregory E. Good

Signed: _____

(If appropriate) By: _____

As: Attorney for Creditor LoGiN, Inc.

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE 5 DAYS PRIOR TO THE HEARING TO:

Original to:
Eric Slocum Sparks
110 South Church Avenue,
#2270
Tucson, Arizona 85701

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

Nimbus Brewing Company, LLC, 4:12-bk-08122-EWH

2