**BREEN OLSON & TRENTON, LLP**
Dennis M. Breen, III
John E. Olson
4720 North Oracle Road, Suite 100
Tucson, Arizona 85705
(520) 742-0808
dennis@botlawfirm.com

State Bar # 005309
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

IN RE:

NIMBUS BREWING COMPANY, L.L.C.,

    Debtor.

No.: 4:12-bk-08122-EWH

Chapter 11 Proceeding

**KEG CREDIT, L.L.C.'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

    Keg Credit, L.L.C., by and through undersigned counsel, hereby objects to the confirmation of Debtor's Chapter 11 Plan of Reorganization dated December 18, 2012, and Debtor's First Amended Plan of Reorganization dated September 12, 2013, and for reasons therefor states as follows:

**FACTUAL BACKGROUND**

1.    The Debtor filed a petition under chapter 11 on April 17, 2012

2.    On October 5, 2012, Debtor entered into an Equipment Lease with Keg Credit, L.L.C., for 804 Stainless Steel Kegs [see Lease attached Exhibit A], and failed to disclose to Keg Credit that Debtor was currently in a Chapter 11 Bankruptcy Proceeding.

3. Debtor, likewise, did not seek, nor obtain, approval of the Bankruptcy Court prior to incurring new debt in the course of its Bankruptcy proceeding;

4. Debtor is in default on the obligation under the Equipment Lease to Keg Credit, L.L.C., and four monthly payments in the total amount of $11,812.00 are currently due under the lease. Debtor was to lease the kegs for a term of no less than 18 months, and 30% of the monthly lease payment of $2,362.40 was to apply to the total purchase price of $99,312.00, if Debtor chose to purchase them;

**LEGAL ARGUMENT**

The Debtor failed to include Keg Credit, L.L.C. in its Plan of Reorganization dated December 18, 2012, and in the Debtor's First Amended Plan of Reorganization dated September 12, 2013. Pursuant to 11 U.S.C. §365(d)(5), Keg Credit, L.L.C. is automatically entitled to administrative expense treatment for all rental obligations that accrued from the 60th day after the petition was filed until the date the equipment is surrendered. The Petition was filed April 17, 2012, and the Equipment Lease for 804 Stainless Steel Kegs was entered into October 5, 2012, some 171 days after the filing of the Petition. Debtor's Plan of Reorganization and First Amended Plan of Reorganization violate 11 U.S.C. §365(d)(5), which makes it clear that the Debtor shall perform all obligations under a lease at the contract rate until the lease is rejected. Pursuant to the general provisions of 11 U.S.C. §503(b), Keg Credit, L.L.C. is entitled to the assertion of a claim for payments due under the lease. Keg Credit, L.L.C.'s claim for lease payments due under 11 U.S.C. §365(d)(5) is still a claim for an administrative expense under §503(b) because it bears the two characteristics of an administrative expense (the right to

payment arises after the filing of the petition, and the estate receives beneficial consideration because the estate has the opportunity to use the property, and is using the property. The Debtor's Plan and Amended Plan not only fail to provide for the payment of Keg Credit, L.L.C.'s claim for lease payments as an administrative expense, it fails to mention the debt and the treatment of Keg Credit, L.L.C.'s claim all together. Debtor failed to list Keg Credit, L.L.C.'s equipment lease on Schedule G of the Debtor's bankruptcy Schedules, and has also failed to accept or reject the lease. Debtor is still in possession of the 804 Stainless Steel Kegs, and is using them daily in their business operation.

**WHEREFORE**, Keg Credit respectfully requests that the Debtor's Plan of Confirmation be denied or modified to properly acknowledge Keg Credit, L.L.C.'s claim for rent of the 804 kegs as an administrative expense, and then either accepts the lease, or rejects the lease and surrenders the kegs to Keg Credit, L.L.C.

**RESPECTFULLY SUBMITTED** this 21st day of October, 2013.

        **BREEN OLSON & TRENTON, LLP**

        /s/Dennis M. Breen, III, State Bar No. 005309
        Dennis M. Breen, III,
        Attorney for Debtor

Original filed this 21st day of October, 2013, with:

Clerk of the United States Bankruptcy Court
District of Arizona
James A. Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701

and a copy mailed this 21st day of October, 2013, via Prepaid First Class U.S. Mail to:

United State Trustee
Department of Justice
230 N. First Avenue, Ste. 204
Phoenix, AZ 85003

Eric Slocum Sparks
Law Offices of Eric Slocum Sparks, P.C.
110 South Church Avenue, #2270
Tucson, AZ 85701

And all other interested parties as listed on the Master Mailing Matrix attached as Exhibit "A.

/s/ Stacey Crom
    Stacey Crom