# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NIMBUS BREWING COMPANY, LLC | | |
| **Case Number:** | 4:12-BK-08122-EWH | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 22, 2013 01:30 PM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | ALICIA JOHNS | | |

## *Matter:*

HEARING ON CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN.

**R / M #:**   116 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR NIMBUS BREWING COMPANY, LLC, Appearing by telephone
DENNIS BREEN, ATTORNEY FOR KEG CREDIT LLC

## *Proceedings:*

The Court is concerned because there have been prior continuances and it asks Mr. Sparks when this matter will be ready to go forward.

Mr. Sparks thinks he can resolve the objection by Mr. Gabriel.  Mr. Breen filed an amended claim that will need to be dealt with.  He hopes the outstanding issues can be wrapped up in the next thirty days.

THE COURT:  THE HEARING IS CONTINUED TO AN EVIDENTIARY HEARING ON CONFIRMATION OF THE PLAN ON TUESDAY, NOVEMBER 19, 2013 AT 2:30 P.M. (est. two hours).  There will be no more continuances.