Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

    Debtor.

KEG CREDIT, L.L.C.

    Movant,

v.

NIMBUS BREWING COMPANY, LLC,

    Respondent.

Case No. 4:12-bk-08122-EWH

(Chapter 11)

**RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

[RE: Personal Property - Lease for Beer Kegs]

COME NOW, Debtor, Debtor in Possession, Nimbus Brewing Company, LLC, ("Debtor"), by and through counsel undersigned and file this response in opposition to the *Motion for Relief From the Automatic Stay* (the "Motion") filed by Keg Credit, L.L.C. ("Movant"). In support of the response, Debtor allege as follows:

1. Debtor filed its voluntary Chapter 11 petition on April 17, 2012 (the "Filing").

2. The personal property at issue are leased beer kegs.

3. The Property is necessary to an effective reorganization as it provides significant income to the Debtors.

4. Debtor believes it can reach an agreement with Movant to bring all past due payments current.

1

WHEREFORE, Debtors move this Honorable Court for an Order denying the relief requested by Movant and for such other and further relief as the Court deems just and proper.

DATED November 4, 2013.

                                        LAW OFFICES OF
                                        ERIC SLOCUM SPARKS, P.C.

                                        /s/ Sparks #11726
                                        Eric Slocum Sparks
                                        Attorney for Debtors

COPIES of the foregoing
mailed November 4, 2013
to:

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Dennis M. Breen, III
BREEN OLSON & TRENTON, LLP
4720 N. Oracle Rd, Suite 100
Tucson, AZ 85705
*Attorney/s for Movant*

/s/ A. Court-Sanchez