Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | |
|---|---|---|
| | ) | |
| NIMBUS BREWING COMPANY, LLC | ) | No. 4:12-bk-08122-EWH |
| | ) | |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | NOTICE OF FILING **AMENDED** |
| | ) | MONTHLY FINANCIAL REPORT - |
| | ) | AUGUST 2013 |
| | ) | |

NOTICE IS HEREBY GIVEN that on November 4, 2013, the Debtor, through the undersigned

counsel, filed the attached Monthly Operating Report for the period of August 2013, *for the Debtor*

*Nimbus Brewing Company, LLC.*

DATED November 4, 2013

*THE LAW OFFICES OF*
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed November 4, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

/s/ IY Madrid

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Arizona

In re   NIMBUS BREWING COMPANY, LLC   ,        Case No.   4:12-bk-08122-JMM

*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   August 2013           Date filed: _____

Line of Business:   Brewery          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*James C. Counts*

Original Signature of Responsible Party

JAMES C. COUNTS

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 75,053.52 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 41,823.22 |
| Cash on Hand at End of Month | $ | 17,251.13 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 17,251.13 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 99,625.61 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 75,053.52 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 99,625.61 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | -24,572.09 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                      18

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                        18

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                                $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                                             $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                             $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                                        $ _____ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                    $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                              $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                       $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT A

You may insert a brief statement here about when your tax return will be filed and/or when the payment of any taxes due will be made, as well as the source of the funds.

if your response is short, you may also insert the information directly onto page 2 of the monthly report form.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

AUGUST 2013

## EXHIBIT B

| CHASE BANK | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| | #6345 | # | # | # | |

| Cash on Hand at Beginning of Month | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Receivable – Prepetition | | | | | |
| Accounts Receivable – Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach a list or details) | | | | | |
| TOTAL INCOME | 75053.52 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 99625.61 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 24572.09 | | | | |
|---|---|---|---|---|---|

# EXHIBIT C

## EXPENSE DETAIL

Account # O345

Bank Name _CHASE_

| | | Cash/Electronic Payments | | |
|---|---|---|---|---|
| Date | Payee | | Purpose | Amount |
| | | See Attached | | |
| | | | | |
| | | Total Cash/Electronic Payments | | |

| Check Number | Date | | CHECKS ISSUED | | |
|---|---|---|---|---|---|
| | | Payee | | Purpose | Amount |
| | | | | | |
| | | | | | |
| | | | See ATTACHED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total checks listed on this page | | |
| | | | Total checks listed on continuation pages | | |

| | |
|---|---|
| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | 99,625.61 |
| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | 0 |
| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | 0 |
| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | 99,625.61 |

*This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B*

1

August 2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-1-13 | DAILY | CASH | 804.00 |
| | 8-1-13 | DAILY | CASH | 300.44 |
| | 8-1-13 | DAILY | CASH | 227.41 |
| | 8-1-13 | PYMT TECH | CC SETTLEMENT | 870.45 |
| | 8-1-13 | AMEXPRESS | SETTLEMENT | 124.68 |
| | 8-2-13 | PAYMT TECH | CC SETTLEMENT | 840.60 |
| | 8-2-13 | Am Express | SETTLEMENT | 45.56 |
| | 8-5-13 | CC RETURN | PURCHASE RETURN | 134.12 |
| | 8-5-13 | PYMT TECH | CC SETTLEMENT | 1899.90 |
| | 8-5-13 | PYMT TECH | CC SETTLEMENT | 1018.10 |
| | 8-5-13 | Am EXPRESS | SETTLEMENT | 899.05 |
| | 8-5-13 | AM EXPRESS | SETTLEMENT | 238.00 |
| | 8-6-13 | DAILY | CASH | 15.68 |
| | 8-6-13 | DAILY | CASH | 975.00 |
| | 8-6-13 | DAILY | CASH | 240.02 |
| | 8-6-13 | DAILY | CASH | 77.11 |
| | 8-6-13 | DAILY | CASH | 42.50 |
| | 8-6-13 | Alliance | PYMT | 9.75 |
| | 8-6-13 | PYMT TECH | CC SETTLEMENT | 6651.00 |
| | 8-7-13 | Alliance | PAYMENT | 474.35 |
| | 8-7-13 | PAYMT TECH | CC SETTLEMENT | 8713.85 |
| | 8-7-13 | Am EXPRESS | SETTLEMENT | 877.55 |
| | 8-8-13 | PYMT TECH | CC SETTLEMENT | 117.58 |
| | 8-9-13 | DAILY | CASH | 652.30 |
| | 8-9-13 | DAILY | CASH | 155.30 |
| | 8-9-13 | DAILY | CASH | 76.57 |
| | | | | 59.93 |
| | | | TOTAL CHECKS - THIS PAGE | |

