Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)

No. 4:12-bk-08122-EWH

(Chapter 11)

NOTICE OF FILING **AMENDED**
MONTHLY FINANCIAL REPORT -
SEPTEMBER 2013

NOTICE IS HEREBY GIVEN that on November 4, 2013, the Debtor, through the undersigned

counsel, filed the attached Monthly Operating Report for the period of September 2013, *for the Debtor*

*Nimbus Brewing Company, LLC.*

DATED November 4, 2013

*THE LAW OFFICES OF*
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed November 4, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

/s/ IY Madrid

# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re    NIMBUS BREWING COMPANY, LLC      ,      Case No.    4:12-bk-08122-JMM
       *Debtor*

                                               Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   SEPTEMBER 2013              Date filed:   Oct 30, 2013

Line of Business:   BREWERY           NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*James C. Counts*
Original Signature of Responsible Party

JAMES .C. Counts
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT A

You may insert a brief statement here about when your tax return will be filed and/or when the payment of any taxes due will be made, as well as the source of the funds.

If your response is short, you may also insert the information directly onto page 2 of the monthly report form.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

September 2013 

# EXHIBIT B

| CHASE | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| | # 0345 | # | # | # | |

| Cash on Hand at Beginning of Month | 17251.13 | | | | |
|---|---|---|---|---|---|

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach a list or details) | | | | | |
| | | | | | |
| TOTAL INCOME | 181008.49 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 158313.28 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 39946.34 | | | | |
|---|---|---|---|---|---|

✗ 125,000.00  INSURANCE PAYMENT

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 181,008.49

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 17251.13

Cash on Hand at End of Month $ 39946.34

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ 39946.34

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 158313.28

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 181008.28

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 158313.28

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH $ 22695.00

✗ 125000.00  DEPOSIT FROM
Insurance Co.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

September 2013 

# EXHIBIT C

## EXPENSE DETAIL

Account # 0845

Bank Name CHASE

| Cash/Electronic Payments | | | |
|------|-------|---------|--------|
| Date | Payee | Purpose | Amount |
| | | See ATTACHED | |
| | | | |
| | | Total Cash/Electronic Payments | |

| CHECKS ISSUED | | | | |
|--------|------|-------|---------|--------|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | See ATTACHED | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total checks listed on this page | | |
| | | Total checks listed on continuation pages | | |

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | 58313.28 |
|-----|-----|
| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | 0 |
| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | 0 |
| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | 58313.28 |

*This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B*

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

SEPTEMBER
2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Account # 0345

Bank Name CHASE

Deposits + Additions

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 9-3-13 | PAYMT TECH | CC SETTLement | 1585.10 |
| | 9-3-13 | PAYMT TECH | CC SETTLement | 1330.85 |
| | 9-3-13 | PAMT TECH | CC SETTLement | 962.50 |
| | 9-3-13 | PAYMT TECH | CC SETTLement | 607.05 |
| | 9-3-13 | Amex Express | SETTLement | 305.17 |
| | 9-3-13 | Amex Express | SETTLement | 147.64 |
| | 9-3-13 | Amex Express | SETTLement | 59.00 |
| | 9-4-13 | PYMT TECH | CC SETTLement | 376.05 |
| | 9-4-13 | AMEX Express | SETTLement | 190.09 |
| | 9-5-13 | BISTRO | BEER PURCHASE | 700.00 |
| | 9-5-13 | DAILY | CASH | 90.71 |
| | 9-5-13 | DAILY | CASH | 44.58 |
| | 9-5-13 | DAILY | CASH | 38.00 |
| | 9-5-13 | DAILY | CASH | 21.60 |
| | 9-5-13 | PYMT TECH | CC SETTLement | 662.30 |
| | 9-5-13 | AMEX Express | SETTLement | 30.01 |
| | 9-6-13 | PAYMT TECH | CC SETTLement | 622.80 |
| | 9-6-13 | Amex | SETTLement | 18.43 |
| | 9-6-13 | CENTRAL Ins | Insurance Paymt | 125000.00 |
| | 9-9-13 | AlliANCE | PAYMENT | 2678.00 |
| | 9-9-13 | PYMT TECH | CC SETTLement | 1644.95 |
| | 9-9-13 | PYMT TECH | CC SETTLement | 1457.80 |
| | 9-9-13 | PYMT TECH | CC SETTLement | 1210.05 |
| | 9-9-13 | Amex | SETTLement | 86.31 |
| | 9-9-13 | Amex | SETTLement | 64.12 |
| | 9-10-13 | PAYMT TECH | CC SETTLement | 401.85 |
| | 9-10-13 | Amex | SETTLement | 42.55 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|

