# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NIMBUS BREWING COMPANY, LLC |
| **Case Number:** | 4:12-BK-08122-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 19, 2013 02:30 PM   COURTROOM 329 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

### Matter:

EVIDENTIARY HEARING ON CONFIRMATION OF THE DEBTOR'S CHAPTER 11 PLAN (set at hrg. held 10/22/13)

**R / M #:**  116 / 0

### Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR NIMBUS BREWING COMPANY, LLC
BARBARA KLABACHA, ATTORNEY FOR ARIZONA DEPARTMENT OF REVENUE, Appearing by telephone
ISAAC GABRIEL, ATTORNEY FOR REWARDS NETWORK, Appearing by telephone
DENNIS BREEN, ATTORNEY FOR KEG CREDIT
GREG GOOD, ATTORNEY FOR LOGIN INC.

### Proceedings:

Mr. Sparks renders an update as to the creditors for whom objections have been resolved.  No amended ballot report has been filed.   He just needs additional time to get a stipulated order submitted which has been signed off on by all the parties.

THE COURT:  A BACKUP HEARING IS SET FOR MONDAY, DECEMBER 16, 2013 AT 1:30 P.M.  (est. 30 min)