Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona  85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

　　　　Debtor.

No. 4:12-bk-08122-EWH

(Chapter 11)

**NOTICE OF LODGING PROPOSED ORDER**

re: **ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED September 12, 2013 and MODIFICATIONS AND STIPULATIONS THERETO, if any**

NOTICE IS HEREBY GIVEN that the Debtors have lodged the attached proposed Order with the Court.

DATED:　　　January 23, 2014.

　　　　　　　　　　　　　　　　　　　LAW OFFICES OF
　　　　　　　　　　　　　　　　　　　ERIC SLOCUM SPARKS, P.C.

　　　　　　　　　　　　　　　　　　　/s/ Sparks AZBAR #11726
　　　　　　　　　　　　　　　　　　　Eric Slocum Sparks
　　　　　　　　　　　　　　　　　　　Attorney for Debtor

Copies of the foregoing
mailed January 23, 2014 to:

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Isaac M. Gabriel, Esq.
Quarles & Brady, LLP
Renaissance One
Two N. Central Ave.
Phoenix, AZ 85004

1

Attorney for Rewards Network

Grant Winston, Esq.
Deputy County Attorney
Pima County Attorney's Office
32 N. Stone, #2100
Tucson, AZ 85701
Attorney for Pima County

Gregory E. Good, Esq.
Good Law, P.C.
3430 E. Sunrise Dr. #170
Tucson, AZ 85718
Attorney for Login, Inc

/s/ A. Court-Sanchez

2