ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. 1st Ave., #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (telephone)
(602) 514-7270 (facsimile)


                    IN THE UNITED STATES BANKRUPTCY COURT

                        FOR THE DISTRICT OF ARIZONA

In re:                          )   CHAPTER 11
                                )
NIMBUS BREWING COMPANY, LLC,    )   No. 4:12-bk-08122-EWH
                                )
                                )   UNITED STATES TRUSTEE'S
                    Debtor.     )   NOTICE OF NON-COMPLIANCE

TO THE DEBTOR AND THE DEBTOR'S ATTORNEY OF RECORD:

          NOTICE IS HEREBY GIVEN that the above-named debtor has failed

to comply with the requirements set forth in the Bankruptcy Code and

Rules, and the Operating Guidelines of the United States Trustee for

the District of Arizona as noted below:

[X]  Quarterly Post-Confirmation report for the following period is
delinquent:[1]
              1st Quarter, 2014


[X]  Failure to pay Quarterly Fees for the following quarters:[2]

              3rd Quarter, 2013
              4th Quarter, 2013
              1st Quarter, 2014

_____

1 The Debtor has not yet filed any post-confirmation reports.
2 The estimated delinquency is $14,653.05 of which an estimated $9,750 in
pre-confirmation quarterly fees (for the 3rd and 4th quarters of 2013) were
required under the Plan to have been paid on the Plan's effective date of March
25, 2014. *See* Plan at Sections 1.26 (page 5) and 3.1 (pages 9-10), docket
number 116.

The above deficiencies must be corrected no later than 20 days from the date of mailing. **FAILURE TO COMPLY MAY RESULT IN THE FILING OF A MOTION TO CONVERT OR DISMISS THE CASE**. Failure of this notice to indicate the existence of a particular deficiency will not preclude a subsequent demand for compliance. The United States Trustee is not required by statute, regulation, or policy to provide this Notice of Non-compliance prior to taking appropriate action in court, such as seeking dismissal or conversion.

Please direct any correspondence regarding this notice and send all documents requested in this notice to the attention of the undersigned.

DATED this 1st day of May, 2014.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK
Trial Attorney

Copies of the foregoing mailed on
the 2nd day of May, 2014, to:

ERIC SLOCUM SPARKS
ERIC SLOCUM SPARKS PC
110 S CHURCH AVE #2270
TUCSON, AZ 85701

NIMBUS BREWING COMPANY, LLC
3850 E 44TH STREET
TUCSON, AZ 85713

_____