**GOOD LAW, P.C.**
Gregory E. Good, SB# 014445
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, SUITE 270
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221
FACSIMILE: (520) 547-0394
**Of Counsel with Duffield, Adamson & Helenbolt, P.C.**
**Attorney for Creditor Login, Inc.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

**NIMBUS BREWING COMPANY, LLC,**

Debtor.

Case No.: 4:12-bk-08122-EWH

**LOGIN, INC.'S MOTION TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C. 1112(b)**

(Chapter 11)

Creditor, Login, Inc. ("Login"), hereby moves to dismiss this proceeding or convert it to a Chapter 7 proceeding in light of the Debtor's material breach of its obligations to make payments to Login under the Plan.

## BACKGROUND

Nimbus Brewing Company, LLC filed its Chapter 11 proceeding on April 17, 2012, and after amended disclosures, a Plan of Reorganization was approved by the Court on January 24, 2014. In the Plan Login is a Class 12 Creditor. Login's payments under the Plan were required to be made commencing May 24, 2014. Nimbus has failed to make the required payment. Login's counsel contacted Nimbus' counsel on June 5, 2014 seeking payment. Nimbus did not make the payment. Nimbus has provided no reasonable justification for the omitted payment. Nimbus has failed in the past to make timely payments to the U.S. Trustee under the Plan (causing the U.S. Trustee's office to file its Notice of Non-Compliance on May 1, 2014). Apparently, Nimbus does not consider timely compliance with its obligations under the Plan to

be a priority. Login, however, has seen its Claim substantially reduced and extended under the Plan, and should not be forced to endure commercial uncertainty and gamesmanship in receipt of its Plan payments.

## POINTS AND AUTHORITIES

11 U.S.C. § 1112(b)(1) provides that the Court "shall" dismiss or convert for cause upon occurrence one of the events in 11 U.S.C § 1112(b)(4). 11 U.S.C. § 1112(b)(4)(N) articulates one of the events to be a material default by the Debtor with respect to a confirmed Plan.[1] Failure to make payments under a confirmed Plan is an example of a material default. *See In re AMC Mortg. Co.*, 213 F.3d 917, 920 (6th Cir. 2000) ("A failure to make a payment required under the plan is a material default and is cause for dismissal"). Such is the case here.

## CONCLUSION

The Court should dismiss or convert this Chapter 11 due to Nimbus Brewing Company, LLC's material default in failing to make its May 24, 2014 payment to Login, Inc.

DATED this 13th day of June, 2014.

**GOOD LAW, P.C.**

 /s/ Gregory E. Good
Gregory E. Good
Attorney for Creditor Login, Inc.

Original of the foregoing filed electronically
this 13th day of June, 2014 with:

United States Bankruptcy Court
Tucson Division
38 South Scott Avenue
Tucson, AZ 85701

---

[1] The "material default" provision, 11 U.S.C. § 1112(b)(4)(N), was numbered 11 U.S.C. § 1112(b)(8) prior to amendment.

- 2 -

Copy of the foregoing mailed
this 13th day of June, 2014 to:

Eric Slocum Sparks, Esq.
Law Offices of Eric Slocum Sparks, PC
110 S. Church Ave., #2270
Tucson, AZ 85701
Attorney for Debtor

Ilene J. Lashinsky
U.S. Trustee
Christopher J. Pattock
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, AZ 85003

  /s/ G. McNeal

**GOOD LAW, P.C.**
**FOOTHILLS CORPORATE CENTER**
**3430 E. SUNRISE DRIVE, SUITE 270**
**TUCSON, ARIZONA 85718**
**TELEPHONE: (520) 628-8221 FACSIMILE: (520) 547-0394**