Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623- 9157
eric@ericslocumsparkspc.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:
NIMBUS BREWING COMPANY, LLC,

    Debtor.

No. 4:12-bk-08122-EWH

(Chapter 11)

RESPONSE IN OPPOSITION TO LOGIN, INC'S MOTION TO DISMISS OR CONVERT PURSUANT TO 11 U.S.C. 1112(b)

    COMES NOW, Debtor, Debtor-in-possession, Nimbus Brewing Company, LLC, by and through counsel undersigned and files its response in Opposition to the Motion to Dismiss or Convert Pursuant to 11 U.S.C. 1112(b).

1. Debtor misunderstood the effective date of when payments were to commence to unsecured creditors.
2. Debtor has brought payments to Login current proof of payment is attached hereto as Exhibit "A".
3. Debtor is current on the other payments required under the confirmed Plan.

WHEREFORE counsel for Debtor requests that this Honorable Court deny the relief requested by Movant.

RESPECTFULLY SUBMITTED:   June 27, 2014

    LAW OFFICES OF
    ERIC SLOCUM SPARKS, P.C.

    /s/ Sparks #11726
    Eric Slocum Sparks
    Attorney for Debtors

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing mailed this<br>June 27, 2014 |
| 3 | |
| 4 | United States Trustee<br>230 N. First Ave. #204<br>Phoenix, AZ 85003 |
| 5 | |
| 6 | Gregory E. Good, Esq.<br>Good Law, P.C.<br>3430 E. Sunrise Dr. #170 |
| 7 | Tucson, AZ 85718<br>Attorney for Login, Inc. |
| 8 | |
| 9 | /s/ A. Court-Sanchez |

- 2 -