# EXHIBIT A

NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE 412BK06697EWH
3850 E 44TH ST. PH. 520-745-9175
TUCSON, AZ 85713-5472

6230

PAY TO THE ORDER OF Siglar, Inc.
Six Hundred Twenty-Four & xx — DOLLARS

DATE June 17, 14

$ 624.xx

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Case No. 4:12-bk-08122-EWH #104 &a. A1a
Feb 2014 —
July 2014