**GOOD LAW, P.C.**
Gregory E. Good, SB# 014445
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, SUITE 270
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221
FACSIMILE: (520) 547-0394
**Of Counsel with Duffield, Adamson & Helenbolt, P.C.**
**Attorney for Creditor Login, Inc.**

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

In re:                                                      )  Case No.:  4:12-bk-08122-EWH
                                                            )
**NIMBUS BREWING COMPANY, LLC,**     )
                                                            )  **LOGIN, INC.'S REPLY REGARDING ITS**
            Debtor.                                    )  **MOTION TO DISMISS OR CONVERT**
                                                            )
                                                            )
                                                            )  (Chapter 11)
                                                            )

In light of Nimbus Brewing Company's curious response stating that it did not understand the payment schedule it proposed, and given that payment has been brought current, Login withdraws its Motion.  Hopefully, we will not need to go down this road again.

DATED this 3rd day of July, 2014.

                                                **GOOD LAW, P.C.**


                                                 _/s/  Gregory E. Good_____
                                                Gregory E. Good
                                                Attorney for Creditor Login, Inc.

Original of the foregoing filed electronically
this 3rd day of July, 2014 with:

United States Bankruptcy Court
Tucson Division
38 South Scott Avenue
Tucson, AZ  85701

/ / / /

Copy of the foregoing mailed
this 3rd day of July, 2014 to:

Eric Slocum Sparks, Esq.
Law Offices of Eric Slocum Sparks, PC
110 S. Church Ave., #2270
Tucson, AZ 85701
Attorney for Debtor

Ilene J. Lashinsky
U.S. Trustee
Christopher J. Pattock
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, AZ 85003

  /s/ G. McNeal

GOOD LAW, P.C.
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, SUITE 270
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221 FACSIMILE: (520) 547-0394

- 2 -