Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | |
|---|---|
| NIMBUS BREWING COMPANY, LLC | No. 4:12-bk-08122-JMM |
| | (Chapter 11) |
| Debtor. | NOTICE OF FILING QUARTERLY POST-CONFIRMATION REPORT QUARTER ENDING JUNE 2014 |

NOTICE IS HEREBY GIVEN that on September 15, 2014, the Debtor, through the undersigned counsel, filed the attached Post-Confirmation Report for the second quarter ending June, 2014, *for the Debtor Nimbus Brewing Company, LLC.*

DATED September 15, 2014

*THE LAW OFFICES OF
ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
emailed September 15, 2014 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

/s/   P. Gabilondo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 4:12-bk-08122-EWH
)
Nimbus Brewing Company, LLC ) CH. 11 POST CONFIRMATION REPORT
)
) X  QUARTERLY ___ FINAL
)   (PLEASE CHECK)
) QUARTER ENDING: 6/30/2014
)
Debtor(s) ) DATE PLAN CONFIRMED: 2/14/2014

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter: $44184.12

B. Disbursements not under the plan, for current quarter: $138675.96

Total Disbursements $182860.08

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   Working to pay off all creditors as early as possible

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   N/A

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   N/A

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 0 | $ | $ |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ 0 | $ | $ |
| 4. Other Professionals | $ 0 | $ | $ |
| 5. All Expenses, Including Disbursing Agent's | $ 0 | $ | $ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $3747.24 | $5589.01 | $39403.02 |
| 7. Priority Creditors | $12075.18 | $2025.30 | $25211.17 |
| 8. Unsecured Creditors | $28361.70 | $2876.84 | $53806.29 |
| 9. Equity Security Holders | $0 | $0 | $ |
| 10. Other Payments- Specify Class of Payee | $0 | $0 | $ |
|  | $0 | $0 | $ |
|  | $0 | $0 | $ |
| **TOTAL PLAN DISBURSEMENTS** | $44184.12 | $54481.15 | $118,419.48 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan _____ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

| | Description of Property |
|---|---|
| Secured Creditors | N/A |
| Priority Creditors | N/A |
| Unsecured Creditors | N/A |
| Equity Security Holders | N/A |
| Other Transfers- Specify class of Transferee | |
| N/A | |
| N/A | |

2

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes Date application was submitted?

_____ No Date when application will be submitted

Estimated Date of Final Payment Under Plan _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: *James Counts* DATE: 9/5/14

James C. Counts
(PRINT NAME)