ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone (602) 682-2600
Facsimile (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Proceedings under Chapter 11 |
|---|---|---|
| NIMBUS BREWING COMPANY, LLC, | ) | Case No.: 4:12-bk-08122-EWH |
| | ) | NOTICE OF HEARING ON UNITED |
| Debtor, | ) | STATES TRUSTEE'S MOTION TO DISMISS, |
| | ) | OR CONVERT TO CHAPTER 7 |

NOTICE IS HEREBY GIVEN that a hearing on the *United States Trustee's Motion to Dismiss, or Convert to Chapter 7* filed in the above referenced case will be held on the **28th day of October, 2014**, at **2:00 p.m.**, 38 South Scott Avenue, 3rd Floor, Courtroom 329, Tucson, Arizona. Any interested party may attend and be heard on this matter. A copy of the Motion is on file and available for review with the Clerk, U.S. Bankruptcy Court.

Any objection or response to the motion must be in writing and filed on or before October 21, 2014, with the Clerk, U.S. Bankruptcy Court, mailed or hand delivered to 38 South Scott Avenue, Tucson, Arizona 85701, with a copy served on the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, Arizona 85003.

RESPECTFULLY SUBMITTED this 16th day of September, 2014.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


/s/ CJP (#009797)
CHRISTOPHER J. PATTOCK
Trial Attorney

| | |
|---|---|
| 1 | TO BE NOTICED TO ALL INTERESTED PARTIES BY THE BANKRUPTCY |
| 2 | NOTICING CENTER |
| 3 | Copy of the foregoing mailed via First Class postage on the |
| 4 | 16th day of September, 2014, to: |
| 5 | ERIC SLOCUM SPARKS ERIC SLOCUM SPARKS PC |
| 6 | 110 S CHURCH AVE #2270 TUCSON, AZ 85701 |
| 7 | Attorney for Debtor |
| 8 | NIMBUS BREWING COMPANY, LLC 3850 E 44th ST |
| 9 | TUCSON, AZ 85713 Debtor |
| 10 | |
| 11 | /s/ Connie Hoover |