ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone (602) 682-2600
Facsimile (602) 514-7270

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings under Chapter 11 |
| NIMBUS BREWING COMPANY, LLC, | Case No.: 4:12-bk-08122-EWH |
| Debtor, | NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS, OR CONVERT TO CHAPTER 7 |

NOTICE IS HEREBY GIVEN that a hearing on the *United States Trustee's Motion to Dismiss, or Convert to Chapter 7* filed in the above referenced case will be held on the **28th day of October, 2014**, at **2:00 p.m.**, 38 South Scott Avenue, 3rd Floor, Courtroom 329, Tucson, Arizona. Any interested party may attend and be heard on this matter. A copy of the Motion is on file and available for review with the Clerk, U.S. Bankruptcy Court.

Any objection or response to the motion must be in writing and filed on or before October 21, 2014, with the Clerk, U.S. Bankruptcy Court, mailed or hand delivered to 38 South Scott Avenue, Tucson, Arizona 85701, with a copy served on the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, Arizona 85003.

RESPECTFULLY SUBMITTED this 16th day of September, 2014.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


/s/ CJP (#009797)
CHRISTOPHER J. PATTOCK
Trial Attorney

| | |
|---|---|
| 1 | TO BE NOTICED TO ALL INTERESTED PARTIES BY THE BANKRUPTCY |
| 2 | NOTICING CENTER |
| 3 | Copy of the foregoing mailed via First Class postage on the |
| 4 | 16th day of September, 2014, to: |
| 5 | ERIC SLOCUM SPARKS |
| | ERIC SLOCUM SPARKS PC |
| 6 | 110 S CHURCH AVE #2270 |
| | TUCSON, AZ 85701 |
| 7 | Attorney for Debtor |
| 8 | NIMBUS BREWING COMPANY, LLC |
| | 3850 E 44th ST |
| 9 | TUCSON, AZ 85713 |
| | Debtor |
| 10 | |
| 11 | /s/ Connie Hoover |
| 12 | |
| ... | |
| 28 | |