21140.80

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

August 2013

## EXHIBIT C

### EXPENSE DETAIL – Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-9-13 | DAILY | CASH | 46.40 |
| | 8-9-13 | PYMT TECH | CC SETTLEMENT | 869.20 |
| | 8-9-13 | AM EXPRESS | SETTLE MENT | 27.02 |
| | 8-12-13 | PYMT TECH | CC SETTLEMENT | 1781.85 |
| | 8-12-13 | PYMT TECH | CC SETTLEMENT | 1498.20 |
| | 8-12-12 | PYMT TECH | CC SETTLEMENT | 1195.00 |
| | 8-12-12 | AM EXPRESS | SETTLEMENT | 285.06 |
| | 8-12-12 | AM EXPRESS | SETTLEMENT | 20.26 |
| | 8-13-13 | BISTRO | BEER PURCHASE | 1960.00 |
| | 8-13-13 | DAILY | CASH | 222.55 |
| | 8-13-13 | DAILY | CASH | 108.25 |
| | 8-13-13 | DAILY | CASH | 40.50 |
| | 8-13-13 | DAILY | CASH | 29.65 |
| | 8-13-13 | PYMT TECH | CC SETTLEMENT | 524.75 |
| | 8-13-13 | AM EXPRESS | SETTLEMENT | 120.66 |
| | 8-14-13 | PYMT TECH | CC SETTLEMENT | 483.50 |
| | 8-14-13 | AM EXPRESS | SETTLEMENT | 94.13 |
| | 8-15-13 | PYMT TECH | CC SETTLEMENT | 604.10 |
| | 8-15-13 | AM EXPRESS | SETTLEMENT | 82.46 |
| | 8-16-13 | BISTRO | BEER PURCHASE | 1484.00 |
| | 8-16-13 | DAILY | CASH | 373.05 |
| | 8-16-13 | DAILY | CASH | 247.80 |
| | 8-16-13 | DAILY | CASH | 215.40 |
| | 8-16-13 | ALLIANCE | PYMT | 5478.95 |
| | 8-16-13 | PYMT TECH | CC SETTLEMENT | 879.40 |
| | 8-19-13 | PYMT TECH | CC SETTLEMENT | 1672.95 |
| | 8-19-13 | PYMT TECH | CC SETTLEMENT | 1089.20 |
| | | | TOTAL CHECKS – THIS PAGE | |

21,010.69

3
AUGUST 2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-19-13 | PYMT TECH | CC SETTLEMENT | 1008.30 |
| | 8-19-13 | AM EXPRESS | SETTLEMENT | 144.65 |
| | 8-19-13 | AM EXPRESS | SETTLEMENT | 109.33 |
| | 8-20-13 | GEYSER DIST | PYMENT | 2652.00 |
| | 8-20-13 | DAILY | CASH | 161.72 |
| | 8-20-13 | DAILY | CASH | 120.05 |
| | 8-20-13 | DAILY | CASH | 44.90 |
| | 8-20-13 | PYMT TECH | CC SETTLEMENT | 451.05 |
| | 8-20-13 | AM EXPRESS | SETTLEMENT | 59.53 |
| | 8-21-13 | ALLIANCE | PYMT | 5533.25 |
| | 8-21-13 | PYMT TECH | CC SETTLEMENT | 358.15 |
| | 8-22-13 | PYMT TECH | CC SETTLEMENT | 527.35 |
| | 8-23-13 | PYMT TECH | CC SETTLEMENT | 1195.65 |
| | 8-23-13 | AM EXPRESS | SETTLEMENT | 50.61 |
| | 8-26-13 | DAILY | CASH | 263.65 |
| | 8-26-13 | DAILY | CASH | 256.53 |
| | 8-26-13 | PYMT TECH | CC SETTLEMENT | 1471.60 |
| | 8-26-13 | PYMT TECH | CC SETTLEMENT | 1404.00 |
| | 8-26-13 | PYMT TECH | CC SETTLEMENT | 12939S |
| | 8-26-13 | AM EXPRESS | SETTLEMENT | 916.63 |
| | 8-26-13 | AM EXPRESS | SETTLEMENT | 16.26 |
| | 8-27-13 | BISTRO | BEER PURCHASE | 1619.00 |
| | 8-27-13 | DAILY | CASH | 90.55 |
| | 8-27-13 | DAILY | CASH | 59.85 |
| | 8-27-13 | DAILY | CASH | 32.90 |
| | 8-27-13 | PYMT TECH | CC SETTLEMENT | 299.15 |
| | 8-27-13 | AM EXPRESS | SETTLEMENT | 31.14 |
| | | | **TOTAL CHECKS - THIS PAGE** | |