140322.21

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

*Deposits + Additions*

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 9-11-13 | BISTRO | BEER PURCHASE | 1242.00 |
| | 9-11-13 | DAILY | CASH | 408.24 |
| | 9-11-13 | DAILY | CASH | 371.95 |
| | 9-11-13 | DAILY | CASH | 305.00 |
| | 9-11-13 | DAILY | CASH | 182.51 |
| | 9-11-13 | DAILY | CASH | 130.82 |
| | 9-11-13 | DAILY | CASH | 99.60 |
| | 9-11-13 | DAILY | CASH | 28.65 |
| | 9-11-13 | DAILY ALLIANCE | PYMT | 8028.75 |
| | 9-11-13 | PYMT TECH | CC SETTLEMENT | 506.05 |
| | 9-12-13 | PYMT TECH | CC SETTLEMENT | 862.50 |
| | 9-12-13 | PYMT TECH | CC SETTLEMENT | 888.50 |
| | 9-13-13 | PYMT TECH | SETTLEMENT | 16.35 |
| | 9-16-13 | DAILY | CASH | 229.30 |
| | 9-16-13 | DAILY | CASH | 220.35 |
| | 9-16-13 | DAILY | CASH | 133.75 |
| | 9-16-13 | DAILY | CASH | 130.45 |
| | 9-16-13 | DAILY | CASH | 106.35 |
| | 9-16-13 | PAYMT TECH | CC SETTLEMENT | 2331.70 |
| | 9-16-13 | PYMT TECH | CC SETTLEMENT | 1374.20 |
| | 9-16-13 | PYMT TECH | CC SETTLEMENT | 897.40 |
| | 9-16-13 | AMEX | SETTLEMENT | 71.35 |
| | 9-16-13 | AMEX | SETTLEMENT | 64.27 |
| | 9-17-13 | PYMT TECH | SETTLEMENT | 295.35 |
| | 9-17-13 | AMEX | SETTLEMENT | 103.15 |
| | 9-18-13 | DAILY | CASH | 207.15 |
| | 9-18-13 | DAILY | CASH | 123.40 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|
| | 19359.09 |

CASE NAME: NIMBUS BREWING COMPANY, LLC

CASE NO.: 4:12-bk-08122-JMM

3

SEPTEMBER

2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

Deposits + Additions

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 9-18-13 | Pymt Tech | CC Settlement | 581.25 |
| | 9-18-13 | Amex | Settlement | 46.95 |
| | 9-19-13 | Daily | Cash | 186.45 |
| | 9-19-13 | Pymt Tech | CC Settlement | 786.15 |
| | 9-19-13 | Amex | Settlement | 41.69 |
| | 9-19-13 | Square Inc | Pyment | .97 |
| | 9-19-13 | Square Inc | Pyment | .19 |
| | 9-20-13 | Bistro | Beer Purchase | 2501.00 |
| | 9-20-13 | Daily | Cash | 166.85 |
| | 9-20-13 | Pymt Tech | CC Settlement | 422.35 |
| | 9-20-13 | Amex | Settlement | 47.38 |
| | 9-23-13 | Purchase Return | Return | 25.94 |
| | 9-23-13 | Alliance | Pyment | 2892.00 |
| | 9-23-13 | Pymt Tech | CC Settlement | 1592.00 |
| | 9-23-13 | Pymt Tech | CC Settlement | 1256.45 |
| | 9-23-13 | Pymt Tech | CC Settlement | 870.40 |
| | 9-23-13 | Amex | Settlement | 481.52 |
| | 9-24-13 | Pymt Tech | CC Settlement | 12.99 |
| | 9-24-13 | Omex | Settlement | 458.10 |
| | 9-25-13 | Pymt Tech | CC Settlement | 64.89 |
| | 9-25-13 | Amex | Settlement | 242.90 |
| | 9-26-13 | Pymt Tech | CC Settlement | 31.31 |
| | 9-27-13 | Daily | Cash | 864.90 |
| | 9-27-13 | Daily | Cash | 534.00 |
| | 9-27-13 | Daily | Cash | 466.65 |
| | 9-27-13 | Daily | Cash | 167.20 |
| | | | | 143.65 |

TOTAL CHECKS - THIS PAGE

14897.53

4

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

SEPTEMBER
2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 9-27-13 | DAILY | CASH | 98.90 |
| | 9-27-13 | DAILY | CASH | 66.60 |
| | 9-27-13 | DAILY | CASH | 34.70 |
| | 9-27-13 | PYMT TECH | CC SETTLEMENT | 1266.30 |
| | 9-27-13 | AMEX | SETTLEMENT | 41.30 |
| | 9-30-13 | DAILY | CASH | 135.25 |
| | 9-30-13 | PYMT TECH | CC SETTLEMENT | 1972.80 |
| | 9-30-13 | PYMT TECH | CC SETTLEMENT | 1236.85 |
| | 9-30-13 | PYMT TECH | CC SETTLEMENT | 1148.40 |
| | 9-30-13 | SQUARE Inc | SETTLEMENT | 376.34 |
| | 9-30-13 | AMEX | SETTLEMENT | 97.65 |
| | 9-30-13 | Amex | SETTLEMENT | 54.57 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL CHECKS - THIS PAGE**

6529.66

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

SEPTEMBER 2013

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*Checks PAID*

Account # 0345.

Bank Name *CHASE*

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| CHECKS ISSUED | | | | |
| 5666 | 9-10-13 | P SOUTHWEST | lease Pymt | 8926.00 |
| 5706 | 9-25-13 | US FOODS | KITCHEN / FOOD | 4412.58 |
| 5711 | 9-26-13 | JOHN ADKINSON | | 800.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL CHECKS - THIS PAGE | | | | |