2

```
                                United States Bankruptcy Court
                                      District of Arizona
In re:                                                                          Case No. 12-08122-EWH
NIMBUS BREWING COMPANY, LLC                                                     Chapter 11
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0970-4           User: rootk                  Page 1 of 2                  Date Rcvd: Sep 16, 2014
                               Form ID: pdf001              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2014.
db           +NIMBUS BREWING COMPANY, LLC,    3850 E 44TH STREET,    TUCSON, AZ 85713-5472
cr          #+EHREN SCHMIDT,   2210 YEALE AVENUE,    ST LOUIS, MO 63143-1421
cr           +Keg Credit LLC,    Breen Olson & Trenton LLP,    4720 North Oracle Road,    Suite 100,
               Tucson, Az 85705-1673
cr           +Login, Inc.,   Good Law, P.C.,    3430 E. Sunrise Drive,    Suite 170,    Tucson, AZ 85718-3239
cr           +REWARDS NETWORK ESTABLISHMENT SERVICES INC.,     C/O ISAAC GABRIEL,    QUARLES & BRADY LLP,
               2 N. CENTRAL AVENUE,    PHOENIX, AZ 85004-2391
11308197     +6464 LLC,    6464 E TANQUE VERDE RD,    TUCSON AZ 85715-3809
11308198     +AAA BACKFLOW REPAIR AND TESTING, LLC,     1302 N ARBOR CR,    TUCSON AZ 85715-5805
11308199     +ADVISION OUTDOOR,    1120 N ANITA AVE,    TUCSON AZ 85705-7518
11308200     +AEL FINANCIAL,    600 N BUFFALO GROVE RD,    BUFFALO GROVE IL 60089-2424
11308201     +AEL FINANCIAL LLC,    600 N BUFFALO GROVE RD #203,    BUFFALO GROVE IL 60089-2411
11308203     +AM PM SYSTEMS OF ARIZONA LLC,    1741 W UNIVERSITY DR UNIT 150-151,      Tempe AZ 85281-3255
11308205     +ARIZONA DEPT. OF ECONOMIC SECURITY,    PO BOX 6028,    Phoenix AZ 85005-6028
11308206     +ASCAP,   RTS--NOT DELIVERABLE AS ADDRESSED--,     2690 CUMBERLAND PKWY, SUITE 490,
               Atlanta GA 30339-3913
11308207      BMT LEASING INC,    PO BOX 692,   BRYN MAWR PA 19010-0692
11308208     +BROADCAST MUSIC INC,    10 MUSIC SQUARE EAST,    Nashville TN 37203-4399
11432984     +CARGILL INCORPORATED,    12700 WHITEWATER DRIVE MS 136,    MINNETONKA MN 55343-9438
11308209     +CBE GROUP,   1309 TECHONOLGY PKWY,     Cedar Falls IA 50613-6976
11308210      CENTRAL ALARM,    PO BOX 5560,   TUCSON AZ 85703
11308211      CENTRO NP HOLDINGS 1, SPE, LLC,    C/O BUCHALTER NEMER,    16435 N SCOTTSDALE RD #440,
               SCOTTSDALE AZ 85254-1754
11308213     +CJ SOUTHWEST PARTNERS LLC,    9114 N 55TH STREET,    Paradise Valley AZ 85253-1632
11308214     +CLASSIC CHEMICALS,    PO BOX 175,   REISTERSTOWN MD 21136-0175
11308215     +CONCENTRA,   1818 E SKY HARBOR CIR N #150,     Phoenix AZ 85034-0637
11308216     +CORP SERVICE COMPANY,    PO BOX 2576,    SPRINGFIELD IL 62708-2576
11308217     +CORPORATION SERVICE COMPANY,    PO BOX 2576,    SPRINGFIELD IL 62708-2576
11308218      CREDIT MEDIATORS INC.,    PO BOX 456,    UPPER DARBY PA 19082-0456
11308212     +City of Tucson,    PO Box 27320,   Tucson AZ 85726-7320
11308219      DAL INC.,   PO BOX 162,    CLIFTON HEIGHTS PA 19018-0162
11308220    ++DIRECTV LLC,   ATTN BANKRUPTCIES,     PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DIRECTV INC,     COMMERCIAL ACCTS,    2230 E IMPERIAL HWY,
               EL SEGUNDO CA 90245)
11308221     +EFABEX,   3780 E 44TH ST,    Tucson AZ 85713-5400
12464413    #+Ehren Schmidt,    2210 Yale Ave,   MAplewood, MO 63143-1421,    ehrenschmidt@me.com
11308222     +GOOD LAW, P.C.,    3430 E. SUNRISE DR., STE 170,    TUCSON AZ 85718-3239
11308223     +HINDERAKER RAUH & WEISMAN P.L.C.,    2401 E. SPEEDWAY,    TUCSON AZ 85719-4735
11308224      INTERNAL REVENUE SERVICE,    PO BOX 7701,    San Francisco CA 94120-7704
11308225     +JOURNAL BROADCAST GROUP, INC.,    C/O SCHNEIDER & ONOFRY, PC,    3101 N CENTRAL AVE STE 600,
               Phoenix AZ 85012-2658
11368454     +Journal Communications Inc.,    c/o Kohner, Mann & Kailas, S.C.,
               4650 North Port Washington Road,    Milwaukee, Wisconsin 53212-1077
12589412     +Keg Credit LLC,    c/o BREEN OLSON & TRENTON, LLP,    Dennis M. Breen, III,
               4720 North Oracle Road, Suite 100,    Tucson, Arizona 85705-1673,    (520) 742-0808
11308226     +LOGIN INTERNET TECHNOLOGIES,    4003 E SPEEDWAY BLVD #119,    TUCSON AZ 85712-4555
11464724     +Login, Inc.,    c/o Good Law, P.C.,    3430 E. Sunrise Drive, #170,    Tucson, AZ 85718-3239
11308227     +NATIOANL CITY COMMERCIAL CAP,    995 DALTON AVE,    CINCINNATI OH 45203-1101
11308228     +NEW WAY TUCSON RESTAURANTS LLC,    5580 N SUNCREST PLACE,    Tucson AZ 85718-5510
11491177     +Nationwide Funding,    RTS--NOT DELIVERABLE AS ADDRESSED--,    5520 Trabuco Rd.,    First Floor,