20,200.90

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

4

AUGUST 2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-28-13 | ALLIANCE | PYMT | 9561.75 |
| | 8-28-13 | PYMT TECH | CC SETTLEMENT | 686.95 |
| | 8-28-13 | AM EXPRESS | SETTLEMENT | 38.55 |
| | 8-29-13 | PYMT TECH | CC SETTLEMENT | 576.25 |
| | 8-29-13 | AM EXPRESS | SETTLEMENT | 27.64 |
| | 8-30-13 | DAILY | CASH | 251.15 |
| | 8-30-13 | DAILY | CASH | 172.27 |
| | 8-30-13 | DAILY | CASH | 168.47 |
| | 8-30-13 | DAILY | CASH | 125.90 |
| | 8-30-13 | PYMT TECH | CC SETTLEMENT | 1073.05 |
| | 8-30-13 | AM EXPRESS | SETTLEMENT | 19.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL CHECKS - THIS PAGE 12701.13

(12701.13)

August 2013

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

Checks Paid

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5624 | | Harbor Freight | Tools - Beer Hose | 102.64 |
| 5635 | | Tom Scott | Forklift Tire | 35.00 |
| 5642 | | Merills Auto | Auto Maintence | 15.15 |
| 5648 | | Simmions | Auto Repairs | 154.37 |
| 33047 | 8-21-13 | | Payroll | 430.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL CHECKS - THIS PAGE

$737.56

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

August 2013

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT CARD
WITH DRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-1-13 | PROTECTION 1 | ALARM SYSTEM | 132.55 |
| | 8-1-13 | OFFICE DEPOT | OFFICE SUPPLIES | 68.94 |
| | 8-1-13 | OFFICE DEPOT | OFFICE SUPPLIES | 215.05 |
| | 8-1-13 | JETRO HOLD | KITCHEN /FOOD | 148.00 |
| | 8-2-13 | VALERO | GAS SALES | 54.31 |
| | 8-2-13 | OFFICE DEPOT | OFFICE SUPPLIES | 65.17 |
| | 8-5-13 | USPS | SHIPPING | 27.60 |
| | 8-6-13 | DIRECT TV | TV'S TAPROOM | 194.63 |
| | 8-6-13 | CARTRIDGE WORLD | PRINTER CART | 28.10 |
| | 8-6-13 | JETRO HOLDING | KITCHEN /FOOD | 153.64 |
| | 8-6-13 | COSTO | FOOD /KITCHEN | 148.89 |
| | 8-7-13 | VALERO | GAS MGR | 42.39 |
| | 8-7-13 | AMER PRISE | AUTO INS Co. | 569.02 |
| | 8-9-13 | QT | GAS /DELIVERY TRUCK | 90.50 |
| | 8-9-13 | DONUAS AUTO | TAGS /CO CAR | 28.50 |
| | 8-9-13 | HNS | INTERNIT BREWERS | 69.99 |
| | 8-12-13 | UNIVAR | CHEMICALS /BREWHSE | 448.95 |
| | 8-12-13 | PROTECTION 1 | ALARM SERVICE | 61.67 |
| | 8-15-13 | QT | GAS /DELIVERY TRUCK | 86.51 |
| | 8-15-13 | FERGUSONS | PARTS /BREWHOUSE | 72.10 |
| | 8-16-13 | VALERO | GAS /MGR | 36.22 |
| | 8-16-13 | FEDEX | SHIPPING | 57.97 |
| | 8-19-13 | RON. WELDING | EQUIPT REPAIRS | 30.50 |
| | 8-19-13 | OFF THE ROAD | DEL TRUCK PARTS | 70.00 |
| | 8-19-13 | QT | GAS /SALES | 47.88 |
| | 8-20-13 | DIRECT TV | TV'S TAPROOM | 255.90 |
| | 8-23-13 | QT | GAS | 64.25 |
| | | | **TOTAL CHECKS - THIS PAGE** | 3341.33 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

2

AUGUST 2013

# EXHIBIT C

## EXPENSE DETAIL – Continuation Sheet

ATM + DEBIT CARD
WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-27-13 | VALERO | GAS / SALES | 41.08 |
| | 8-27-13 | FAST SIGNS | SIGNS / RACEWAY TRK | 75.67 |
| | 8-30-13 | FERGUSONS | PARTS / BREWHOUSE | 58.12 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS - THIS PAGE | 174.87 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