$ 13638.58

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

SEPTEMBER
2013

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT WITHDRAWALS

Account # 0345

Bank Name CHASE

| | | CHECKS ISSUED | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 9-3-13 | Consolidated Elen | Repair Brewhouse | 89.39 |
| | 9-4-13 | Valero | GAS / mn. | 50.01 |
| | 9-4-13 | QT | GAS / Delivery Truck | 84.00 |
| | 9-5-13 | Mail Mart | CAR Maintence | 15.37 |
| | 9-5-13 | Ameriprise | Auto ens | 569.02 |
| | 9-6-13 | TEP | Electric | 805.67 |
| | 9-6-13 | Direct TV | Taproom TVs | 94.94 |
| | 9-9-13 | Office Depot | Office Supplies | 64.84 |
| | 9-9-13 | Priceline.com | Sales, Hotel | 439.33 |
| | 9-9-13 | Priceline.com | Sales, car rental | 162.60 |
| | 9-9-13 | Valero | GAS, Sales | 38.62 |
| | 9-9-13 | Groupon | Employee incentive | 169.60 |
| | 9-9-13 | Groupon | Employee incentive | 25.00 |
| | 9-9-13 | HNS | Internet Taproom | 69.99 |
| | 9-10-13 | Protection One | Alarm System | 61.67 |
| | 9-11-13 | Brewers Sup. | Brewhouse supplies | 893.07 |
| | 9-13-13 | Jack Furrier | Tire Truck | 493.60 |
| | 9-16-13 | Corner Store | GAS, Truck Delivery | 86.77 |
| | 9-16-13 | USPS | Shipping | 57.60 |
| | 9-17-13 | Valero | GAS / Co Car | 50.80 |
| | 9-18-13 | Fabrication | Brewhouse Repairs | 2300.00 |
| | 9-18-13 | Tucson H2O | H2O Bill | 369.76 |
| | 9-18-13 | Target | Taproom Decorations | 79.55 |
| | 9-19-13 | Square | Test | 1.00 |
| | 9-20-13 | Direct TV | TV's Taproom | 255.90 |
| | 9-23-13 | Valero | GAS Mgr | 40.55 |
| | 9-23-13 | Valero | GAS Co, Sales | 56.15 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|
| | 7417.20 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

2
SEPTEMBER
2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 9-23-13 | QT | GAS, DELIVERY TRUCK | 85.76 |
| | 9-23-13 | AUTO ZONE | CO. CAR REPAIRS | 205.36 |
| | 9-23-13 | AUTO ZONE | CO CAR MAINTENCE | 135.15 |
| | 9-26-13 | AMAZON | BOOK ARDUINO BREW | 11.31 |
| | 9-26-13 | PARTY CITY | DECORATIONS TARRR | 25.86 |
| | 8-26-13 | QT | GAS, CO TRUCK | 77.45 |
| | 9-26-13 | FEDEX | SHIPPING | 57.38 |
| | 9-27-13 | WALMART | TARROOM MAINTENCE | 181.01 |
| | 9-30-13 | VALERO | GAS, SALES | 53.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL CHECKS - THIS PAGE

8330.30

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

SEPTEMBER 2013

1

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

ELECTRONIC
WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 9-3-13 | COMPUPAY | TAXES PAYROLL | 3316.56 |
| | 9-3-13 | PAYMT-TECH | FEE | 795.68 |
| | 9-3-13 | COMPUPAY | WORKMANS COMP FEE | 234.65 |
| | 9-3-13 | COMPUPAY | PAYROLL FEE | 111.44 |
| | 9-4-13 | GREAT WESTERN | GRAIN ORDER | 1389.00 |
| | 9-4-13 | REWARDS NWRK | SETTLEMENT FEE | 308.18 |
| | 9-5-13 | GE CAPITAL | PYMT | 17.31 |
| | 9-5-13 | VERIZON | CO PHONE | 102.30 |
| | 9-10-13 | TIGER PRESS | PYMT, 6PK CARRIERS | 15000.00 |
| | 9-11-13 | REWARDS NET | SETTLEMENT | 401.62 |
| | 9-11-13 | AFLAC | INS PYMT | 357.65 |
| | 9-11-13 | COX | TVS TAPROOM | 321.18 |
| | 9-12-13 | AETNA | INS PAYMT | 2054.00 |
| | 9-12-13 | ACHIEVE VISA | CO CELL PHONE | 312.13 |
| | 9-16-13 | COMPUPAY | TAXES PAYROLL | 3329.82 |
| | 9-16-13 | COMPUPAY | WORKMANS COMP. | 233.54 |
| | 9-16-13 | COMPUPAY | PAYROLL | 114.47 |
| | 9-18-13 | REWARDS NET | SETTLEMENT FEE | 165.75 |
| | 9-19-13 | TIGER PRESS | 6PK CARRIES | 15000.00 |
| | 9-19-13 | CHASE | CO CAR | 737.94 |
| | 9-19-13 | SQUARE | PAYMENT | .49 |
| | 9-20-13 | CELTRAT INS | INS PREMIUM | 914.67 |
| | 9-24-13 | RMS | | 2.05 |
| | 9-25-13 | REWARDS NET | SETTLEMENT FEE | 525.15 |
| | | | | |
| | | | | |
| | | | | |

TOTAL CHECKS - THIS PAGE

$45710.58

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

FEES + OTHER WITHDRAWALS

Account # 0345

Bank Name CHASE

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | 9-3-13 | CHASE | MONTHLY FEE | 25.00 |
| | 9-10-13 | CHASE | CHECKS | 91.00 |
| | 9-10-13 | CHASE | WIRE FEE | 30.00 |
| | 9-19-13 | CHASE | WIRE FEE | 30.00 |
| | 9-30-13 | CHASE | SERVICE FEE | 17.20 |
| | 9-3-13 | U.S. TRUSTLE | PYMT | 6756.89 |
| 33072 | 9-3-13 | | PAYROLL | 684.80 |
| 33071 | 9-3-13 | | PAYROLL | 880.35 |
| 33070 | 9-3-13 | | PAYROLL | 442.57 |
| 33069 | 9-3-13 | | PAYROLL | 87.91 |
| 33067 | 9-3-13 | | PAYROLL | 459.95 |
| 33063 | 9-3-13 | | PAYROLL | 964.71 |
| 33061 | 9-3-13 | | PAYROLL | 223.38 |
| 33059 | 9-3-13 | | PAYROLL | 964.52 |
| 5659 | 9-3-13 | SOUTHER LINE | TAPROOM WINE | 188.54 |
| 5660 | 9-4-13 | SUNLAND FOODS | KITCHEN/FOOD | 103.48 |
| 33068 | 9-4-13 | | PAYROLL | 174.28 |
| 33066 | 9-4-13 | | PAYROLL | 181.24 |
| 33065 | 9-4-13 | | PAYROLL | 99.95 |
| 33074 | 9-4-13 | | PAYROLL | 475.26 |
| 33058 | 9-4-13 | | PAYROLL | 458.45 |
| 5661 | 9-4-13 | LUIS ELIZALDE | LANDSCAPE CONTRACT | 318.75 |
| 33073 | 9-5-13 | | PAYROLL | 590.42 |
| 33064 | 9-5-13 | | PAYROLL | 58.46 |
| 33062 | 9-5-13 | | PAYROLL | 193.45 |
| 33041 | 9-5-13 | | PAYROLL | 240.47 |
| 5662 | 9-5-13 | US FOODS | KITCHEN/FOOD | 1421.02 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|
| | 16162.07 |