               Irvine, CA 92620-5705
11308229      PIMA COUNTY ASSESSOR,    115 N. CHURCH AVE.,    Tucson AZ 85701-1199
11381799     +Pima County,    c/o Pima County Attorney's Office,    32 N. Stone Avenue, Suite 2100,
               Tucson, AZ 85701-1458
11308233      RMS,   PO BOX 280431,    EAST HARTFORD CT 06128-0431
11308234     +SESAC HEADQUARTERS,    55 MUSIC SQUARE EAST,    Nashville TN 37203-4362
11308235      SOUTHWEST GAS,    PO BOX 26500,   Tucson AZ 85726-6500
11342735      SOUTHWEST GAS CORPORATION,    PO BOX 1498,    VICTORVILLE, CA 92393-1498,    ATTN: BANKRUPTCY DESK
11308236      SUBURBAN CYLINDER EXPRESS,    PO BOX 206,    WHUPPANY NJ 07981-0206
11308237     +SUBURBAN CYLINDER EXPRESS,    PO BOX 206,    Whippany NJ 07981-0206
11308238     +UNITED BEVERAGE GAS,    4550 S COUNTRY CLUB RD,    TUCSON AZ 85714-2046
11308239     +US BANCORP,    PO BOX 580337,   MINNEAPOLIS MN 55458-0337
11308241      VALLEY COLLECTION SERVICE,    PO BOX 520,    GLENDALE AZ 85311-0520
11347779     +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bankruptcynotices@azdor.gov Sep 17 2014 00:53:54      ARIZONA DEPARTMENT OF REVENUE,
               BANKRUPTCY AND LITIGATION SECTION,    1600 WEST MONROE STREET,    PHOENIX, AZ 85007-2612
11308202      E-mail/PDF: recoverybankruptcy@afninet.com Sep 17 2014 00:57:40      AFNI, INC,
               1310 MARTIN LUTHER KING DR,    PO BOX 3517,   BLOOMINGTON IL 61702-3517
11308204     +E-mail/Text: bankruptcynotices@azdor.gov Sep 17 2014 00:53:52      ARIZONA DEPARTMENT OF REVENUE,
               PENALTY REVIEW UNIT,    1600 W MONROE,    PHOENIX AZ 85007-2612
11308194     +E-mail/Text: bankruptcynotices@azdor.gov Sep 17 2014 00:53:52      ARIZONA DEPT OF REVENUE,
               1600 W. MONROE,    7TH FLOOR,   Phoenix AZ 85007-2650
```

```
District/off: 0970-4                User: rootk                 Page 2 of 2                     Date Rcvd: Sep 16, 2014
                                    Form ID: pdf001             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
11491176       +E-mail/Text: bankruptcynotices@azdor.gov Sep 17 2014 00:53:52     Arizona Dept of Revenue,
                 Luxury Tax Div. Attn. D. Wickland,   1600 W. Monroe,   Phoenix AZ 85007-2612
11308195        E-mail/Text: cio.bncmail@irs.gov Sep 17 2014 00:54:16     IRS - Philadelphia,   P O BOX 7346,
                 Philadelphia PA 19101-7346
11308230        E-mail/Text: bankruptcy@rewardsnetwork.com Sep 17 2014 00:53:54     REWARDS NETWORK,
                 2 N RIVERSIDE PLAZA LOBBY 200,   CHICAGO IL 60606-2677
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PIMA COUNTY,   C/O PIMA COUNTY ATTORNEY'S OFFICE,   32 N. STONE AVE., STE. 2100,
                 TUCSON, AZ 85701-1458
11308196*      +IRS - Phoenix,   4041 N. CENTRAL AVE.,   SUITE 112,   Phoenix AZ 85012-5000
11476164*      +Login, Inc.,   c/o Good Law, P.C.,   3430 E. Sunrise Drive, #170,   Tucson, AZ 85718-3239
11308231*       REWARDS NETWORK,   2 N RIVERSIDE PLAZA LOBBY 200,   CHICAGO IL 60606-2677
11308232*       REWARDS NETWORK,   2 N RIVERSIDE PLAZA LOBBY 200,   CHICAGO IL 60606-2677
11308240*       US BANCORP,   PO BOX 580337,   MINNEAPOLIS MN 55458-0337
11308242     ##+WELLS FARGO BANK,   MAC S4101-050,   PO BOX 29746,   Phoenix AZ 85038-9746
                                                                                    TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2014                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2014 at the address(es) listed below:
```
              CHRISTOPHER J PATTOCK    on behalf of U.S. Trustee    U.S. TRUSTEE Christopher.J.Pattock@usdoj.gov,
               connie.s.hoover@usdoj.gov
              DENNIS M BREEN, III    on behalf of Creditor    Keg Credit LLC dennis@botlawfirm.com,
               fdmbecf@gmail.com
              ERIC 1 SPARKS    on behalf of Debtor    NIMBUS BREWING COMPANY, LLC eric@ericslocumsparkspc.com,
               law@ericslocumsparkspc.com;amy@ericslocumsparkspc.com
              ERIC SLOCUM SPARKS    on behalf of Debtor    NIMBUS BREWING COMPANY, LLC law@ericslocumsparkspc.com,
               ericsparkslaw@gmail.com;eric@ericslocumsparkspc.com
              GREGORY E. GOOD    on behalf of Creditor    Login, Inc. good@goodlaw.net
              ISAAC M. GABRIEL    on behalf of Creditor    REWARDS NETWORK ESTABLISHMENT SERVICES INC.
               isaac.gabriel@quarles.com,  sybil.aytch@quarles.com
              KING GRANT WINSTON    on behalf of Creditor    PIMA COUNTY pcaocvbk@pcao.pima.gov
                                                                                               TOTAL: 7
```