Electronic Withdrawals

AUGUST 2013

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 8-2-13 | PYMT TECH | PAYROLL FEE | |
| | 8-2-13 | PYMT TECH | PAYROLL FEE | 725.07 |
| | 8-5-13 | VERIZON | CO. PHONE | 2.00 |
| | 8-7-13 | REWARDS NTWK | SETTLEMENT FEE | 138.52 |
| | 8-7-13 | AFLAC | INS PREM | 395.09 |
| | 8-14-13 | REWARDS NTWK | SETTLEMENT | 363.50 |
| | 8-15-13 | ACHU VIS | CO CELL PHONE | 327.95 |
| | 8-19-13 | COMPUPAY | PAYROLL TAXES | 305.89 |
| | 8-19-13 | COMPUPAY | WORKMANS COMP | 3914.25 |
| | 8-20-13 | CENTRAL INS | INS PREMIUM | 278.22 |
| | 8-21-13 | REWARDS NTWK | SETTLEMENT | 914.67 |
| | 8-23-13 | AETNA | INSURANCE PYMT | 281.50 |
| | 8-23-13 | COX | TAPROOM TV'S | 2064.00 |
| | 8-23-13 | COMPUPAY | PAYROLL FEE | 319.85 |
| | 8-27-13 | SOUTHWEST GAS | GAS BILL | 118.59 |
| | 8-28-13 | REWARDS NETWORK | SETTLEMENT | 2524.91 |
| | 8-30-13 | KBEERPRESS | SIX PACK CARRIES | 255.50 |
| | | | | 2200.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS THIS PAGE | |

15119.51

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

FEES + OTHER WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5624 | 8-8-2013 | HARBOR FREIGHT | TAPROOM Repairs | 102.64 |
| 5625 | 8-9-13 | SUNLAND | KITCHEN FOOD | 142.74 |
| 33022 | 8-9-13 | | PAYROLL | 54.21 |
| 33013 | 8-9-13 | | PAYROLL | 1955.20 |
| 5638 | 8-12-13 | FEDEX | SHIPPING | 129.10 |
| 5637 | 8-12-13 | GRAINGER | BREWHOUSE REPAIRS | 183.42 |
| 5642 | 9-13-13 | MERETS AUTO | AUTO MAINT. | 15.15 |
| 5643 | 8-14-13 | SIMMONS | TRUCK REPAIRS | 142.60 |
| 5636 | 8-14-13 | C.J. SOUTHWEST | PROPERTY LEASE | 8426.00 |
| 5640 | 8-8-13 | US TRUSTEE | PYMT | 650.00 |
| 5639 | 8-14-13 | US TRUSTEE | PYMT | 1950.00 |
| 5648 | 8-14-13 | SIMMONS | TRUCK REPAIRS | 154.37 |
| 33054 | 8-16-13 | | PAYROLL | 511.28 |
| 33053 | 8-16-13 | | PAYROLL | 642.70 |
| 33051 | 8-16-13 | | PAYROLL | 466.90 |
| 33043 | 8-16-13 | | PAYROLL | 814.65 |
| 33042 | 8-16-13 | | PAYROLL | 193.45 |
| 33040 | 8-16-13 | | PAYROLL | 260.28 |
| 5647 | 8-16-13 | STERN PRODUCE | KITCHEN/FOOD | 826.83 |
| 5650 | 8-16-13 | CHASE | PYMT | 376.47 |
| 5646 | 8-16-13 | SECURE CARE | DENTAL PREMIUM | 139.19 |
| 5632 | 8-16-13 | PEPSI | TAPROOM | 437.85 |
| 33052 | 8-19-13 | | PAYROLL | 880.35 |
| 33055 | 8-19-13 | | PAYROLL | 1635.07 |
| 5652 | 8-19-13 | ELIZALDE, DIEGO | LANDSCAPE MAINTNCE | 318.75 |
| 33034 | 8-19-13 | | PAYROLL | 1755.20 |
| 5651 | 8-19-13 | ELIZALDE, LUIS | LANDSCAPE MAINTNCE | 427.50 |

TOTAL CHECKS - THIS PAGE

22692.30

3
AUGUST 2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

FEE'S + OTHER WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 33037 | 8·19·13 | | PAYROLL | 980.52 |
| 33036 | 8·19·13 | | PAYROLL | 365.73 |
| 33049 | 8·19·13 | | PAYROLL | 155.86 |
| 5645 | 8·19·13 | TEP | ELECTRIC PAYMT | 4099.73 |
| 5641 | 8·19·13 | KAHL | CO2 REFILL | 131.60 |
| 33045 | 8·19·13 | | PAYROLL | 242.59 |
| 33046 | 8·20·13 | | PAYROLL | 131.33 |
| 33044 | 8·20·13 | | PAYROLL | 68.09 |
| 33035 | 8·20·13 | | PAYROLL | 2786.02 |
| 33039 | 8·20·13 | | PAYROLL | 400.94 |
| 5649 | 8·20·13 | SUNLAND | KITCHEN /FOOD | 194.48 |
| 33047 | 8·21·13 | | PAYROLL | 430.40 |
| 5633 | 8·22·13 | US FOOD | KITCHEN /FOOD | 1422.58 |
| 5635 | 8·23·13 | TOM SCOTT | Fork lift tire Repair | 35.00 |
| 33050 | 8·26·13 | | PAYROLL | 80.64 |
| 5656 | 8·26·13 | FEDEX | SHIPPING | 59.40 |
| 5654 | 8·26·13 | Bottle Shop | GLASS WARE | 6135.00 |
| 5657 | 8·27·13 | US FOODS | KITCHEN FOOD | 773.76 |
| 5655 | 8·29·13 | US FOODS | KITCHEN FOODS | 1044.63 |
| 5658 | 8·29·13 | US FOODS | KITCHEN FOODS | 1789.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL CHECKS - THIS PAGE |
|---|