2

SEPTEMBER 2013

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

*FEES + OTHER WITHDRAWALS*

Account # 0345

Bank Name CHASE

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 33060 | 9-6-13 | | PAYROLL | 368.81 |
| 5669 | 9-6-13 | | PAYROLL | 1500.00 |
| 8674 | 9-9-13 | | PAYROLL | 200.00 |
| 33056 | 9-9-13 | | PAYROLL | 1755.20 |
| 5663 | 9-9-13 | KALIL | CO2 REFILLS | 131.60 |
| 5666 | 9-10-13 | CT SMITH WEST | lease pymt | 8436.00 |
| 5684 | 9-11-13 | SECURE DENTAL | DENTAL INS | 139.19 |
| 33057 | 9-11-13 | | PAYROLL | 2786.02 |
| 5679 | 9-11-13 | PAPER + RIBBON | TAPROOM SUPPLIES | 114.53 |
| 5680 | 9-11-13 | STERN PRODUCE | KITCHEN / FOOD | 2335.77 |
| 5675 | 9-11-13 | TEDC | ELECTRIC BILL | 4164.32 |
| 5670 | 9-11-13 | SUNLAND FOODS | KITCHEN / FOOD | 95.03 |
| 5665 | 9-12-13 | US FOODS | KITCHEN / FOOD | 6360.64 |
| 5687 | 9-12-13 | TRULY NOLEN | PEST CONTROL | 740.00 |
| 5685 | 9-12-13 | WATER TEK | BREWHOUSE | 424.00 |
| 5694 | 9-12-13 | | PAYROLL | 2500.00 |
| 5681 | 9-12-13 | ALL IN ONE STEAM | KITCHEN HOODS | 290.00 |
| 5672 | 9-12-13 | JOHN ZOVIZO | BREWHOUSE MATT | 400.00 |
| 5676 | 9-13-13 | TUCSON CONTAINER - PKGING MAT | | 2880.00 |
| 5678 | 9-13-13 | PRUDENTIAL | TAPROOM CLOTHES etc | 748.56 |
| 5628 | 9-13-13 | STATE OF ILLISN | LISN ILL DIST. | 90.00 |
| 5686 | 9-16-13 | WHT LABS | BREW HSE SUPPLIES | 213.27 |
| 5682 | 9-16-13 | SWISHER | BATHROOM MAINTE/CLE | 1069.99 |
| 5677 | 9-16-13 | FAST ENNT | BREWHOUSE MATT | 156.00 |
| 5688 | 9-16-13 | TEDC | ELECTRIC BILL | 390.00 |
| 5683 | 9-16-13 | FEDEX | SHIPPING | 98.00 |
| 5692 | 9-16-13 | CHASE | PYMENT | 987.02 |
| | | | TOTAL CHECKS - THIS PAGE | |

38958.90

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

FEES + OTHER WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | CHECKS ISSUED | |
| 5691 | 9-16-13 | HOMEBREWS | BREWHOUSE SUPPLIES | 170.00 |
| 5667 | 9-16-13 | BOTTLE SHOP | GLASSWARE/BOTTLES | 12372.00 |
| 33079 | 9-16-13 | | PAYROLL | 258.71 |
| 33090 | 9-16-13 | | PAYROLL | 646.45 |
| 33089 | 9-16-13 | | PAYROLL | 707.77 |
| 33084 | 9-16-13 | | PAYROLL | 420.60 |
| 5668 | 9-16-13 | US TRUSTEE | PAYMENT | 650.00 |
| 33091 | 9-17-13 | | PAYROLL | 516.26 |
| 33088 | 9-17-13 | | PAYROLL | 880.35 |
| 33087 | 9-17-13 | | PAYROLL | 530.91 |
| 33086 | 9-17-13 | | PAYROLL | 123.14 |
| 33085 | 9-17-13 | | PAYROLL | 201.01 |
| 33081 | 9-17-13 | | PAYROLL | 984.65 |
| 33078 | 9-17-13 | | PAYROLL | 984.52 |
| 5695 | 9-17-13 | OFFICE MAX | OFFICE SUPPLIES | 75.43 |
| 5696 | 9-17-13 | TUCSON CONTAINER | - PACKAGING MAT | 2956.61 |
| 33080 | 9-18-13 | | PAYROLL | 193.45 |
| 33083 | 9-18-13 | | PAYROLL | 180.43 |
| 5697 | 9-18-13 | DP SOLUTIONS | PRINTING LABELS | 1800.00 |
| 5690 | 9-18-13 | VIROS | KITCHEN / FOOD | 1545.76 |
| 33082 | 9-19-13 | | PAYROLL | 58.26 |
| 5699 | 9-19-13 | STELLA PHILLIPS | TAXES, ACCOUNTANT | 9610.00 |
| 5703 | 9-19-13 | KEVINS CARPET | CARPET CLEAN TAPRM | 165.00 |
| 33077 | 9-19-13 | | PAYROLL | 487.81 |
| 5701 | 9-19-13 | US FOODS | KITCHEN / FOOD | 613.43 |
| 33076 | 9-20-13 | | PAYROLL | 2786.02 |
| 5705 | 9-20-13 | PEPSI | SODA / TAPROOM | 187.65 |
| | | | TOTAL CHECKS - THIS PAGE | 33126.22 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