21327.30

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT D

| UNPAID BILLS | Date Incurred | Who is owed the money? | Purpose of the Debt | Amount Owed | Payment Due Date |
|---|---|---|---|---|---|
| Itemize Accounts Payable * | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Taxes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Notes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Professional Fees Payable - | | | | | |
| | | | | | |
| | | | | | |
| Itemize Secured Debt - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Other - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Payables (same as page 3 of the report) | | | | | |

*Debtor may attach a separate Accounts Payable list if there are numerous debts.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT E

**TRADE ACCOUNTS RECEIVABLES***

| Who Owes You the Money | Amount Owed | Due Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Accounts Receivable |  |  |
| Less Discounts/Returns/etc. |  |  |
| Net Accounts Receivable |  |  |

**OTHER RECEIVABLES**

| Amounts owed by insiders – | Amount Owed | Due Date |
|---|---|---|
|  |  |  |
|  |  |  |
| Amounts owed by employees – |  |  |
|  |  |  |
|  |  |  |
| Amounts owed by others (explain) – |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| TOTAL RECEIVALBLES (same as report, page 3) | |
|---|---|
|  |  |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT F

Attach copies of bank statements for all open bank accounts.

If the bank statements do not cover activity from the first day to the last day of the month, attach the statements which include the majority of the applicable month's activity.



# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

August 01, 2013 through August 30, 2013
Account Number:            0345

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00004270 DRI 601 151 24313 NNNNNNNNNNN 1 000000000 63 0000
NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

We will no longer sell gift cards
Starting September 22, we will no longer sell gift cards. We apologize for any inconvenience.
If you have questions, please call the number on this statement. All terms and conditions of your account remain the same.
Deposit Account Agreement Update
We will update Section H in our Deposit Account Agreement titled Closing Your Account.
Effective July 21, 2013. If you have pending transactions on your account, or are overdrawn, we may not immediately close the account. However, if you ask us, we will restrict additional withdrawals from your account, other than the pending transactions. We will not pay any interest on the account after we have restricted your account.
This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this account statement or visit the nearest Chase branch.

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$41,823.22** |
| Deposits and Additions | 94 | 75,053.52 |
| Checks Paid | 5 | - 737.56 |
| ATM & Debit Card Withdrawals | 30 | - 3,444.10 |
| Electronic Withdrawals | 17 | - 15,119.51 |
| Fees and Other Withdrawals | 18 | - 80,324.44 |
| **Ending Balance** | **164** | **$17,251.13** |

*99625.61*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Deposit        1154344250 | $804.00 |
| 08/01 | Deposit | 300.44 |
| 08/01 | Deposit | 227.41 |
| 08/01 | Paymentech      Deposit    5169720       CCD ID: 1020401225 | 870.45 |
| 08/01 | American Express Settlement 5021111257      CCD ID: 1134992250 | 124.68 |


## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 08/02 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 840.60 |
| 08/02 | American Express Settlement 5021111257      CCD ID: 1134992250 | 45.56 |
| 08/05 | Card Purchase Return   08/02 Office Depot #2722 Tucson AZ Card 1216 | 134.12 |
| 08/05 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,899.90 |
| 08/05 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,018.10 |
| 08/05 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 899.05 |
| 08/05 | American Express Settlement 5021111257      CCD ID: 1134992250 | 238.00 |
| 08/05 | American Express Settlement 5021111257      CCD ID: 1134992250 | 15.68 |
| 08/06 | Deposit | 975.00 |
| 08/06 | Deposit | 240.02 |
| 08/06 | Deposit | 77.11 |
| 08/06 | Deposit | 42.50 |
| 08/06 | Deposit | 9.75 |
| 08/06 | Alliance Pmd    Payment   Abd1-Abd1200001 CCD ID: 9000000052 | 6,651.00 |
| 08/06 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 474.35 |
| 08/07 | Alliance Pmd    Payment   Abd1-Abd1200001 CCD ID: 9000000052 | 3,713.85 |
| 08/07 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 877.55 |
| 08/07 | American Express Settlement 5021111257      CCD ID: 1134992250 | 117.58 |
| 08/08 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 652.30 |
| 08/09 | Deposit | 155.30 |
| 08/09 | Deposit | 76.57 |
| 08/09 | Deposit | 59.93 |
| 08/09 | Deposit | 46.40 |
| 08/09 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 869.20 |
| 08/09 | American Express Settlement 5021111257      CCD ID: 1134992250 | 27.02 |
| 08/12 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,781.85 |
| 08/12 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,495.20 |
| 08/12 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 1,195.00 |
| 08/12 | American Express Settlement 5021111257      CCD ID: 1134992250 | 285.06 |
| 08/12 | American Express Settlement 5021111257      CCD ID: 1134992250 | 20.26 |
| 08/13 | Deposit    1154344252 | 1,466.00 |
| 08/13 | Deposit | 222.55 |
| 08/13 | Deposit | 108.25 |
| 08/13 | Deposit | 73.40 |
| 08/13 | Deposit | 40.50 |
| 08/13 | Deposit | 29.65 |
| 08/13 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 524.75 |
| 08/13 | American Express Settlement 5021111257      CCD ID: 1134992250 | 120.66 |
| 08/14 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 483.50 |
| 08/14 | American Express Settlement 5021111257      CCD ID: 1134992250 | 94.13 |
| 08/15 | Paymentech    Deposit   5169720        CCD ID: 1020401225 | 604.10 |
| 08/15 | American Express Settlement 5021111257      CCD ID: 1134992250 | 82.46 |
| 08/16 | Deposit | 1,484.00 |
| 08/16 | Deposit | 373.05 |
| 08/16 | Deposit | 247.80 |
| 08/16 | Deposit | 215.40 |
| 08/16 | Alliance Pmd    Payment   Abd1-Abd1200001 CCD ID: 9000000052 | 5,478.95 |

Case 4:12-bk-08122-EWH    Doc 141    Filed 11/06/13    Entered 11/06/13 13:25:41    Desc
Main Document    Page 23 of 29


## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 08/16 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 879.40 |
| 08/19 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,672.95 |
| 08/19 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,089.20 |
| 08/19 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,008.30 |
| 08/19 | American Express Settlement 5021111257    CCD ID: 1134992250 | 144.65 |
| 08/19 | American Express Settlement 5021111257    CCD ID: 1134992250 | 109.23 |
| 08/20 | Deposit | 2,652.00 |
| 08/20 | Deposit | 161.72 |
| 08/20 | Deposit | 120.05 |
| 08/20 | Deposit | 44.90 |
| 08/20 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 451.05 |
| 08/20 | American Express Settlement 5021111257    CCD ID: 1134992250 | 59.53 |
| 08/21 | Alliance Pmd    Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 5,533.25 |
| 08/21 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 358.15 |
| 08/22 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 527.35 |
| 08/23 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,195.65 |
| 08/23 | American Express Settlement 5021111257    CCD ID: 1134992250 | 50.61 |
| 08/26 | Deposit | 263.65 |
| 08/26 | Deposit | 256.53 |
| 08/26 | Deposit | 239.25 |
| 08/26 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,471.60 |
| 08/26 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,404.00 |
| 08/26 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,293.95 |
| 08/26 | American Express Settlement 5021111257    CCD ID: 1134992250 | 216.63 |
| 08/26 | American Express Settlement 5021111257    CCD ID: 1134992250 | 16.26 |
| 08/27 | Deposit | 1,619.00 |
| 08/27 | Deposit | 90.55 |
| 08/27 | Deposit | 59.85 |
| 08/27 | Deposit | 32.90 |
| 08/27 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 299.15 |
| 08/27 | American Express Settlement 5021111257    CCD ID: 1134992250 | 121.14 |
| 08/28 | Alliance Pmd    Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 9,561.75 |
| 08/28 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 686.95 |
| 08/28 | American Express Settlement 5021111257    CCD ID: 1134992250 | 38.55 |
| 08/29 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 576.25 |
| 08/29 | American Express Settlement 5021111257    CCD ID: 1134992250 | 27.64 |
| 08/30 | Deposit | 251.15 |
| 08/30 | Deposit | 172.27 |
| 08/30 | Deposit | 168.47 |
| 08/30 | Deposit | 125.90 |
| 08/30 | Paymentech    Deposit    5169720    CCD ID: 1020401225 | 1,073.05 |
| 08/30 | American Express Settlement 5021111257    CCD ID: 1134992250 | 19.15 |

| **Total Deposits and Additions** | **$75,053.52** |
|------|-------:|

 **CHASE**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5624 ^ | | 08/08 | $102.64 |
| 5635 * ^ | 08/23 | 08/23 | 35.00 |
| 5642 * ^ | | 08/13 | 15.15 |
| 5648 * ^ | | 08/15 | 154.37 |
| 33047 * ^ | | 08/21 | 430.40 |