4
SEPTEMBER
2013

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Account # 0345

FEES + OTHER WITHDRAWALS

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5714 | 9-20-13 | John Lopez | (INTRACT, BREWERY) HAND | 2500.00 |
| 5703 | 9-20-13 | WASTE MGMT | TRASH | 435.19 |
| 33075 | 9-23-13 | | PAYROLL | 1755.30 |
| 5671 | 9-23-13 | K6 CREDIT | KEG LEASE PYMT | 7087.20 | ✱ |
| 5704 | 9-23-13 | FEDEX | SHIPPING | 16.87 |
| 5689 | 9-23-13 | DICKMANS DELI | FOOD / KITCHEN | 872.00 |
| 5707 | 9-24-13 | | PAYROLL | 52.60 |
| 5700 | 9-24-13 | KALIL | CO2 REFILS | 84.60 |
| 5706 | 9-25-13 | US FOODS | KITCHEN / FOOD | 4412.00 |
| 5711 | 9-26-13 | JOHN ADKINSON | BREWING SERVICE | 800.00 |
| 5751 | 9-27-13 | SOUTHERN WINE | WINE TAPROOM | 338.64 |
| 5717 | 9-27-13 | PEPSI | SODA / TAPROOM | 187.65 |
| 5713 | 9-30-13 | PROLINE GRAPICS | T-SHIRTS RESALE | 2883.25 |
| 5709 | 9-30-13 | AZ ATT GENERAL | PYMENT | 1738.36 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL CHECKS - THIS PAGE**

23162.96

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT D

| UNPAID BILLS | Date Incurred | Who is owed the money? | Purpose of the Debt | Amount Owed | Payment Due Date |
|---|---|---|---|---|---|
| Itemize Accounts Payable * | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Taxes Payable – | | | | | |
| | | | | | |
| | | | | | |
| Itemize Notes Payable – | | | | | |
| | | | | | |
| | | | | | |
| Itemize Professional Fees Payable – | | | | | |
| | | | | | |
| | | | | | |
| Itemize Secured Debt – | | | | | |
| | | | | | |
| | | | | | |
| Other – | | | | | |
| | | | | | |
| | | | | | |
| Total Payables (same as page 3 of the report) | | | | | |

*Debtor may attach a separate Accounts Payable list if there are numerous debts.

# EXHIBIT E

TRADE ACCOUNTS RECEIVABLES*

| Who Owes You the Money | Amount Owed | Due Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Accounts Receivable | | |
| Less Discounts/Returns/etc. | | |
| Net Accounts Receivable | | |

| OTHER RECEIVABLES | Amount Owed | Due Date |
|---|---|---|
| Amounts owed by insiders - | | |
| | | |
| | | |
| | | |
| Amounts owed by employees - | | |
| | | |
| | | |
| Amounts owed by others (explain) - | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL RECEIVALBLES (same as report, page 3) | |
|---|---|
| | |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT F

Attach copies of bank statements for all open bank accounts.

If the bank statements do not cover activity from the first day to the last day of the month, attach the statements which include the majority of the applicable month's activity.

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

August 31, 2013 through September 30, 2013

Account Number:                    0345

Ilulululululullululululululululululullulllull
00004297 DRI 601 151 27413 NNNNNNNNNNN 1 000000000 63 0000
NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$17,251.13** |
| Deposits and Additions | 93 | 181,008.49 |
| Checks Paid | 3 | - 13,638.58 |
| ATM & Debit Card Withdrawals | 36 | - 8,249.51 |
| Electronic Withdrawals | 24 | - 45,740.58 |
| Fees and Other Withdrawals | 23 | - 90,684.61 |
| **Ending Balance** | **179** | **$39,946.34** |

*158 313.28*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | $1,585.10 |
| 09/03 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | 1,330.35 |
| 09/03 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | 962.50 |
| 09/03 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | 607.65 |
| 09/03 | American Express Settlement 5021111257     CCD ID: 1134992250 | 305.17 |
| 09/03 | American Express Settlement 5021111257     CCD ID: 1134992250 | 147.64 |
| 09/03 | American Express Settlement 5021111257     CCD ID: 1134992250 | 59.00 |
| 09/04 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | 376.65 |
| 09/04 | American Express Settlement 5021111257     CCD ID: 1134992250 | 190.09 |
| 09/05 | Deposit | 700.00 |
| 09/05 | Deposit | 90.71 |
| 09/05 | Deposit | 44.58 |
| 09/05 | Deposit | 38.00 |
| 09/05 | Deposit | 21.60 |
| 09/05 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | 662.30 |
| 09/05 | American Express Settlement 5021111257     CCD ID: 1134992250 | 30.01 |
| 09/06 | Paymentech     Deposit  5169720     CCD ID: 1020401225 | 622.80 |
| 09/06 | American Express Settlement 5021111257     CCD ID: 1134992250 | 18.43 |