**Total Checks Paid**                          **$737.56**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/01 | Card Purchase | 07/31 Protection 1 800-4384357 KS Card 1216 | $132.55 |
| 08/01 | Card Purchase | 07/31 Office Depot #2722 Tucson AZ Card 1216 | 68.94 |
| 08/01 | Card Purchase | 07/31 Office Depot #2722 Tucson AZ Card 1216 | 215.05 |
| 08/01 | Card Purchase With Pin | 08/01 Jetro Holdings LLC Tucson AZ Card 1216 | 148.00 |
| 08/02 | Card Purchase | 07/31 Valero 1714 Tucson AZ Card 1216 | 54.31 |
| 08/02 | Card Purchase | 08/01 Office Depot #2288 Tuscan AZ Card 1216 | 65.17 |
| 08/05 | Card Purchase With Pin | 08/05 Usps 0388850743 Tucson AZ Card 1216 | 27.60 |
| 08/06 | Card Purchase | 08/06 Dtv*Directv Service 800-347-3288 CA Card 1216 | 194.63 |
| 08/06 | Card Purchase | 08/05 Cartridge World Azn129 Tucson AZ Card 1216 | 28.10 |
| 08/06 | Card Purchase With Pin | 08/06 Jetro Holdings LLC Tucson AZ Card 1216 | 153.64 |
| 08/06 | Card Purchase With Pin | 08/06 Costco Whse #0407 Tucson AZ Card 1216 | 148.89 |
| 08/07 | Card Purchase | 08/05 Valero 1714 Tucson AZ Card 1216 | 42.39 |
| 08/07 | Recurring Card Purchase | 08/06 Ameriprise Ins Auto ID 800-5352001 WI Card 1216 | 569.02 |
| 08/09 | Card Purchase | 08/08 Qt 1453      91014530 Tucson AZ Card 7783 | 90.50 |
| 08/09 | Card Purchase | 08/08 Donna's Auto License&Tt Tucson AZ Card 1216 | 28.50 |
| 08/09 | Card Purchase | 08/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 69.99 |
| 08/12 | Card Purchase | 08/07 Univar USA Inc 999-9999999 WA Card 1216 | 448.95 |
| 08/12 | Card Purchase | 08/09 Protection 1 800-4384357 KS Card 1216 | 61.67 |
| 08/15 | Card Purchase | 08/14 Qt 1453      91014530 Tucson AZ Card 7783 | 86.51 |
| 08/15 | Card Purchase | 08/14 Ferguson Ent #670 520-795-0296 AZ Card 1216 | 72.10 |
| 08/16 | Card Purchase | 08/14 Valero 1714 Tucson AZ Card 1216 | 36.22 |
| 08/16 | Card Purchase | 08/15 Fedexoffice  00041947 Tucson AZ Card 1216 | 57.97 |
| 08/19 | Card Purchase | 08/16 Consolidated Welding & Tucson AZ Card 1216 | 30.50 |
| 08/19 | Card Purchase | 08/16 Offtheroadt 9282272482 AZ Card 1216 | 70.00 |
| 08/19 | Card Purchase | 08/17 Qt 1479      91014795 Tucson AZ Card 1216 | 47.88 |
| 08/20 | Recurring Card Purchase | 08/20 Dtv*Directv Service 800-347-3288 CA Card 1216 | 255.90 |
| 08/23 | Card Purchase | 08/22 Qt 1453      91014530 Tucson AZ Card 7783 | 64.25 |



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/27 | Card Purchase | 08/25 Valero 1714 Tucson AZ Card 1216 | 41.08 |
| 08/27 | Card Purchase | 08/26 Fastsigns Tucson AZ Card 1216 | 75.67 |
| 08/30 | Card Purchase | 08/29 Ferguson Ent #624 520-792-1700 AZ Card 1216 | 58.12 |
| **Total ATM & Debit Card Withdrawals** | | | **$3,444.10** |

## ATM & DEBIT CARD SUMMARY

Patricia S Counts  Card 1216

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,202.84 |
| Total Card Deposits & Credits | $134.12 |