## DEPOSITS AND ADDITIONS   *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 09/09 | Central Mutual I Payments  Nimbus      CCD ID: 1311607892 | 125,000.00 |
| 09/09 | Alliance Pmd      Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 2,628.00 |
| 09/09 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 1,644.95 |
| 09/09 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 1,451.80 |
| 09/09 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 1,210.05 |
| 09/09 | American Express Settlement 5021111257      CCD ID: 1134992250 | 86.31 |
| 09/09 | American Express Settlement 5021111257      CCD ID: 1134992250 | 64.12 |
| 09/10 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 401.85 |
| 09/10 | American Express Settlement 5021111257      CCD ID: 1134992250 | 42.55 |
| 09/11 | Deposit    1154822273 | 1,247.00 |
| 09/11 | Deposit    1154822274 | 408.24 |
| 09/11 | Deposit    1154822281 | 371.95 |
| 09/11 | Deposit    1154822275 | 305.00 |
| 09/11 | Deposit    1154822272 | 182.51 |
| 09/11 | Deposit    1154344255 | 130.82 |
| 09/11 | Deposit | 94.60 |
| 09/11 | Deposit    1154822276 | 28.65 |
| 09/11 | Alliance Pmd      Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 8,028.75 |
| 09/11 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 506.05 |
| 09/12 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 862.50 |
| 09/13 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 888.50 |
| 09/13 | American Express Settlement 5021111257      CCD ID: 1134992250 | 16.35 |
| 09/16 | Deposit | 229.30 |
| 09/16 | Deposit | 220.35 |
| 09/16 | Deposit | 133.75 |
| 09/16 | Deposit | 130.45 |
| 09/16 | Deposit | 106.35 |
| 09/16 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 2,231.70 |
| 09/16 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 1,374.20 |
| 09/16 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 897.40 |
| 09/16 | American Express Settlement 5021111257      CCD ID: 1134992250 | 71.35 |
| 09/16 | American Express Settlement 5021111257      CCD ID: 1134992250 | 64.27 |
| 09/17 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 295.35 |
| 09/17 | American Express Settlement 5021111257      CCD ID: 1134992250 | 103.15 |
| 09/18 | Deposit | 207.15 |
| 09/18 | Deposit | 123.40 |
| 09/18 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 581.25 |
| 09/18 | American Express Settlement 5021111257      CCD ID: 1134992250 | 46.95 |
| 09/19 | Deposit | 166.45 |
| 09/19 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 786.15 |
| 09/19 | American Express Settlement 5021111257      CCD ID: 1134992250 | 41.69 |
| 09/19 | Square Inc      130919C2  M183096450    CCD ID: 9424300002 | 0.97 |
| 09/19 | Square Inc      130919A2  M182913097    CCD ID: 9424300002 | 0.49 |
| 09/20 | Deposit | 2,501.00 |
| 09/20 | Deposit | 166.85 |
| 09/20 | Paymentech      Deposit    5169720      CCD ID: 1020401225 | 422.35 |
| 09/20 | American Express Settlement 5021111257      CCD ID: 1134992250 | 47.38 |

Page 2 of 10


## DEPOSITS AND ADDITIONS    (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/23 | Card Purchase Return   09/21 Autozone #2740 Tucson AZ Card 1216 | 25.94 |
| 09/23 | Alliance Pmd    Payment    Abd1-Abd1200001 CCD ID: 9000000052 | 2,892.00 |
| 09/23 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,597.60 |
| 09/23 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,256.45 |
| 09/23 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 870.40 |
| 09/23 | American Express Settlement 5021111257     CCD ID: 1134992250 | 487.52 |
| 09/23 | American Express Settlement 5021111257     CCD ID: 1134992250 | 12.49 |
| 09/24 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 458.10 |
| 09/24 | American Express Settlement 5021111257     CCD ID: 1134992250 | 64.89 |
| 09/25 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 242.90 |
| 09/25 | American Express Settlement 5021111257     CCD ID: 1134992250 | 31.31 |
| 09/26 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 864.90 |
| 09/27 | Deposit | 554.00 |
| 09/27 | Deposit | 466.65 |
| 09/27 | Deposit | 167.20 |
| 09/27 | Deposit | 143.65 |
| 09/27 | Deposit | 98.90 |
| 09/27 | Deposit | 66.60 |
| 09/27 | Deposit | 34.70 |
| 09/27 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,266.30 |
| 09/27 | American Express Settlement 5021111257     CCD ID: 1134992250 | 41.30 |
| 09/30 | Deposit | 135.25 |
| 09/30 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,972.80 |
| 09/30 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,236.85 |
| 09/30 | Paymentech    Deposit    5169720        CCD ID: 1020401225 | 1,148.40 |
| 09/30 | Square Inc    130930B2  M185032800      CCD ID: 9424300002 | 376.34 |
| 09/30 | American Express Settlement 5021111257     CCD ID: 1134992250 | 97.65 |
| 09/30 | American Express Settlement 5021111257     CCD ID: 1134992250 | 54.57 |
| **Total Deposits and Additions** | | **$181,008.49** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 5666  ^ | | 09/10 | $8,426.00 |
| 5706  * ^ | | 09/25 | 4,412.58 |
| 5711  * ^ | | 09/26 | 800.00 |
| **Total Checks Paid** | | | **$13,638.58** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.


## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 09/03 | Card Purchase    08/30 Consolidated Welding & Tucson AZ Card 1216 | $89.39 |
| 09/04 | Card Purchase    09/02 Valero 1714 Tucson AZ Card 1216 | 50.01 |
| 09/04 | Card Purchase    09/03 Qt 1453    91014530 Tucson AZ Card 7783 | 84.00 |
| 09/05 | Card Purchase With Pin   09/05 Maintenance Mart-Tucso Tucson AZ Card 1216 | 15.37 |
| 09/05 | Recurring Card Purchase 09/04 Ameriprise Ins Auto ID 800-5352001 WI Card 1216 | 569.02 |
| 09/06 | Card Purchase    09/05 Tucson Electric/Ez-PA 520-623-7711 AZ Card 7783 | 805.67 |
| 09/06 | Recurring Card Purchase 09/06 Dtv*Directv Service 800-347-3288 CA Card 1216 | 94.94 |
| 09/09 | Card Purchase    09/06 Office Depot #2288 Tuscan AZ Card 1216 | 64.84 |
| 09/09 | Card Purchase    09/07 Pln*Priceline.Com Air 800-340-0575 CT Card 7783 | 439.33 |
| 09/09 | Card Purchase    09/07 Pln*Priceline.Com Rnt 888-837-3774 CT Card 7783 | 162.60 |
| 09/09 | Card Purchase    09/07 Valero 1714 Tucson AZ Card 1216 | 38.62 |
| 09/09 | Card Purchase    09/08 Groupon Inc 877-788-7858 IL Card 7783 | 169.00 |
| 09/09 | Card Purchase    09/08 Groupon Inc 877-788-7858 IL Card 7783 | 25.00 |
| 09/09 | Card Purchase    09/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 69.99 |
| 09/10 | Card Purchase    09/09 Protection 1 800-4384357 KS Card 1216 | 61.67 |
| 09/11 | Card Purchase    09/10 Brewers Supply Group-B 800-3742739 MN Card 1216 | 892.07 |
| 09/13 | Card Purchase    09/11 Jack Furrier Tireauto 5 Tucson AZ Card 1216 | 493.60 |
| 09/16 | Card Purchase    09/12 Corner Store 1609 Tucson AZ Card 7783 | 86.77 |
| 09/16 | Card Purchase With Pin   09/16 Usps 0388980724 Tucson AZ Card 1216 | 51.60 |
| 09/17 | Card Purchase    09/15 Valero 1714 Tucson AZ Card 1216 | 50.08 |
| 09/18 | Card Purchase    09/16 BC Fabrication 916-9443916 CA Card 7783 | 2,300.00 |
| 09/18 | Card Purchase    09/17 Tucson Water 520-791-5080 AZ Card 1216 | 369.76 |
| 09/18 | Card Purchase With Pin   09/18 Target T0855 Tucson AZ Card 1216 | 79.55 |
| 09/19 | Card Purchase    09/18 Sq *Patricia Counts Tucson AZ Card 1216 | 1.00 |
| 09/20 | Recurring Card Purchase 09/20 Dtv*Directv Service 800-347-3288 CA Card 1216 | 255.90 |
| 09/23 | Card Purchase    09/19 Valero 1714 Tucson AZ Card 1216 | 40.55 |
| 09/23 | Card Purchase    09/20 Valero 1714 Tucson AZ Card 1216 | 56.15 |
| 09/23 | Card Purchase    09/20 Qt 1479    91014795 Tucson AZ Card 7783 | 85.76 |
| 09/23 | Card Purchase    09/21 Autozone #2740 Tucson AZ Card 1216 | 205.36 |
| 09/23 | Card Purchase    09/21 Autozone #2740 Tucson AZ Card 1216 | 135.15 |
| 09/26 | Card Purchase    09/25 Amazon.Com Amzn.Com/Bill WA Card 7783 | 11.31 |
| 09/26 | Card Purchase    09/25 Party City #162 Tucson AZ Card 1216 | 25.86 |
| 09/26 | Card Purchase    09/25 Qt 1479    91014795 Tucson AZ Card 7783 | 77.45 |
| 09/26 | Recurring Card Purchase 09/25 Fedex 441437451 800-4633339 TN Card 1216 | 57.38 |
| 09/27 | Card Purchase With Pin   09/26 Wal-Mart #1291 Tucson AZ Card 1216 | 181.01 |
| 09/30 | Card Purchase    09/28 Valero 1714 Tucson AZ Card 1216 | 53.75 |