James C Counts  Card 7783

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $241.26 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,444.10 |
| Total Card Deposits & Credits | $134.12 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 08/02 | Paymentech    Fee    5169720 | CCD ID: 1020401225 | | $725.07 |
| 08/02 | Paymentech    Fee    5169720 | CCD ID: 1020401225 | | 2.00 |
| 08/05 | Vz Wireless Vw   E Check   6967904 | Tel ID: 0000751800 | | 138.52 |
| 08/07 | Rewards Network  Settlement 24429-020585539 CCD ID: 9000009744 | | | 395.09 |
| 08/07 | Aflac       Insurance  Rn430572008 | CCD ID: 2580663085 | | 363.50 |
| 08/14 | Rewards Network  Settlement 24453-020597052 CCD ID: 9000009744 | | | 327.95 |
| 08/15 | Achivr Visb    Bill Pymnt 2104596 | Tel ID: 0000751800 | | 305.89 |
| 08/19 | Compupay, Inc  Tax Col  003074361 | CCD ID: 1592022495 | | 3,914.25 |
| 08/19 | Compupay, Inc  Wc Debits  003-074361 | CCD ID: 5592022495 | | 278.22 |
| 08/20 | Central Ins Cos  Insur Prem | PPD ID: 1344202560 | | 914.67 |
| 08/21 | Rewards Network  Settlement 24478-020608665 CCD ID: 9000009744 | | | 281.50 |
| 08/23 | Aetna Sm Grp   Cip Sm Grp 84777481 | CCD ID: 7066033492 | | 2,054.00 |
| 08/23 | Cox Enterprises  Broadband  2037976 | Web ID: 0000178541 | | 319.85 |
| 08/23 | Compupay Billing Miramar AR 003 74361 | CCD ID: 1592022495 | | 118.59 |


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/27 | Southwest Gas   Web   3613313880004   Web ID: 5880085720 | 2,524.91 |
| 08/28 | Rewards Network  Settlement 24502-020620277 CCD ID: 9000009744 | 255.50 |
| 08/30 | 08/30 Fedwire Debit Via: Chicopee Svg Mass/211871866 A/C: Tigerpress Ref: Invoice #113222 Imad: 0830B1Qgc08C015497 Tm: 4642400242Es | 2,200.00 |
| **Total Electronic Withdrawals** | | **$15,119.51** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/01 | Chase ACH Payments Monthly Fee | | $25.00 |
| 08/01 | List Posted Items Quantity | 6 | 4,873.75 |
| 08/02 | List Posted Items Quantity | 4 | 2,374.23 |
| 08/05 | List Posted Items Quantity | 15 | 9,704.24 |
| 08/06 | List Posted Items Quantity | 5 | 5,020.00 |
| 08/07 | List Posted Items Quantity | 2 | 476.60 |
| 08/09 | List Posted Items Quantity | 3 | 2,152.15 |
| 08/12 | List Posted Items Quantity | 3 | 8,738.52 |
| 08/14 | List Posted Items Quantity | 4 | 11,168.60 |
| 08/16 | List Posted Items Quantity | 11 | 5,707.46 |
| 08/19 | List Posted Items Quantity | 12 | 10,072.65 |
| 08/20 | List Posted Items Quantity | 5 | 3,580.86 |
| 08/22 | List Posted Items Quantity | 2 | 1,503.87 |
| 08/26 | List Posted Items Quantity | 3 | 6,275.04 |
| 08/27 | List Posted Items Quantity | 2 | 5,773.76 |
| 08/29 | List Posted Items Quantity | 2 | 2,834.51 |
| 08/30 | Outgoing Domestic Wire Fee | | 30.00 |
| 08/30 | Service Fee | | 13.20 |
| **Total Fees & Other Withdrawals** | | | **$80,324.44** |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period.  Your transaction total for this statement period was 233 and excessive transaction fees were applied.  If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 08/01 | $38,686.91 | 08/15 | 23,164.18 |
| 08/02 | 36,352.29 | 08/16 | 26,041.13 |
| 08/05 | 30,686.78 | 08/19 | 15,651.96 |
| 08/06 | 33,611.25 | 08/20 | 14,389.78 |
| 08/07 | 36,473.63 | 08/21 | 19,569.28 |
| 08/08 | 37,023.29 | 08/22 | 18,592.76 |
| 08/09 | 35,916.57 | 08/23 | 17,247.33 |
| 08/12 | 31,444.80 | 08/26 | 16,134.16 |
| 08/13 | 34,015.41 | 08/27 | 9,941.33 |
| 08/14 | 23,096.49 | 08/28 | 19,973.08 |

# CHASE 

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 08/29 | 17,742.46 | 08/30 | 17,251.13 |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $26,137.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $26,956.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $68.20.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 131 |
| Deposits / Credits | 93 |
| Deposited Items | 9 |
| **Transaction Total** | **233** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $17.00 |
| Service Fee Credit | -$17.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $13.20 |
| **Total Service Fees** | **$13.20** |

| CASH PROCESSING | AMOUNT |
|-----------------|--------|
| Cash Deposits Immediate Verification | $4,241.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$4,241.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

Case 4:12-bk-08122-EWH    Doc 141    Filed 11/06/13    Entered 11/06/13 13:25:41    Desc
Main Document      Page 28 of 29


| IMAGES | ACCOUNT #  0345 |

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



008080886197 AUG 08 #0000005624 $102.64



003880514827 AUG 23 #0000005635 $35.00



006090979953 AUG 13 #0000005642 $15.15



008470625319 AUG 15 #0000005648 $154.37



008270269703 AUG 21 #0000033047 $430.40