**Total ATM & Debit Card Withdrawals**          **$8,249.51**

## ATM & DEBIT CARD SUMMARY

Patricia S Counts   Card 1216

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,002.62 |

| | | |
|---|---|---:|
| Total Card Deposits & Credits | | $25.94 |
| James C Counts  Card 7783 | | |
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $4,246.89 |
| Total Card Deposits & Credits | | $0.00 |
| ATM & Debit Card Totals | | |
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $8,249.51 |
| Total Card Deposits & Credits | | $25.94 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/03 | Compupay, Inc  Tax Col  003074361        CCD ID: 1592022495 | $3,316.56 |
| 09/03 | Paymentech      Fee    5169720      CCD ID: 1020401225 | 795.68 |
| 09/03 | Compupay, Inc  Wc Debits 003-074361        CCD ID: 5592022495 | 234.65 |
| 09/03 | Compupay Billing Miramar AR 003 74361        CCD ID: 1592022495 | 111.44 |
| 09/04 | Gwm-Chgo Mb    Payment  Gwm-1748      CCD ID: 3333306048 | 1,384.00 |
| 09/04 | Rewards Network  Settlement 24525-020632071 CCD ID: 9000009744 | 308.18 |
| 09/05 | 09/05 Online Payment 3466092215 To Ge Capital Retail Bank | 17.31 |
| 09/05 | Verizon Wireless Payments              PPD ID: 4223344794 | 102.30 |
| 09/10 | 09/10 Fedwire Debit Via: Chicopee Svg Mass/211871866 A/C: Tiger Press Imad: 0910B1Qgc05C005133 Trn: 4413300253Es | 15,000.00 |
| 09/11 | Rewards Network  Settlement 24548-020643630 CCD ID: 9000009744 | 401.62 |
| 09/11 | Aflac          Insurance  Rn430008732      CCD ID: 2580663085 | 357.65 |
| 09/11 | Cox Enterprises  Broadband  6083306        Web ID: 0000178541 | 321.18 |
| 09/12 | Aetna Sm Grp    Cip Sm Grp 84777481      CCD ID: 7066033492 | 2,054.00 |
| 09/12 | Achivr Visb      Bill Pymnt 8956779      Tel ID: 0000751800 | 312.13 |
| 09/16 | Compupay, Inc  Tax Col  003074361        CCD ID: 1592022495 | 3,329.82 |
| 09/16 | Compupay, Inc  Wc Debits 003-074361        CCD ID: 5592022495 | 233.54 |
| 09/16 | Compupay Billing Miramar AR 003 74361        CCD ID: 1592022495 | 114.47 |
| 09/18 | Rewards Network  Settlement 24572-020655361 CCD ID: 9000009744 | 165.75 |
| 09/19 | 09/19 Fedwire Debit Via: Chicopee Svg Mass/211871866 A/C: Tiger Press Imad: 0919B1Qgc02C005215 Trn: 4188700262Es | 15,000.00 |
| 09/19 | 09/19 Online Payment 3489813709 To Chase Auto Finance | 737.94 |
| 09/19 | Square Inc      130919A2  M182909652      CCD ID: 9424300002 | 0.49 |
| 09/20 | Central Ins Cos  Insur Prem          PPD ID: 1344202560 | 914.67 |
| 09/24 | 09/24 Online Payment 3459691683 To Rms | 2.05 |
| 09/25 | Rewards Network  Settlement 24596-020667107 CCD ID: 9000009744 | 525.15 |
| **Total Electronic Withdrawals** | | **$45,740.58** |


## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/03 | Chase ACH Payments Monthly Fee | | $25.00 |
| 09/03 | List Posted Items Quantity | 9 | 4,896.23 |
| 09/04 | List Posted Items Quantity | 7 | 1,811.43 |
| 09/05 | List Posted Items Quantity | 5 | 2,503.87 |
| 09/06 | List Posted Items Quantity | 2 | 1,868.81 |
| 09/09 | List Posted Items Quantity | 3 | 2,086.80 |
| 09/10 | Check OR Supply Order | PPD ID: 1410216800 | 91.00 |
| 09/10 | Outgoing Domestic Wire Fee | | 30.00 |
| 09/11 | List Posted Items Quantity | 6 | 9,634.86 |
| 09/12 | List Posted Items Quantity | 6 | 10,714.64 |
| 09/13 | List Posted Items Quantity | 3 | 3,718.56 |
| 09/16 | List Posted Items Quantity | 13 | 17,734.87 |
| 09/17 | List Posted Items Quantity | 8 | 4,316.27 |
| 09/18 | List Posted Items Quantity | 5 | 6,676.25 |
| 09/19 | Outgoing Domestic Wire Fee | | 30.00 |
| 09/19 | List Posted Items Quantity | 5 | 3,934.50 |
| 09/20 | List Posted Items Quantity | 4 | 5,908.86 |
| 09/23 | 09/23 Withdrawal | | 6,756.89 |
| 09/23 | List Posted Items Quantity | 3 | 2,644.07 |
| 09/24 | List Posted Items Quantity | 2 | 136.60 |
| 09/27 | List Posted Items Quantity | 2 | 526.29 |
| 09/30 | Service Fee | | 17.20 |
| 09/30 | List Posted Items Quantity | 2 | 4,621.61 |
| **Total Fees & Other Withdrawals** | | | **$90,684.61** |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 243 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 09/03 | $12,779.59 | 09/17 | 75,935.44 |
| 09/04 | 9,708.71 | 09/18 | 67,302.88 |
| 09/05 | 8,088.04 | 09/19 | 48,594.70 |
| 09/06 | 5,959.85 | 09/20 | 44,652.85 |
| 09/09 | 134,988.90 | 09/23 | 41,871.32 |
| 09/10 | 111,824.63 | 09/24 | 42,255.66 |
| 09/11 | 111,520.82 | 09/25 | 37,592.14 |
| 09/12 | 99,302.55 | 09/26 | 37,485.04 |
| 09/13 | 95,995.24 | 09/27 | 39,617.04 |
| 09/16 | 79,903.29 | 09/30 | 39,946.34 |


## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:
- Maintain an average daily balance of $7,500.00. Your average daily balance was $50,630.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $49,897.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $193.20.

See your Account Rules and Regulations or stop in to see a banker today to find out more:

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 146 |
| Deposits / Credits | 92 |
| Deposited Items | 5 |
| **Transaction Total** | **243** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $17.00 |
| Service Fee Credit | -$17.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $17.20 |
| **Total Service Fees** | **$17.20** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $4,242.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$4,242.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

## IMAGES

ACCOUNT # 000000999640345

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

108080662089 SEP 10 #0000005666 $8,426.00

006170706043 SEP 25 #0000005706 $4,412.58

Case 4:12-bk-08122-EWH   Doc 142   Filed 11/06/13   Entered 11/06/13 13:33:29   Desc
Main Document      Page 28 of 29


| IMAGES | (continued) | | ACCOUNT # | 0345 |

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

002190069730 SEP 26 #0000005711 $800.00

002270972396 SEP 23 #0000000000 $6,756.89